Howard A. Belodoff, ISB # 2290
Martin C. Hendrickson, ISB # 5876
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org
martinhendrickson@idaholegalaid.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH and TB, individually,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DAVE JEPPESEN, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>    Defendants. | CASE NO. 1:22-CV-409<br><br>MOTION TO ALLOW PLAINTIFFS TO PROCEED UNDER PSEUDONYMS |

COME NOW Plaintiffs, MH and TB, by and through their attorneys, Howard A. Belodoff and Martin C. Hendrickson, of Idaho Legal Aid Services, Inc., and hereby move this Court of an Order allowing them to proceed as Plaintiffs using pseudonyms rather than their full names. The grounds for this Motion is supported by a Memorandum and Declarations filed in this matter.

Respectfully submitted this 29th day of September, 2022.

/s/ Howard A. Belodoff
IDAHO LEGAL AID SERVICES, INC.

MOTION TO ALLOW PLAINTIFFS TO PROCEED UNDER PSEUDONYMS – Page 1