Howard A. Belodoff, ISB # 2290
Martin C. Hendrickson, ISB # 5876
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org
martinhendrickson@idaholegalaid.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH and TB, individually,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>DAVE JEPPESEN, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>　　Defendants. | CASE NO. 1:22-CV-409<br><br>DECLARATION OF MH IN SUPPORT OF MOTION TO ALLOW PLAINTIFFS TO PROCEED UNDER PSEUDONYMS |

　　1.　　I am a Plaintiff in the above-entitled action. I make this Declaration based upon my own personal knowledge.

　　2.　　I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

　　3.　　I have requested the Court to permit me to proceed anonymously using a pseudonym in this action in order to protect my personal privacy and medical information.

4. I believe I have a need for the nondisclosure of my actual name in this action because it is not only necessary to protect my private and confidential personal medical information but also to protect my identity to ensure my safety from any potential harassment, injury, and harm, whether physical, emotional, and psychological, due to having my identity associated with this matter given the potential of widespread media coverage and the use of social media.

5. I agree to the disclosure of my actual name to the Court and Defendants but do not believe disclosure of my actual name to the general public is necessary because all the other information filed with the Court will be available to the public and the media who are interested in the case.

6. I have been verbally harassed and physically threaten and discriminated against in the past due to my gender identity and sexuality.

7. I feel that if my identity was disclosed I would receive verbal, digital, or written threats and would be doxed on the internet.

8. When I was in high school I was called derogatory names because I was transgender and threatened with violence by other students and teachers would not interfere to protect me.

9. I had persons who I did not know state that being a transgender women was equivalent to severing male genitalia, taping it to their head, and calling them a unicorn.

10. When I was still residing with my family, my parents insisted I see a counselor who told me I was not transgender and would not recognize the verbal and psychological abuse my parents were subjecting me to and which would force me to leave home.

DECLARATION OF MH IN SUPPORT OF MOTION TO ALLOW PLAINTIFFS TO PROCEED UNDER PSEUDONYMS – Page 2

11. I am currently a college student and I am afraid if it became known I was transgender and was seeking surgery there is a real risk I would be verbally harassed and physically assaulted on campus because of the presence of anti-gay and anti-queer incidents by other students and non-students who can freely access the campus.

DATED 29th day of September 2022

/s/ MH_____
MH