UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH and TB, individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVE JEPPESEN, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>    Defendants. | CASE NO. 1:22-CV-409 |

**SUMMONS IN A CIVIL ACTION**

To: IDAHO DEPARTMENT OF HEALTH AND WELFARE, c/o Idaho Attorney General's Office, Litigation Division, 954 W. Jefferson, 2nd floor, Boise, ID 83702.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of

Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and address are:

> Howard A. Belodoff
> Martin C. Hendrickson
> Idaho Legal Aid Services, Inc.
> 1447 S. Tyrell Lane
> Boise, ID 83706
> (208) 807-2496/(208) 342-2561 fax
> howardbelodoff@idaholegalaid.org
> martinhendrickson@idaholegalaid.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: September 30, 2022  _____



United States Courts
District of Idaho
**ISSUED**
Jocelyn Dunnegan
on Sep 30, 2022 10:13 am