LAWRENCE WASDEN
ATTORNEY GENERAL

Steven R. Kraft (ISBN 4753)
Special Deputy Attorney General
Craig D. Stacey (ISBN 7996)
Special Deputy Attorney General
MOORE ELIA & KRAFT, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
steve@melawfirm.net
craig@melawfirm.net

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MH and TB, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVE JEPPESEN, in his official capacity as the Director of the Idaho Department of Health and Welfare; DR. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE.<br><br>    Defendants. | Case No. 1:22-cv-00409-REP<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO SEAL AND MOTION TO ALLOW PLAINTIFFS TO PROCEED UNDER PSEUDONYMS** |

COME NOW Defendants Dave Jeppesen, Magni Hamso, and the Idaho Department of

Health and Welfare ("Defendants"), by and through their counsel of record, Craig Stacey, Special

Deputy Attorney General, State of Idaho, and of the law firm of Moore Elia & Kraft, LLP, and hereby submits this *Notice of Non-Opposition to Plaintiffs' Motion to Seal and Motion to Allow Plaintiffs to Proceed Under Pseudonyms*.

Defendants want to clarify that this non-opposition does not, in any respect, mean that Defendants concede to, or agree with, any of the assertions set forth to support Plaintiffs' motions including, but not limited to, that either Plaintiffs' safety and/or privacy has been or will be compromised, or that Plaintiffs are placing themselves at risk for potential harassment, harm, or discrimination due to having their identities associated with this matter.

DATED This 18th day of November, 2022.

MOORE ELIA & KRAFT, LLP

*/s/ Craig Stacey*
Craig Stacey
Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2022, I filed the foregoing electronically through the CM/ECF system, and served a true and correct copy to the following non-CM/ECF party, by the method below:

| | |
|---|---|
| Howard A. Belodoff<br>Martin C. Hendrickson<br>Idaho Legal Aid Services, Inc.<br>1447 S. Tyrell Lane<br>Boise, ID 83706<br>howardbelodoff@idaholegalaid.org<br>martinhendrickson@idaholegalaid.org | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☒ EServe<br>☐ Facsimile Transmission |

*/s/ Ann McNeese*
Ann McNeese