LAWRENCE WASDEN
ATTORNEY GENERAL

Joan E. Callahan      [ISB No. 9241]
SPECIAL DEPUTY ATTORNEY GENERAL

Tyler D. Williams     [ISB No. 8512]
NAYLOR & HALES, P.C.
Attorneys at Law
950 W. Bannock Street, Ste. 610
Boise, Idaho 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516
Email: joan@naylorhales.com; tdw@naylorhales.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MH and TB, individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVE JEPPESEN, in his official capacity as the Director of the Idaho Department of Health and Welfare; DR. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE.<br><br>    Defendants. | Case No. 1:22-cv-00409-REP<br><br>**DEFENDANTS' MOTION TO DISMISS** |

Defendants move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for a partial dismissal of Plaintiffs' Complaint, and specifically the Fourth Claim for Relief and Defendant Dr. Magni Hamso in her personal capacity.

**DEFENDANTS' MOTION TO DISMISS - 1.**

This motion is supported by the memorandum in support filed concurrently herewith.

DATED this 25th day of November, 2022.

              NAYLOR & HALES, P.C.

              By: */s/ Joan E. Callahan*
                JOAN E. CALLAHAN, Of the Firm
                Attorneys for Defendants

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of November, 2022, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Howard A. Belodoff<br>Martin C. Hendrickson<br>*Attorneys for Plaintiffs* | ■ E-File/E-Serve<br>howardbelodoff@idaholegalaid.org<br>martinhendreickson@idaholegalaid.org |

              */s/ Joan E. Callahan*
              JOAN E. CALLAHAN

12150_01 Motion to Dismiss FINAL

**DEFENDANTS' MOTION TO DISMISS - 2.**