RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and
Constitutional Defense

ANDREA H. NIELSEN, ISB #7763
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
lincoln.wilson@ag.idaho.gov
andrea.nielsen@ag.idaho.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MH and TB, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID JEPPESEN, et al.,<br><br>    Defendants. | Case N. 1:22-cv-00409-REP<br><br>**NOTICE OF SUPPLEMENTAL INFORMATION** |

The Defendants file this notice of supplemental information to apprise the Court of the attached letter of policy from Idaho Governor Brad Little, dated May 1, 2023, concerning Idaho Medicaid coverage for the specific services requested by Plaintiffs. Because the matter of state policy was previously addressed in each party's briefing on Defendants' Motion to Dismiss, the Court may consider it in connection

NOTICE OF SUPPLEMENTAL INFORMATION - 1

with its decision in this matter and may take judicial notice of it as a public record under Federal Rule of Evidence 201.

DATED: May 1, 2023.

>STATE OF IDAHO
>OFFICE OF THE ATTORNEY GENERAL
>
>By: /s/ *Lincoln Davis Wilson*
>LINCOLN DAVIS WILSON
>Chief of Civil Litigation and
>Constitutional Defense

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent of Notice of Electronic Filing to the following parties:

Howard A. Belodoff
howardbelodoff@idaholegalaid.org

>/s/ *Lincoln Davis Wilson*
>LINCOLN DAVIS WILSON
>Chief of Civil Litigation and
>Constitutional Defense