UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| M.H.; T.B., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> DR. MAGNI HAMO, in her official capapcity as the Medical Director of the Idaho Division of Medicaid and individually, <br><br> Defendant - Appellant, <br><br> and <br><br> DAVE JEPPESEN, in his official capacity as the Director of the Idaho Department of Health and Welfare; IDAHO DEPARTMENT OF HEALTH AND WELFARE, <br><br> Defendants. | No. 23-35485 <br><br> D.C. No. 1:22-cv-00409-REP <br> U.S. District Court for Idaho, Boise <br><br> **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

**Wed., July 26, 2023**      Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after

|  |  |
|---|---|
|  | this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Thu., August 17, 2023** | Transcript shall be ordered. |
| **Mon., September 18, 2023** | Transcript shall be filed by court reporter. |
| **Thu., October 26, 2023** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Mon., November 27, 2023** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT