RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and Constitutional Defense

ANDREA H. NIELSEN, ISB #7763
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
lincoln.wilson@ag.idaho.gov
andrea.nielsen@ag.idaho.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| MH and TB, individually,<br><br>                   Plaintiffs,<br><br>v.<br><br>DAVID JEPPESEN, in his official capacity as the Director of the Idaho Department of Health and Welfare; DR. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>                   Defendants. | Case No. 1:22-cv-00409-REP<br><br>**NOTICE REGARDING PROPOSED DISCOVERY PLAN, NOTICE OF APPEAL, AND MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL** |

Pursuant to the Court's litigation order of June 28, 2023, Dkt. 37, the parties conferred on July 12, 2023 regarding the litigation and discovery plan for this action.

Defendants informed Plaintiffs that they intended (1) to appeal the Court's denial of qualified immunity to Defendant Dr. Magni Hamso;[1] (2) to move to certify the remainder of the Court's order for interlocutory appeal under 28 U.S.C. § 1292(b); and (3) to move to stay proceedings pending appeal.  As a result, the parties were unable to agree on a joint litigation and discovery plan for this action.  The parties nevertheless agreed that Defendants would file their answer and affirmative defenses and their contemplated motions by August 27, 2023 and to request that the scheduling conference set for that date be adjourned.

DATED:  July 20, 2023.

>STATE OF IDAHO
>OFFICE OF THE ATTORNEY GENERAL
>
>
>By: /s/ *Lincoln Davis Wilson*
>    LINCOLN DAVIS WILSON
>    Chief of Civil Litigation
>    and Constitutional Defense

---

[1] That appeal has now been filed and is pending in the Ninth Circuit under docket 23-35485.

NOTICE RE: DISCOVERY PLAN, NOTICE OF APPEAL, AND MOTION TO CERTIFY – 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent of Notice of Electronic Filing to the following parties:

Howard A. Belodoff
howardbelodoff@idaholegalaid.org

        /s/ *Lincoln Davis Wilson*
LINCOLN DAVIS WILSON
Chief of Civil Litigation and
Constitutional Defense