Howard A. Belodoff (ISB No. 2290)
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496
Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org

Jane Gordon (ISB No. 9243)
Jane Gordon Law
1004 West Fort Street
Boise, Idaho 83702
Phone: 208-371-4747
Fax: (208) 807-2290
Email: Jane@JaneGordonLaw.com

**Attorneys for Plaintiffs**

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MH and TB,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVE JEPPESEN, DR. MAGNI HAMSO, IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>    Defendant. | Case No. 1:22-cv-00409-REP<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that JANE C. GORDON of the law firm JANE GORDON LAW hereby makes an appearance in this matter on behalf of Plaintiff Tara Druffel. You are instructed to effect service of all documents upon Plaintiff by serving the same upon Jane Gordon of Jane Gordon Law, 1004 W. Fort Street Boise, Idaho 83702 and to the email Jane@JaneGordonLaw.com.

DATED this July 20, 2023.

**NOTICE OF APPERANCE - 1**

JANE GORDON LAW

*/s/ Jane C. Gordon*
Jane C. Gordon, Of the Firm
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on July 20, 2023 I served a true and correct copy of the foregoing Notice of Appearance upon the following parties:

LINCOLN DAVIS WILSON
Chief of Civil Litigation and Constitutional Defense
lincoln.wilson@ag.idaho.gov

ANDREA H. NIELSEN
Deputy Attorney General
andrea.nielsen@ag.idaho.gov

Idaho Office of the Attorney General
PO Box 83720
Boise, ID 83720-0010
(208) 334-2400

*/s/ Beverly Allen*
Beverly Allen