Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org

Jane Gordon, ISB # 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 371-4747; Fax: (208) 807-2290
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH and TB, individually,<br><br>   Plaintiffs,<br><br>   vs.<br><br>DAVE JEPPESEN, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>   Defendants. | CASE NO. 1:22-CV-409-REP<br><br>DECLARATION OF HOWARD BELODOFF IN SUPPORT OF PLAINTIFFS' UNOPPOSD MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL [DKT 50] |

Howard Belodoff declares and states as follows:

1.   I am licensed to practice law in the State of Idaho and have personal knowledge of the matters set forth herein.

2.   I am counsel for Plaintiffs MH & TB.

3.   On July 27, 2023, Defendants filed a Motion for Certification of Interlocutory Appeal, Dkt. 50.

DECLARATION OF HOWARD BELODOFF – Page 1

4. The current deadline for filing a response is August 17, 2023.

5. Plaintiffs' counsel, Mr. Belodoff, has been unable to complete the necessary research and writing for the response because when the Motion was filed he was out of the country and did not return to the office until August 7, 2023.

6. Plaintiffs' counsel work on the response has been limited because he contracted COVID from the flight back to the United States and is still in the recovery period.

7. This is Plaintiffs' first request for an extension of time.

8. Defendants' counsel, Mr. Wilson, has indicated he does not oppose the Court granting a fourteen (14) day extension of time until August 31, 2023, to file a response.

9. The Motion to Certify raises several important issues regarding an interlocutory appeal and a request for a stay under 28 U.S.C. § 1292(b).

10. Plaintiffs' counsel expects he will be able to file a response on or before August 31, 2023.

DATED: August 16, 2023.

IDAHO LEGAL AID SERVICES, INC.

/s/ Howard A. Belodoff
Howard A. Belodoff

Attorneys for Plaintiffs