RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and
Constitutional Defense
Office of the Attorney General
P. O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
lincoln.wilson@ag.idaho.gov

*Attorneys for Defendants David Jeppesen, in his official capacity as the Director of the Idaho Department of Health and Welfare, and Idaho Department of Health and Welfare*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MH and TB, individually,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID JEPPESEN, in his official capacity as the Director of the Idaho Department of Health and Welfare, et al.,<br><br>Defendants. | Case No. 1:22-cv-00409-REP<br><br>**MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL AND STAY PENDING APPEAL** |

Defendants David Jeppesen, in his official capacity as the Director of the Idaho

Department of Health and Welfare, and Idaho Department of Health and Welfare

hereby move for leave to file supplemental authority in support of their motion to certify the Court's Order for interlocutory appeal and for a stay pending appeal.

Defendants' prior briefing in this matter cited the Sixth Circuit's decision in *L.W. ex rel. Williams v. Skrmetti*, No. 23-5600, 2023 WL 4410576 (6th Cir. 2023), which granted a stay of an injunction pending appeal. *See* Dkt. 50-1 at 2. Yesterday, the Sixth Circuit issued its decision on the merits in *L.W.* and reversed injunctions against state laws that restricted certain treatments of minors with gender dysphoria. 2023 WL 6321688 (6th Cir. Sept. 28, 2023) (Ex. A). That decision further illustrates that there are substantial grounds for a difference of opinion with regard to the Court's application of *Geduldig v. Aiello*, 417 U.S. 484 (1974), in its Order on Defendants' motion to dismiss.

As Judge Sutton's opinion for the Court explained citing *Geduldig*, "laws regulating 'medical procedure[s] that only one sex can undergo' ordinarily do not 'trigger heightened constitutional scrutiny.'" *Id.* at *14 (quoting *Dobbs v. Jackson Women's Health Org.*, 142 S. Ct. 2228, 2245-46 (2022)). Thus, "[i]f a law restricting a medical procedure that applies only to women does not trigger heightened scrutiny," then laws that "restrict medical procedures unique to each sex[] do not require such scrutiny either." *Id.* Nor does the fact that state law allows these treatments for different conditions suggest unlawful discrimination, since those treatments, where approved, "stem from different diagnoses and seek different results." *Id.* "Using testosterone

or estrogen to treat gender dysphoria (to transition from one sex to another) is a different procedure from using testosterone or estrogen to treat, say, Kleinfelter Syndrome or Turner Syndrome (to address a genetic or congenital condition that occurs exclusively in one sex)." *Id.* The same is true here with respect to Idaho's policy not to cover irreversible treatments for gender dysphoria under its Medicaid program.

The Sixth Circuit's decision deepens the conflict between the Court's Order and the decisions of the other courts of appeals. The Court should therefore grant this motion to consider the *L.W.* decision as supplemental authority and, in light of the substantial grounds for a difference of opinion on these questions, certify its Order for interlocutory appeal.

DATED:  September 29, 2023.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL


By: _/s/ Lincoln D. Wilson_
LINCOLN DAVIS WILSON
Chief, Civil Litigation and
Constitutional Defense

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent of Notice of Electronic Filing to the following parties:

Howard A. Belodoff
howardbelodoff@idaholegalaid.org

Jane Catherine Gordon
Jane@JaneGordonLaw.com

By:  /s/ *Lincoln D. Wilson*
LINCOLN DAVIS WILSON
Chief, Civil Litigation and
Constitutional Defense