**FILED**

MAR 13 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| M.H.; T.B., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually, <br><br> Defendant-Appellant, <br><br> and <br><br> DAVE JEPPESEN, in his official capacity as the Director of the Idaho Department of Health and Welfare; IDAHO DEPARTMENT OF HEALTH AND WELFARE, <br><br> Defendants. | No. 23-35485 <br><br> D.C. No. 1:22-cv-00409-REP District of Idaho, Boise <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellees' unopposed motion (Docket Entry No. 39) to file under seal Volume 2 of the supplemental excerpts of record and to proceed under pseudonyms is granted.

The court and the parties will identify appellees by their initials only, and will not include any other identifying information on the public docket or in publicly-filed documents. Any material submitted by the parties and containing

OSA145

appellees' names or other identifying information must be accompanied by a motion to seal in compliance with Ninth Circuit Rule 27-13(e).

The Clerk will file publicly the motion (Docket Entry Nos. 39-1, 39-2), the answering brief (Docket Entry No. 37), and Volume 1 of the supplemental excerpts of record (Docket Entry No. 38). The Clerk will file under seal Volume 2 of the supplemental excerpts of record (Docket Entry No. 39-3).

The existing briefing schedule remains in effect.