Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org

Jane Gordon, ISB # 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 371-4747; Fax: (208) 807-2290
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| MH and TB, individually, | |
|---|---|
| Plaintiffs, | CASE NO. 1:22-CV-409-REP |
| vs. | MOTION REQUESTING LEAVE TO FILE AN AMENDED COMPLAINT |
| DAVE JEPPESEN, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE, | |
| Defendants. | |

  COME NOW Plaintiffs, MH and TB, by and through their counsel of record, Howard A. Belodoff, Idaho Legal Aid Services, Inc. and Jane Gordon, Jane Gordon Law, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Dist. Local Rule Civ. 15.1, to hereby respectfully move this Court for an Order granting leave to amend the Complaint. Amended Complaint attached hereto as Exhibit 1. The Amended Complaint names Defendant Jeppesen's successor as the Director of the Idaho Department of Health and Welfare. The Amended

MOTION REQUESTING LEAVE TO FILE AN AMENDED COMPLAINT – PAGE 1

Complaint also joins additional Plaintiffs who will be harmed and subject to discrimination based upon their transgender status under the newly enacted statute. Idaho Code § 18-8901 and Idaho Code § 56-270, House Bill 668, 67th Leg., 2nd Sess. (Idaho 2024). ("HB 668"). The Amended Complaint alleges specific factual allegations based the recent enactment of HB 668 which is scheduled to go into effect on July 1, 2024. HB 668 prohibits the use of "public funds" and Medicaid coverage and payments for gender-affirming case. The grounds upon which this Motion is made are more fully set forth in the Memorandum filed in support.

DATED: June 4, 2024.

    IDAHO LEGAL AID SERVICES, INC.

    /s/ Howard A. Belodoff
    Howard A. Belodoff

    JANE GORDON LAW

    /s/ Jane Gordon
    Jane Gordon

    Attorneys for Plaintiffs

MOTION REQUESTING LEAVE TO FILE AN AMENDED COMPLAINT – PAGE 2