Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org

Jane Gordon, ISB # 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 371-4747; Fax: (208) 807-2290
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALEX ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>    Defendants. | CASE NO. 1:22-CV-409-REP<br><br>MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION |

COME NOW Plaintiffs, by and through their counsels, Howard A. Belodoff, Idaho Legal Aid Services, Inc. and Jane Gordon, Jane Gordon Law, pursuant to Rule 56(a)-(b) and Rule 65(d) of the Federal Rules of Civil Procedure and Idaho Local Rule 7.1, to hereby move for a Partial Summary Judgment and Permanent Injunction under the Amended Complaint's Second

MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION – Page 1

Claim for Relief for violation of the Medicaid Act's Availability Requirements, 42 U.S.C. § 1396a(a)(10)(A) and 42 U.S.C. § 1396a(a)(19), and the Third Claim for Relief for violation of the Medicaid Act's Comparability Requirements, 42 U.S.C. § 1396a(a)(10)(B) and 42 U.S.C. § 1396a(a)(19). This Motion requests the Court issue a permanent injunction enjoining the enforcement of the Medicaid Exclusion and Idaho Code §18-8901 and Idaho Code § 56-270 ("HB 668") prior to the new statutes becoming effective July 1, 2024. A permanent injunction is necessary to prevent Plaintiffs from suffering irreparable harm because their gender-affirming care, that is being reimbursed and covered by Medicaid, from being discontinued, delayed, and denied in violation of the Medicaid Act. The Medicaid Exclusion and HB 668 prohibit transgender Medicaid participants diagnosed with gender dysphoria from receiving gender-affirming care while exempting cisgender Medicaid participants who can receive the same or similar medical treatment for other medical conditions.

      A Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment, a Statement of Material Facts, and Declarations are being filed in support of the Motion. Based upon the undisputed material facts Plaintiffs are entitled to a Partial Judgment as a matter of law and a Permanent Injunction.

      DATED: June 12, 2024.

      IDAHO LEGAL AID SERVICES, INC.

/s/ Howard A. Belodoff
Howard A. Belodoff

JANE GORDON LAW

/s/ Jane Gordon
Jane Gordon
Attorneys for Plaintiffs