Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org

Jane Gordon, ISB #9243
Jane Gordon Law
1004 W. Fort Street
Boise, Idaho 83702
Tel: (208) 391-4747
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALEX ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>    Defendants. | CASE NO. 1:22-CV-409<br><br>DECLARATION OF MISA PERRON-BURDICK, MD MAS |

I certify under penalty of perjury pursuant to the law of the State of Idaho that the following is true and correct:

1. My name is Misa Perron-Burdick, MD MAS, I am over the age of 18 and a United States Citizen. I am a medical doctor, with a license to practice medicine in the State of

DECLARATION OF MISA PERRON-BURDICK, MD MAS- 1

Idaho. These statements are made based on my own personal knowledge and experience as a treating provider.

2.  I have practiced medicine for over 15 years. I attended medical school at Alpert Medical School of Brown University in Providence, Rhode Island . My residency was in obstetrics/gynecology at the Kaiser East Bay OB/GYN Residency Program. I am a Board-certified Obstetrician Gynecologist who currently practices in Idaho.

3.  A true and correct copy of my curriculum vitae is attached as Exhibit A.

4.  I specialize in providing obstetrics and gynecology.

5.  Some patients who I provide treatment for are transgender and seek treatment for gender dysphoria and gender affirming care, I perform hysterectomies and post-operative care.

6.  Many of my patients do not see me for gender affirming care reasons. Some of my transgender patients see me for medical care that is not gender affirming.

7.  Some of my patients are covered and reimbursed by Medicaid. Those patients require a prior authorization.

8.  When individuals are not diagnosed with gender dysphoria and are not transgender, the prior authorization is approved for medical necessary care. It is usually approved within 14 to 21 days.

9.  When individuals are diagnosed with gender dysphoria, the prior authorizations are not approved, even though the request is for medical necessary care that is not for treatment of their gender dysphoria or to provide gender affirming care.

10. Medicaid is denying care for patients because of the Millman Criteria.

11. On a given date in 2023, I met a reproductive-age transmasculine patient who desired a hysterectomy for dysmenorrhea (heavy and painful bleeding). He was referred to me

DECLARATION OF MISA PERRON-BURDICK, MD MAS- 2

by his primary care provider for specialty gynecologic care after trying several medical treatments for the pain, including non-steroidal anti-inflammatory and hormonal medication.

12. The patient was overall healthy and a good surgical candidate. In my expert opinion, hysterectomy is an appropriate and medically necessary treatment for painful periods in this patient who had tried medication treatment for dysmenorrhea.

13. The patient selected a surgery date 3 months in the future so that he had time to prepare. Per standard practice, a request to authorize surgery was sent to Medicaid 3 weeks prior to the surgery date. Five business days later, Medicaid denied the request for not meeting the Millimen criteria for medical necessity.

14. The Telligen reviewer stated that while the patient had some bleeding, the majority of the notes indicated that this was a planned elective surgery for gender reassignment. This basis for denial of care conflicts with what is documented in the patient's chart, specifically that the patient's medical indication for hysterectomy is painful periods (not bleeding or gender dysphoria as referenced by the reviewer).

15. Over the next 2 months, I attempted to contact Telligen and Medicaid several times to get a copy of the Millimen criteria. I spoke to multiple representatives from both agencies who stated they did not know how to access the Millimen criteria but promised to get back to me with the information. No one ever returned my calls or responded with the promised information. The patient worked with Patient Financial Services to understand the out-of-pocket cost of the surgery which was unfortunately prohibitive.

16. Three months after the initial Medicaid denial, I submitted an appeal letter to Telligen. A month passed with no response from Telligen. Our institution's preauthorization team reached out to inquire about the status, and only then did Telligen inform us that they

DECLARATION OF MISA PERRON-BURDICK, MD MAS- 3

would not review the case and that we should contact the Medicaid Medical Care Unit (MCU). We sent an email 3 weeks ago (middle of May 2024) and still have not received a response.

17.     Five months have passed since we initially requested preauthorization for surgery from Medicaid. The patient has still not received his medically necessary care.

18.     In my expert opinion, hysterectomy is an appropriate and medically necessary treatment for painful periods in patients who have failed medical treatment and do not desire future child-bearing.

19.     In fact, over the past 12 months, Medicaid has authorized hysterectomies for 3 cisgendered patients for the diagnosis of painful periods. Although this transgender patient has the exact same complaint and indication for hysterectomy as my cisgender patients, Medicaid has denied him necessary medical care.

Dated this June 12, 2024.

*Misa Perron-Burdick*

MISA PERRON-BURDICK, MD MAS

DECLARATION OF MISA PERRON-BURDICK, MD MAS- 4

 Audit trail

| | |
|---|---|
| Title | MH SJ Declaration MISA |
| File name | MH SJ Declaration MISA .pdf |
| Document ID | 73cb849d85727926cda104b6086c4f65e93bd38c |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT** — **06 / 09 / 2024** 20:30:14 UTC-5
Sent for signature to Misa Perron-Burdick, MD (misapb@gmail.com) from jane@janegordonlaw.com
IP: 162.125.47.139

**VIEWED** — **06 / 09 / 2024** 21:24:16 UTC-5
Viewed by Misa Perron-Burdick, MD (misapb@gmail.com)
IP: 174.27.3.211

**SIGNED** — **06 / 12 / 2024** 20:39:08 UTC-5
Signed by Misa Perron-Burdick, MD (misapb@gmail.com)
IP: 208.185.4.221

**COMPLETED** — **06 / 12 / 2024** 20:39:08 UTC-5
The document has been completed.

# CURRICULUM VITAE
## Misa Perron-Burdick, MD MAS

415-218-0277 | misapb@gmail.com

**Current Positions:**  Physician
St. Luke's Health System, Obstetrics and Gynecology
Meridian, ID

Volunteer Physician
Terry Reilly Health Services
Nampa, ID

Volunteer Clinical Faculty
Obstetrics, Gynecology & Reproductive Sciences
University of California, San Francisco

**Address:**  1418 E Bannock St
Boise, ID 83712

## EDUCATION

| | | | |
|---|---|---|---|
| 1993 - 1998 | University of Washington, Seattle, WA | B.A. | Japanese |
| 2004 - 2008 | Alpert Medical School of Brown University, Providence, RI | M.D. | Medicine |
| 2008 - 2012 | Kaiser East Bay OB/GYN Residency Program | Intern | OB/GYN |
| 2009 - 2012 | Kaiser East Bay OB/GYN Residency Program | Resident | OB/GYN |
| 2012 - 2014 | Veterans Affairs Medical Center | Fellow | Research |
| 2012 - 2014 | University of California San Francisco | M.A.S. | Research |

## LICENSES & CERTIFICATIONS

| | |
|---|---|
| 2022 | Idaho State Board of Medicine |
| 2009 | Medical Board of California |
| 2016 | Board Certified, American Board of Obstetrics and Gynecology |

**PRINCIPAL POSITIONS HELD SINCE RESIDENCY**

**2012-2014**
Gynecologist and VA Women's Health Research Fellow
Veterans Affairs Medical Center
San Francisco, CA

**2014- 2022**
Obstetrician Gynecologist, Outpatient Medical Director, and
University of California San Francisco Faculty member
Department of Obstetrics, Gynecology, & Reproductive Sciences
San Francisco General Hospital Division
San Francisco, CA

**2022 - current**
Obstetrician Gynecologist
St Luke's Medical Center
Meridian, ID

## HONORS AND AWARDS

| | |
|---|---|
| 2009 | Best Resident Teacher, UCSF School of Medicine Medical Students |
| 2010 | Best Second Year Resident Teacher, Kaiser Permanente Oakland |
| 2014 | Outstanding Resident Teaching Award, UCSF Ob/Gyn Residents |
| 2018, 2019, 2021 | Outstanding Medical Student Teaching Award, UCSF School of Medicine |

# PROFESSIONAL ACTIVITIES

## MEMBERSHIPS

| | |
|---|---|
| 2009 - 2021 | American Association of Gynecologic Laparoscopists, member |
| 2007 - present | American College of Obstetricians and Gynecologists, member |
| 2017 - 2021 | International Pelvic Pain Society, member |
| 2018 – 2021 | American Public Health Association, member |
| 2022 - present | Society of Family Planning, member |
| 2022 – present | Idaho Medical Association, member |

## SERVICE TO PROFESSIONAL ORGANIZATIONS

| | | |
|---|---|---|
| 2009 - 2011 | Interconception Care Project, Infectious Disease Subgroup, American College of Obstetricians and Gynecologists, District IX | Member |

| | | |
|---|---|---|
| 2015 - 2016 | Interconception Care Project Revision Workgroup, Infectious Disease Subgroup, American College of Obstetricians and Gynecologists, District IX | Member |
| 2021 - 2022 | BRN Nurse-Midwifery Advisory Committee, California Nurse-Midwifery Association | Member |

## INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS

| | | |
|---|---|---|
| 2018 | Contraceptive Technology, March 4-7, San Francisco CA. | Speaking Faculty |

## CONTINUING EDUCATION AND PROFESSIONAL DEVELOPMENT ACTIVITIES

| | |
|---|---|
| 2016 | San Francisco Health Network (SFHN) Quality Improvement Leadership Academy |
| 2018 | Differences Matter Diversity, Inclusion, and Equity Champion Training |
| 2018 | Institute for Healthcare Improvement. Virtual Expedition: Design Thinking and Co-Design—Achieve Breakthrough Results. |
| 2018 | Relationship Centered Communication |
| 2019 | High-Impact Management Program (Coleman Associates) |

## COMMUNITY AND PUBLIC SERVICE

| | | |
|---|---|---|
| 2020 - 2022 | COVID-19 Patient Pantry | Founder, Director |
| 2022 - present | Terry Reilly Health Services | Volunteer Physician |

## PUBLICATIONS

1. Perron-Burdick M, Yamamoto M, Zaritsky E. Same-day discharge after laparoscopic hysterectomy. Obstetrics & Gynecology. 117(5):1136-1141, May 2011.
2. Perron-Burdick M, Calhoun A, Idowu D, Perron-Burdick M, Pressman A, Sinclair F, Zaritsky E. Minilaparotomy versus laparoscopic hysterectomy: A comparison of length of hospital stay. J Minim Invasive Gynecol 21(4);619-23, Jul-Aug 2014.
3. Ukoha EP, Davis K, Yinger M, Butler B, Ross T, Crear-Perry J, Perron-Burdick M, Nijagal MA. Ensuring Equitable Implementation of Telemedicine in Perinatal Care. Obstet Gynecol. 2021 Feb 04. PMID: 33543895. PMCID: PMC7884085
4. Perron-Burdick M, Shreiber C, Gupta P. Controversies in Family Planning: Opthalmic migraines and combined hormonal contraceptives. Contraception 84(5):442-4, November 2011.
5. Perron-Burdick, M. (2019). 'A 26-Year-old Women with Chronic Pelvic Pain and Negative Workup', book chapter in Chemlow D. (ed.) et al Office Gynecology, A Case-based Approach.
6. Morse DS, Perron-Burdick M, Walsh J (2019). 'Women' book chapter in in Feldman MD (ed) et al Behavioral Medicine: A Guide for Clinical Practice 5th Edition. Lange, ch 16.  2018.

## CONFERENCE ABSTRACTS

1. Aksel S, Vargas JE, Drey JA, Simon SG, Seinauer JE, Carlisle AS, Perron-Burdick M. Fasting stomach volume in the late second and third trimesters of pregnancy versus non-pregnant controls. Oral Presentation, North American Forum on Family Planning. October 2014.
2. Calhoun A, Idowu D, Perron-Burdick M, Pressman A, Sinclair F, Zaritsky E. A retrospective comparison of length of hospital stay following hysterectomy performed via

laparoscopy versus minilaparotomy. Oral presentation. American Association of Gynecologic Laparoscopists 40th Global Congress, November 2011.

3. Perron-Burdick M, Yamamoto M, Zaritsky E. Same-day discharge after laparoscopic hysterectomy: Is it a safe option? Oral presentation. American Association of Gynecologic Laparoscopists 39th Global Congress, November 2010.

4. Yamamoto M, Perron-Burdick M, Zaritsky E. Same-day discharge after laparoscopic hysterectomy: Is it a safe option? Poster presentation. ACOG Annual Clinical Meeting, May 2010.

5. Perron-Burdick M, Weiss-Laxer N, Mello MJ, Baird J, Pallant A. Screen Time and Physical Activity: Are Kids Ready for Change? Use of the Transtheoretical Model to assess readiness in an urban ambulatory pediatric setting. Poster presentation. American Public Health Association Annual Meeting, November 2007.

6. Nothnagle M, Perron-Burdick M. Practice-based intervention to improve osteoporosis screening in a residency practice. Oral presentation. Society of Teachers of Family Medicine, April 2005.

7. Perron-Burdick M, LeResche L, Sherman J, Mancl LA, Dworkin SA. Oral contraceptive use and premenstrual symptoms in clinical pain patients. Poster presentation. 10th World Congress on Pain, Aug 2002.

**OTHER CREATIVE ACTIVITIES**

1. eClinicalWorks Electronic Medical Record Implementation. 2014-2015. I lead a team of IT specialists, billing experts, nurses, clinicians, and support staff in transitioning the 5M Women's Health Center to it's first electronic medical record system.

2. Cycle Time Reduction Pilot Project. 2015-2016. I lead a group of medical students in a Quality Improvement Project aimed at understanding cycle times for patients receiving care in 5M Women's Health Center. This project identified barriers for data collection and systems changes and was used to secure additional resources for improving care quality.

3. Innovations in Perinatal Care. 2016-2022. I secured two rounds of funding from the ZSFG Clinical Practice Group to develop innovative solutions to perinatal care delivery with an equity lens. For Phase 1, we partnered with the UCSF Joint Perinatal Health Equity Project and design thinking consultants, to interview and lead focus groups of providers, staff, and patients regarding their experience with perinatal care. We also did analogous research at other health care delivery sites. After piloting different models and changes, we transitioned the entire clinic to a Team Based Care model of care in early 2019. This reduced wait times, improved clinic access and provider continuity, and created training opportunities for clinical staff. A post-transition survey reflected the highest patient satisfaction scores to date. Phase 2 is a collaboration with the UCSF Department of Psychiatry and SFGH Foundation Solid Start Initiative of this study focuses on the integration and expansion of mental health services for high risk patients. Phase 2 is currently in the design process.

4. Breastfeeding Intentions and Outcomes in Urban, Publicly Insured Women. 2017-2018. Lead for this semiqualitative project examining breastfeeding goals and experiences for a cohort of racially diverse, low-resource patients. This project informed interventions that increased breastfeeding rates by from 65% to 80%, the highest rate for Medi-Cal patient in San Francisco. This project is complete.

5. Barriers and Facilitators to Attending the Postpartum Visit. 2018-2022. Lead investigator for this semiqualitative study examining patient priorities and preferences for attending the postpartum visit among a cohort of racially diverse, low-resources patients presenting for care in an urban hospital-based clinic. This study provided information to drive systems change to improve postpartum visit attendance and support for families. This project is in the write-up and dissemination phase.

6.      EPIC Medical Records Implementation and Optimization.  2018-2022. I lead a team of IT specialists, nurses, clinicians, and clinical support staff in transitioning the 5M Women's Health Center to a new EMR.  We used this opportunity to create a new organizational structure and workflows to improve efficiency, patient experience, and quality care.

7.      Postpartum Care Equity Project.  2019-2022. Co-lead of a 2-year project aimed at reducing racial disparities for attending the postpartum visit for Black and African-American identifying patients and families.  Currently in the design phase.

8.      OB Telemedicine Project. 2019-2022.  Co-investigator of funded project to implement and evaluate telemedicine for high-risk obstetric patients. PI Malini Nijagal.

9.      Healing with Accountability: Creating a Culture of Inclusivity and Anti-racism in the Obstetrics, Midwifery, and Gynecology Clinic.  2022.  A year-long project to address anti-Black racism and create an environment of healing and nourishment for African-American and Black-identified staff.