Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org

Jane Gordon, ISB # 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 371-4747; Fax: (208) 807-2290
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DAVE JEPPESEN, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>    Defendants. | CASE NO 1:22-CV-409<br><br>EXPERT DECLARATION OF LOREN S. SCHECHTER, M.D. |

I, Loren Schechter, pursuant to 28 U.S.C. §1746, declare as follows:

1.       I am over the age of eighteen and submit this expert declaration based on my personal knowledge.

2.       I am a board-certified plastic surgeon. I specialize in performing gender

confirming surgeries[1] (including chest reconstruction surgeries, genital reconstruction surgeries, and other procedures to feminize or masculinize the face and body, as described in more detail below), and I am a recognized expert in this field.

3.      I have been retained by counsel for Plaintiffs in the above captioned lawsuit to provide an expert opinion on the standards of care for treating individuals diagnosed with gender dysphoria. In particular, I have been asked whether: 1) gender confirming surgeries are safe and effective medical treatment for gender dysphoria experienced by transgender individuals including the Plaintiffs; and 2) a categorical exclusion on Medicaid coverage for gender confirming surgeries is a cosmetic medical procedure and violates the prevailing standards of care for treating transgender adults over 18 years of age, who have been diagnosed with gender dysphoria.

4.      If called to testify in this matter, I would testify truthfully and  based on my expert opinion. The opinions and conclusions I express herein are based on a reasonable degree of scientific certainty.

**Qualifications and Experience**

5.      The information provided regarding my professional background, experiences, publications, and presentations are detailed in my curriculum vitae

---

[1] I refer to the family of procedures discussed in this report as "gender confirmation," "gender confirming surgeries," or "gender affirming surgeries" because they are one of the therapeutic tools used to enable people to be comfortable living in accordance with their gender identities. Out of the myriad of labels I've heard for these procedures—"sex reassignment surgery," "gender reassignment surgery," and "sex change operation," to name but a few—none is as accurate when it comes to describing what is actually taking place as "gender confirmation" or "gender affirmation surgery." Most, if not all, of the other names used for these procedures suggest that a person is making a choice to switch genders, or that there is a single "surgery" involved. From the hundreds of discussions, I have had with patients over the years, nothing could be further from the truth. This is not about choice; it is about using one or more surgical procedures as therapeutic tools to enable people to live authentically.

EXPERT DECLARATION OF LOREN S. SCHECHTER, M.D. – Page 2

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

("CV"). A true and correct copy of my most up-to-date CV is attached as Exhibit A.

6.      I received my medical degree from the University of Chicago, Pritzker School of Medicine. I completed my residency and chief residency in plastic and reconstructive surgery and a fellowship in reconstructive microsurgery at the University of Chicago Hospitals.

7.      I previously served as a Clinical Professor of Surgery at the University of Illinois at Chicago, and resigned that position to become the Director of Gender Affirmation Surgery at Rush University Medical Center in April 2022. I am currently a Professor of Surgery and Urology at Rush University Medical Center. I also maintain a clinical practice in plastic surgery in Illinois where I treat patients from around the country, as well as from around the world.

8.      I have been performing gender-confirming surgeries for more than 28 years. For at least the past eight years, I have been performing approximately 150-200 gender confirmation procedures every year. I have performed over 2000 gender- confirmation surgeries during my medical career. Currently, approximately 90 percent of the patients in my clinical practice are transgender people seeking gender confirmation surgeries.

9.      I was a contributing author to the Seventh Version of the World Professional Association for Transgender Health's ("WPATH") Standards of Care for the Health of Transsexual, Transgender, and Gender- Nonconforming People ("Standards of Care"). In particular, I wrote the section focused on the relationship of the surgeon with the treating mental health professional and the physician prescribing hormone therapy. I was the co-lead author of the surgical and postoperative care chapter for the 8th Version of the Standards of Care, released in September 2022.

10.     The Standards of Care provide clinical guidance for health professionals based on

EXPERT DECLARATION OF LOREN S. SCHECHTER, M.D. – Page 3

the best available science and expert professional consensus. The purpose of the Standards of Care is to assist health providers in delivering medical care to transgender people in order to provide them with safe and effective treatment for gender dysphoria, in order to maximize their overall health, psychological well-being, and self-fulfillment.

11.     In addition, I have written a number of peer-reviewed journal articles and chapters in professional textbooks about gender confirmation surgeries. In 2016, I published Surgical Management of the Transgender Patient, the first surgical atlas (a reference guide for surgeons on how to perform surgical procedures using safe, well-established techniques) dedicated to gender confirming surgeries. In 2020, I published a guide for surgeons entitled Gender Confirmation Surgery: Principles and Techniques for an Emerging Field. I am also a co-investigator on a study regarding uterine transplantation for transgender women. A full and complete list of my publications is included in my CV.

12.     I am a guest reviewer for several peer-reviewed medical journals, including the Journal of Plastic and Reconstructive Surgery, the Journal of Reconstructive Microsurgery, the Journal of the American College of Plastic Surgeons, the Journal of Plastic and Aesthetic Research, and the Journal of Sexual Medicine. I also serve on the editorial board of both Transgender Health and the International Journal of Transgender Health. Each of these publications is a peer-reviewed medical journal. A full and complete list of my reviewerships and editorial roles is included in my CV.

13.     I am actively involved in training other surgeons to perform gender confirmation surgeries. In 2017, I started the surgical fellowship in gender surgery, now placed at Rush University Medical Center in Chicago. I am currently the Director for the fellowship in gender-affirming surgery at Rush University Medical Center. I also serve as the Patient Safety and Quality

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

Officer for the Division of Plastic Surgery at Rush, and previously served as Chairman of the Patient Safety Committee for The American Society of Plastic Surgeon

14.     I have given dozens of public addresses, seminars, and lectures on gender confirming surgery, including many through the American Society of Plastic Surgeons. I have also taught a number of courses through WPATH's Gender Education Institute, which provides training courses toward a member certification program in transgender health for practitioners around the world. In addition, in 2018, I co-directed the first live surgery course in gender confirming procedures at Mount Sinai Hospital in New York City, and I was the Co-Director for the live surgery course in 2023. In 2019, I directed the inaugural Gender Affirming Breast, Chest, and Body Master Class for the American Society of Plastic Surgeons.

15.     I am also a founding member and president of the Society of Gender Surgeons; a current member of the Executive Committee of the Board of Directors of the World Professional Association for Transgender Health, where I serve as treasurer; and a former member of the Board of Governors of the American College of Surgeons. I am a guest examiner for the American Board of Plastic Surgery, which involves administering the plastic surgery oral board exam to surgeons who have completed their plastic surgery training and seek board certification. I am the former Chair of the Patient Safety Committee for the American Society of Plastic Surgeons. In 2017, I was an invited discussant at the Pentagon regarding transgender service members. I have been an invited discussant at the Pentagon regarding transgender service members, and was honored by delivering the Annual Bevan Lecture at the Chicago Surgical Society on gender-affirmation surgery. I serve on the Ad-hoc Committee on Sex and Gender Identification and Implications for Disability Evaluation convened by The National Academies of Science, Engineering, and Medicine and sponsored by The Social Security Administration.

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

16.     Over the past four years, I have given expert testimony at trial or by deposition in the following cases: *Doe v. Ladapo*, N.D. Fla. (trial); *Dekker v. Weida*, N.D. Fla. (trial); *C.P. v. Blue Cross Blue Shield of Illinois*, W.D. Wash. (deposition); *Kadel v. Folwell*, M.D.N.C. (deposition); *Fain v. Crouch*, S.D. W. Va. (deposition); *Toomey v. State of Arizona*, D. Ariz. (deposition). To the best of my recollection, I have not given expert testimony at a trial or at a deposition in any other case during this period.

17.     I am being compensated at an hourly rate of $400/hour plus expenses for my time spent preparing this Declaration and providing local testimony including deposition or providing hearing testimony by telephone or video- teleconference). I will be compensated a flat daily rate of $7,500 for any out-of-town deposition or hearing testimony. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

**Basis for Opinions**

18.     My opinions contained in this Declaration are based on all of the following: (1) my clinical experience of over 28 years of caring for transgender patients, including adolescents and young adults; (2) my review and familiarity with relevant peer-reviewed literature,[2] including my own, regarding gender confirming surgeries, which reflects the clinical advancements in these procedures and the corresponding growth in research related to the safety and effectiveness of these procedures in treating gender dysphoria; and (3) discussions with

---

[2] I regularly and routinely perform literature searches as an educator, including in my roles as a Professor of Surgery at Rush University Medical Center and attending surgeon at Rush University, where I participate in fellow, resident, and student education; Director of Gender Affirmation Surgery at Rush University Medical Center; lecturer for the Global Education Initiative for WPATH; invited lecturer at national and international conferences; co-lead author of the surgery and post-operative care chapter of the upcoming WPATH Standards of Care Version 8; an editor and reviewer for peer-reviewed publications; and a course director for various educational opportunities for WPATH, American Society of Plastic Surgeons, and other organizations.

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

colleagues and other experts in the field, including attendance and participation in various

educational conferences both nationally and internationally. The research I relied on in preparing

this declaration is cited in the footnotes and detailed in the reference list attached as Exhibit B to

this Declaration.

19.     I have personal knowledge of the matters stated in this Declaration. I may further

supplement these opinions in response to information produced by Defendants or from

Defendants' experts.

**BACKGROUND ON GENDER IDENTITY AND GENDER DYSPHORIA**

20.     The term "transgender" is used to describe a diverse group of individuals whose

gender identity, or internal sense of gender, differs from the sex they were assigned at birth.

21.     Many transgender people experience gender dysphoria at some point in their

lives. Gender dysphoria is a serious medical condition, defined by the Diagnostic and Statistical

Manual of Mental Disorders (DSM-V) published by the American Psychiatric Association as "a

difference between one's experienced/expressed gender and assigned gender, and significant

distress or problems functioning." Gender dysphoria is also recognized by the International

Classification of Diseases-11 (ICD-11), under the label of gender incongruence, and the

International Classification of Diseases-10 (ICD-10). Individuals diagnosed with gender

dysphoria have an intense and persistent discomfort with the primary and/or secondary sex

characteristics of the sex they were assigned at birth. Without treatment gender dysphoria can

lead to debilitating anxiety and depression, as well as serious incidents of self-harm, including

self-mutilation, suicide attempts, and suicide.

22.     Appropriate medical care can help alleviate gender dysphoria. Gender

confirmation surgeries, which bring a person's body into better alignment with their gender

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

identity, have been shown to be an effective treatment for gender dysphoria.

**GENDER CONFIRMING SURGERIES ARE STANDARD, MEDICALLY ACCEPTED, AND MEDICALLY NECESSARY TREATMENTS FOR GENDER DYSPHORIA FOR TRANSGENDER PEOPLE**

23.     It is my professional opinion, supported by the prevailing consensus of the medical community, that procedures used to treat gender dysphoria are medically necessary treatments for many transgender people; these procedures are properly considered as medically necessary, and are not cosmetic in nature; and these procedures are safe and effective treatments for gender dysphoria.

***Applicable Standards of Care for Treating Gender Dysphoria***

24.     WPATH is a non-profit professional and educational organization devoted to transgender health. WPATH's mission is "to promote evidence based care, education, research, advocacy, public policy, and respect in transgender health."[3] WPATH publishes the Standards of Care. The Standards of Care are based on the best available scientific evidence and expert professional consensus. WPATH published the first version of the Standards of Care in 1979. Since that time, the guidelines have been updated through seven versions, reflecting the significant advances made in the understanding, management, and care of transgender individuals. The Standards of Care are widely recognized guidelines for the clinical management of transgender people with gender dysphoria. Most surgeons who regularly treat people experiencing gender dysphoria, including myself, practice in accordance with the Standards of Care.

---

[3] WPATH, Mission and Vision, https://www.wpath.org/about/mission-and-vision.

EXPERT DECLARATION OF LOREN S. SCHECHTER, M.D. – Page 8

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

25.     As indicated in the Standards of Care, medically necessary gender affirming treatments include mental health care, puberty suppression, hormone therapy, and various surgical procedures to align a person's primary and/or secondary sex characteristics with the person's gender identity.[4] Surgery is often the last and most considered of the treatment options for gender dysphoria in transgender people. Not every transgender person may undergo every available surgical procedure.

26.     As highlighted in the seventh version of the Standards of Care Version, and as now well-accepted, "[t]he number and sequence of surgical procedures may vary from patient to patient, according to their clinical needs."[5] Evidence shows that while some transgender people do not require surgery, "for many others surgery is essential and medically necessary to alleviate their gender dysphoria. For the latter group, relief from gender dysphoria cannot be achieved without modification of their primary and/or secondary sex characteristics to establish greater congruence with their gender identity."[6]

27.     The Standards of Care set forth criteria for initiation of surgical treatment. The Endocrine Society—the leading professional organization devoted to research on hormones and the clinical practice of endocrinology—has also issued clinical guidelines for the treatment of transgender people.[7] The guidelines indicate that for transgender people, gender confirming

---

[4] Standards of Care at S18, S128.

[5] E. Coleman et al. (2012). Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7, Int'l J. of Transgenderism, 13(4): 165-232, 201 doi: 10.1080/15532739.2011.70087358.

[6] *Id*. at 199. *See also* Standards of Care at S18.

[7] Wylie C Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline*, 102 J. Clin. Endocrinology & Metabolism 3869 (2017).

EXPERT DECLARATION OF LOREN S. SCHECHTER, M.D. – Page 9

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

surgeries often are necessary and effective treatments.[8]

28.     The broader medical community, including the American Medical Association, American Academy of Pediatrics, American Psychological Association, American Psychiatric Association, American College of Obstetricians and Gynecologists, American Academy of Family Physicians, and World Health Organization, recognizes that gender confirming surgeries are standard, appropriate, and often necessary treatments for individuals with gender dysphoria.

### 1.     *Surgical Treatments for Gender Dysphoria*

29.     For transgender women and non-binary people assigned male at birth, surgical treatment options that are generally accepted in the medical community and are consistent with the Standards of Care include, but are not limited to:

- Chest reconstruction surgery: augmentation mammoplasty (breast implants) (also known "feminizing chest surgery");

- Genital reconstruction surgeries: penectomy (removal of the penis), orchiectomy (removal of the testes), vaginoplasty, clitoroplasty, and/or vulvoplasty (creation of female genitalia including the labia minora and majora);

- Non-genital, non-breast surgical interventions: facial feminization surgery, liposuction, lipofilling, voice surgery, thyroid cartilage reduction, gluteal augmentation (implants/lipofilling), and hair reconstruction, among others.

30.     For transgender men and non-binary people assigned female at birth, surgical treatment options that are generally accepted in the medical community and are consistent with the Standards of Care include, but are not limited to:

- Chest reconstruction surgery: subcutaneous mastectomy, creation of a male chest

---

[8] *Id.*

EXPERT DECLARATION OF LOREN S. SCHECHTER, M.D. – Page 10

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

(also known as "masculinizing chest surgery");

- Genital surgery: hysterectomy/oophorectomy, reconstruction of the urethra, which can be combined with a metoidioplasty or with a phalloplasty (employing a pedicled or free vascularized flap), vaginectomy, scrotoplasty, and implantation of erection and/or testicular prostheses;

- Non-genital, non-breast surgical interventions: liposuction, lipofilling, pectoral implants, various other procedures to bring the patient's gender physical presentation into congruence with their gender identity, and sometimes voice surgery (rare).

31. The Standards of Care set forth criteria for initiation of any gender affirming medical treatment, including surgery. For adults, the criteria for surgery are:

- The patient's experience with gender incongruence is marked and sustained.

- In regions where a diagnosis is necessary to access health care (as it is in the United States), the patient fulfills the diagnostic criteria for gender incongruence.

- Other possible causes of apparent gender incongruences have been identified and excluded prior to the initiation of treatment.

- "[A]ny physical or mental health conditions that could negatively impact the outcome" of treatment were assessed, "with risks and benefits discussed, before a decision was made regarding treatment."

- The patient has the capacity to consent for the specific gender-affirming treatment.

- The patient understands "the effect of the treatment on reproduction" and has explored reproductive options.

EXPERT DECLARATION OF LOREN S. SCHECHTER, M.D. – Page 11

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

- "[P]rofessionals who have competencies in the assessment of transgender and gender diverse people wishing gender-related medical treatment consider[ed] the role of social transition" with the patient.

- The patient has a recommendation for the initiation of the treatment "from a professional who has competencies in the assessment of transgender and gender diverse people wishing gender-related medical and surgical treatment."

- Prior to genital reconstruction surgery, the patient has received a minimum of 6 months of hormone therapy as appropriate to their gender goals prior to undergoing the surgery.[9]

***Gender Confirmation Surgeries are Medically Necessary Not Cosmetic***

32.     The medical community and insurance providers recognize a distinction between surgery that is medically necessary, and cosmetic surgery, which generally is not. No particular procedure is inherently cosmetic or inherently medically necessary; rather, the underlying diagnosis determines whether the procedure is considered cosmetic or medically necessary.

33.     With respect to surgical treatments for gender dysphoria, the medical community generally considers those surgeries to be medically necessary. This is true even though the same surgical procedures might be considered cosmetic when performed on someone without gender dysphoria. Gender confirming surgeries are not cosmetic because, when performed in accordance with the Standards of Care, they are clinically indicated to treat the underlying medical condition of gender dysphoria. Indeed, as explained further below, the surgical procedures listed above to treat gender dysphoria are similar to surgical procedures performed for other diagnoses (e.g., breast cancer). Because these medically necessary procedures help

---

[9] Standards of Care at S32; *see also id*. at S256, S132.

EXPERT DECLARATION OF LOREN S. SCHECHTER, M.D. – Page 12

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

transgender people live and present in a manner more consistent with their gender identity and therefore reduce and/or treat their gender dysphoria, the professional medical consensus is that these are appropriately categorized as medically necessary.

34.     Certain surgical procedures are medically necessary when used to treat gender dysphoria or another medical condition, but are cosmetic when they are used only to alter one's appearance without an underlying medical diagnosis (e.g., a cisgender woman obtaining a breast augmentation for aesthetic reasons). While the procedures themselves are technically similar, the reasons for performing the procedures are not.

35.     Additionally, reconstructive surgery often has the additional benefit of promoting and improving a patient's quality of life and well-being; which is often a component of medically necessary care. Indeed, aside from the primary purpose of alleviating or reducing a patient's gender dysphoria, gender confirmation surgery also has been demonstrated to have other salutary effects, such as improving quality of life and reducing negative health outcomes.

36.     In a study published in 2019 by Miller, et al., 100% of transgender women who underwent breast augmentation reported improvement in their gender dysphoria and "would undergo the operation again."[10] In a prospective study utilizing a validated quality of life assessment tool, Alcon, et al. demonstrated significant improvements in quality of life up to 1 year following chest surgery.[11] The authors indicated that "the effect sizes were large and…exhibited excellent internal validity." The authors report that "every patient surveyed at 1

---

[10] Travis J. Miller et al., *Breast Augmentation in Male-to-Female Transgender Patients: Technical Considerations and Outcomes*, 21 JPRAS Open 63-74 (2019).

[11] Loren S. Schechter, *Discussion: Quantifying the Psychosocial Benefits of Masculinizing Mastectomy in Trans Male Patients with Patient-Reported Outcomes: The University of California, San Francisco*, Gender Quality of Life Survey, 147 Plastic & Reconstructive Surgery 741e-742e (2021).

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

year reported that gender-affirming surgery changed their life for the better" and that, "every patient surveyed after surgery said they would choose it (surgery) again knowing what they know."

37.     In addition, in a 2006 study published in Quality of Life Research, Newfield, et al. found that, "Chest reconstruction not only enhances the FTM transgender identity, increases self-esteem, and improves body image, but provides some security and safety for those who remove their shirts in public areas, such as gyms or beaches. Those who had received top surgery reported higher QOL quality of life) scores than those who had not received surgery, statistically significant findings (p<0.01) for the General Health, Social Functioning, and all three mental health concepts."[12]

### GENDER CONFIRMING SURGERIES ARE SAFE AND EFFECTIVE

38.     The prevailing peer-reviewed clinical research, as well as my own clinical expertise as a plastic surgeon specializing in gender confirmation surgeries, shows that surgical procedures for gender dysphoria are safe, effective, and medically accepted; and that many of these procedures are analogous to surgical procedures used to treat other medical conditions.

### *Gender Confirming Surgeries are Safe*

39.     It is my professional opinion, based on my clinical experience and review of available peer-reviewed research, that gender confirmation surgeries are safe and effective. Notably, when performing gender confirmation surgeries, surgeons use many of the same procedures that they use to treat other medical conditions. The fact that the medical community deems these analogous procedures sufficiently safe to treat conditions other than gender

---

[12] Emily Newfield et al., *Female-to-Male Transgender Quality of Life*, 15 Quality of Life Research 1447-1457 (2006).

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

dysphoria is by itself more than sufficient to support the safety of those surgeries to treat gender dysphoria. There is no medical basis to conclude that the same surgical procedures are more or less safe simply because they are used to treat gender dysphoria, versus other underlying medical conditions.

40.     For example, surgeons regularly perform mastectomies and chest/breast reconstruction, hysterectomies/salpingo-oophorectomies (which includes removal of the fallopian tubes and ovaries), and orchiectomies to treat individuals with cancer, or a genetic predisposition to cancer (BRCA 1, 2 genes in the case of prophylactic mastectomy or oophorectomy).

41.     Similarly, surgeons perform procedures to reconstruct external genitalia for individuals who have certain medical conditions (e.g., cancer) or who have suffered traumatic injuries or disabling infections to their genitalia. This would include procedures to correct conditions such as hypospadias (a disorder in which the urinary opening is not in the typical location on the glans penis), epispadias (a condition where the urethra is not properly developed), exstrophy (where the bladder develops outside the fetus), fournier's gangrene (where tissue dies because of an infection), penile webbing, or buried penis (which can occur as a result of obesity, diabetes, or recurrent infections). This would also include procedures to correct conditions such as congenital absence of the vagina or reconstruction of the vagina/vulva following oncologic resection, traumatic injury, or infection.

***Gender Confirmation Care and Surgeries Effectively Treat Gender Dysphoria***

42.     It is my professional opinion, based on decades of clinical experience, as well as a substantial body of peer-reviewed research, that standard medical surgical treatments for gender dysphoria are effective when performed in accordance with the Standards of Care.

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

43.     Peer-reviewed studies find that transgender women who undergo one or more gender confirmation surgeries report positive health outcomes. For example, a peer-reviewed study of transgender women found that those who underwent breast reconstruction surgeries experienced statistically significant improvements in their psychosocial well-being.[13] Another peer-reviewed study of transgender women who had vaginoplasty found that study participants' mean improvement in quality of life after surgery was 7.9 on a scale from one to ten.[14] Another study of transgender women found that surgical interventions were highly correlated with alleviating gender dysphoria.[15] A recent literature review concluded that in appropriately selected individuals, gender confirmation surgery is effective at improving quality of life, overall happiness, and sexual functioning in transgender women who are diagnosed with gender dysphoria.[16] Another recent post-operative and six-month follow-up survey of transgender female patients found improvements in quality of life in a significant majority of patients.[17]

---

[13] Weigert, R., Frison, E., Sessiecq, Q., Mutairi, K. A., & Casoli, V. (2013). Patient Satisfaction with Breasts and Psychosocial, Sexual, and Physical Well-Being after Breast Augmentation in Male-to-Female Transsexuals. Plastic and Reconstructive Surgery, 132(6), 1421-1429. doi:10.1097/01.prs.0000434415.70711.49.

[14] Horbach, S. E. R., Bouman, M., Smit, J. M., Ozer, M., Buncamper, M. & Mullender, M. G. (2015). Outcome of Vaginoplasty in Male-to-Female Transgenders: A Systematic Review of Surgical Techniques.

[15] Hess, J., Neto, R., Panic, L., Rubben, H. & Senf, W. (2014). Satisfaction with Male-to-Female Gender Reassignment Surgery. (Among survey respondents, the majority (90.2%) said that that their expectations for life as a woman were fulfilled after surgery. A similarly high percentage (85.4%) saw themselves as women.).

[16] Hadj-Moussa, M.,et al. Feminizing Genital Gender-Confirmation Surgery, 2018, 1-14. 2018 Jul;6(3):457-468.e2. doi: 10.1016.

[17] Papadopulos, N.A., et al. Male-to-Female Sex Reassignment Surgery Using the Combined Technique Leads to Increase Quality of Life in a Prospective Study. Plast Reconstr Surg. 2017 Aug;140(2):286-294. doi: 10.1097.

EXPERT DECLARATION OF LOREN S. SCHECHTER, M.D. – Page 16

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

44.     The available peer-reviewed literature likewise concludes that when performed in accordance with the prevailing standards of care, male chest reconstruction surgery is safe and effective in alleviating gender dysphoria. For example, one study found that transgender men who received chest reconstruction experienced few clinical complications and were overwhelmingly satisfied with their surgical outcomes.[18] Another peer reviewed study of transgender men who received chest reconstruction found that the procedure improved psychosocial well-being and physical well-being among participants.[19] Numerous other studies have reached similar conclusions.[20]

45.     The overwhelming majority of patients who obtain gender confirmation surgery in a manner consistent with the Standards of Care are both satisfied and experience a reduction of gender dysphoria. For the vast majority of transgender people who seek such surgery, the surgery is successful at treating gender dysphoria and alleviating a lifelong struggle to find peace of mind and comfort with their bodies.

---

[18] Frederick, M. et al., (2017), Chest Surgery in Female to Male Transgender Individuals, Annals of Plastic Surgery, 78(3), 249-253.

[19] Agarwal, C. et al., (2018). Quality of life improvement after chest wall masculinization in female-to-male transgender patients: A prospective study using the BREAST-Q and Body Uneasiness Test, 71, 651-657.

[20] *E.g.,* Olson-Kennedy, J. et al., (2018), Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults, JAMA Pediatrics, 172(5), 431-436; Van de Grift, T., et al., (2017), Surgical Indications and Outcomes of Mastectomy in Transmen: A Prospective Study of Technical and Self-Reported Measures. Plastic and Reconstructive Surgery, 140(3), 415e-424e. doi:10.1097/PRS.0000000000003607; Berry, M.G. et al., (2012), Female-to-male transgender chest reconstruction: A large consecutive, single-surgeon experience. Journal of Plastic, Reconstructive & Aesthetic Surgery 65, 711-719.

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

**GENDER CONFIRMATION SURGERIES ARE STANDARD, MEDICALLY ACCEPTED TREATMENTS FOR GENDER DYSPHORIA AND ARE NOT EXPERIMENTAL**

46.     It is my professional medical opinion that the contention that gender-confirming surgeries are experimental is unsupported by the professional medical consensus and prevailing standards of care for treating gender dysphoria, and is inconsistent with mainstream medical standards. To the contrary, the prevailing consensus of the medical community recognizes that procedures used to treat gender dysphoria are reconstructive, not experimental, and are medically necessary.

47.     Gender-affirming surgical care is not considered experimental when it uses accepted techniques and has demonstrative benefits. The techniques used in gender affirming care are employed in other surgeries and are well-established. For example, urethroplasties, orchiectomies, skin grafts, and mastectomies are all accepted techniques for congenital, oncological, and traumatic conditions. They are not experimental simply because they are applied to the well established diagnosis of gender dysphoria.

48.     Gender-affirming surgery has been performed for decades, utilizes accepted surgical techniques, and yields demonstrated benefits for patients. In addition, gender-affirming surgeries are: 1) part of the core curriculum in plastic surgery resident education; and 2) a component of both the written and oral board exams in plastic surgery. I have given presentations at multiple professional societies—including, the American Society of Plastic Surgeons, American Association of Plastic Surgeons, American Society for Reconstructive Microsurgery, American College of Surgeons—and none of those societies consider gender-affirming surgery experimental. In the disclosures required to give presentations of this kind there is no requirement that they be called experimental. It is widely accepted by professional

EXPERT DECLARATION OF LOREN S. SCHECHTER, M.D. – Page 18

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

surgical societies that gender-affirming surgeries are not experimental. Indeed, gender-affirming surgery is part of the standard resident education in plastic surgery and, it is included in both the written and oral exams (in order to obtain board certification).

### Quality of Evidence Supporting the Benefits of Gender Affirming Surgeries

49.     The overwhelming weight of the scientific and medical literature supports the benefits of gender affirming surgical interventions. Gender affirming surgical interventions have been performed for decades, and the safety and efficacy of these procedures have been reported by multiple surgeons practicing at different institutions in different countries and continents.

50.     The quality of the evidence supporting gender-affirming surgeries is comparable to that supporting many surgeries and clinical procedures. Prospective, randomized, double-blind, placebo-controlled studies cannot be used to evaluate many clinical procedures. For example, there are simply inherent limitations to our ability to conduct such studies in clinical medicine. First, it is unethical to withhold medically necessary care. As such, in many situations, clinicians cannot conduct a study that uses a control group who is deprived of the treatment being studied. The withholding of medically necessary care that would be required for such a comparison would be considered unethical. As such, in many situations, clinicians cannot conduct a study that uses a control group who is deprived of the treatment being studied. As noted in Dhejne et al. 2011, "the nature of sex reassignment precludes double blind randomized controlled studies of the result."[21]

51.     It is not possible to perform a double-blind study of surgeries that modify body

---

[21] Dhejne, C., Lichtenstein, P., Boman, M., Johansson, A. L., Långström, N., & Landén, M. (2011). Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. *PloS one*, 6(2), e16885. https://doi.org/10.1371/journal.pone.0016885 ("Given the nature of sex reassignment, a double blind randomized controlled study of the result after sex reassignment is not feasible.").

EXPERT DECLARATION OF LOREN S. SCHECHTER, M.D. – Page 19

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

parts, nor is there a placebo that can mimic such a surgery – unlike studies that use placebo drug

regimens, for example, people will know if they have had an operation or not. For relatively

uncommon conditions like gender dysphoria, sample sizes of individuals with the condition who

are available to participate in a clinical study tend to be small. This is especially true where

treatment for a condition has not been covered by insurance programs and plans, and where

additional barriers (such as ongoing stigmatization) prevent patients from accessing care. That

very lack of access to the procedure results in there being fewer people who have received

treatment and who can participate in a prospective study of that treatment's effect.

52.     In 2014, an impartial adjudicative board in the United States Department of

Health & Human Services ("HHS") concluded, based on decades of studies, that surgical care to

treat gender dysphoria is safe, effective, and medically necessary.[22] Dep't of Health & Human

Servs., Departmental Appeals Bd., Appellate Div., Decision No. 2676 (May 30, 2014),

hhs.gov/sites/default/files/static/dab/decisions/board decisions/2014/dab2576.pdf. As a result, the

Centers for Medicare & Medicaid Services (CMS) within HHS started covering surgical care for

gender dysphoria and continues to provide that coverage, including for patients in my practice.

***Few Patients Experience Regret When Gender Confirming Care and Surgery are Provided in Accordance with the Standards of Care***

53.     All available research—as well as my own clinical experience—indicates that

very few patients experience regret when gender-confirming surgery is provided in accordance

---

[22] That decision also discussed the quality of data demonstrating the efficacy of surgical care to treat gender dysphoria, noting regardless of whether the studies were randomized doubleblind trials, there was sufficient evidence to prove "a consensus among researchers and mainstream medical organizations that transsexual surgery is an effective, safe and medically necessary treatment for [gender dysphoria]." Dep't of Health & Human Servs., Departmental Appeals Bd., Appellate Div., Decision No. 2676, at 20 (May 30, 2014), hhs.gov/sites/default/files/static/dab/decisions/board-decisions/2014/dab2576.pdf.

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

with the WPATH Standards of Care and by a qualified surgeon. Regret of any kind is rare (0.6%

in transgender women and 0.3% in transgender men),[23] but "true regrets," as opposed to regrets

due to lack of social or familial acceptance, comprise an even smaller percentage (approximately

half this group, roughly 0.3% in transgender women and 0.15% in transgender men).[24] Having

performed gender confirming surgeries for over 20 years, I have never had a patient request a

reversal of male chest reconstruction.

54.      In a recent study I co-authored regarding regret following gender- affirming

surgery, Narayan, et al. queried 154 surgeons surgically treating between 18,125 to 27,325

individuals.[25] The rate of regret was found to be between 0.2-0.3%, consistent with previous

literature.

55.      Moreover, issues pertaining to regret following surgical procedures

are not limited to gender-affirming surgical interventions.[26] Some cisgender women experience

regret following breast reconstruction (40%), some cisgender women (6%) expressed regret

following prophylactic mastectomy and prophylactic oophorectomy (7%).

---

[23] Wiepjes, et. al., *The Amsterdam Cohort of Gender Dysphoria Study 1972-2015: Trends in Prevalence, Treatment, And Regrets*. J Sex Med. 2018 Apr; 15(4):582-590. doi: 10.1016.

[24] *Id*. at 585, 587 (researchers classified "social regrets" as those experienced by individuals who still identified as transgender women, but reported feeling "ignored by surroundings" or regretted loss of relatives," and classified "true regrets" as those experienced by individuals who "thought gender affirming treatment would be a 'solution' for, for example, homosexuality or [lack of] personal acceptance, but, in retrospect, regretted the diagnosis and treatment").
[25] Sasha Karan Narayan et al., *Guiding the Conversation—Types of Regret After Gender-Affirming Surgery and Their Associated Etiologies*, 9 Annals of Translational Medicine 605-616 (2021).

[26] Toni Zhong et al., *Decision Regret Following Breast Reconstruction: The Role of Self-Efficacy and Satisfaction With Information in the Preoperative Period*, 132 Plastic and Reconstructive Surgery 724e-734e (2013).; Leslie L. Montgomery et al., *Issues of Regret in Women With Contralateral Prophylactic Mastectomies*, 6 Annals of Surgical Oncology 546-

EXPERT DECLARATION OF LOREN S. SCHECHTER, M.D. – Page 21

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

*The Surgeon's Assessment for Surgical Interventions*

56.     When a person is referred to a surgeon to receive gender-confirming surgery, the surgeon receives one or more assessments of the patient's diagnosis and medical necessity of the care by one or more professionals, as required for the relevant procedure under the Standards of Care. But that is only one step in the assessment for surgical interventions. the surgeon remains ultimately responsible for deciding whether a particular surgical intervention is medically indicated. The surgeon evaluates the patient and makes the final decision about whether it is safe and medically indicated to proceed. This includes an evaluation of the patient's understanding of the condition, their self-awareness, and their goals and expectations for the intervention.

57.     The surgeon also evaluates other factors that would affect the patient's fitness for the surgery, such as obesity or smoking, and determines whether additional information might be required, such as x-rays or laboratory work. The surgeon also typically obtains an assessment from the person's primary care provider about their overall health. In my own clinical practice, I have declined to perform a requested intervention based on my exercise of professional judgment.

## SUMMARY OF OPINIONS AND CONCLUSIONS

58.     Based on over 28 years of clinical experience performing gender confirmation procedures and caring for transgender people, my knowledge of the standards of care and relevant peer-reviewed literature, and my discussions and interactions with experts throughout the world, it is my professional opinion that gender confirmation surgeries are safe, effective, and medically necessary treatments for gender dysphoria in transgender people. In my

---

552 (1999).; Elizabeth M. Swisher et al., *Prophylactic Oophorectomy and Ovarian Cancer Surveillance*, 46 The Journal of Reproductive Medicine 87-94 (2001).

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

experience, the overwhelming number of individuals who undergo gender confirmation procedures describe relief and/or reduction of their gender dysphoria and improvement in their quality of life and overall functioning.

59.     Furthermore, based on my clinical and professional experience and my ongoing review of the literature, it is my professional opinion that the denial of necessary medical care is likely to perpetuate gender dysphoria and create or exacerbate other medical issues, such as depression and anxiety, leading to an increased possibility of self-harm, negative health outcomes, and even suicide.

60.     In conclusion, it is my professional opinion that the categorical exclusion of transition related gender-affirming surgical care in Idaho's Medicaid Program is 1) inconsistent with the Standards of Care for treating transgender individuals diagnosed with gender dysphoria, 2) inconsistent with the peer-reviewed scientific and medical research demonstrating that gender confirmation surgeries are safe, effective, and more cost-efficient treatments for gender dysphoria over the long-term, 3) and inconsistent with expert medical and surgical consensus. To the extent the exclusion is premised on the conclusion that gender confirmation surgical care is not medically necessary, that conclusion is wrong. The Standard of Care confirm, based upon clinical evidence, that gender confirmation surgeries are medically necessary to help people alleviate the often serious and life-threatening symptoms of gender dysphoria.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated this 11th day of June, 2024.

_loren s schechter_
Loren S. Schechter, M.D.

EXPERT DECLARATION OF LOREN S. SCHECHTER, M.D. – Page 23

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

# Exhibit A

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

# Curriculum Vitae

**NAME:**  **LOREN SLONE SCHECHTER, MD, FACS**

**OFFICE:**  Rush University Medical Center
1725 W. Harrison St
Suite 758
Chicago, Il 60612
312.942.3640

**E-MAIL:**  loren_schechter@rush.edu
lorenschechter1@gmail.com

**MARITAL STATUS:**  Married (Rebecca Brown Schechter, MD)

**CERTIFICATION:**  The American Board of Plastic Surgery 2001
Certificate Number 6271
Date Issued:  September 2001
Maintenance of Certification:      2011
Maintenance of Certification:      2021

**EDUCATION:**

| | | |
|---|---|---|
| 1986-1990 | The University of Michigan | BS, 1990 |
| 1990-1994 | The University of Chicago Pritzker School of Medicine | MD, 1994 |

**POSTGRADUATE TRAINING:**

| | | |
|---|---|---|
| Residency: | The University of Chicago Hospitals Coordinated Training Program in Plastic and Reconstructive Surgery | 1994-1999 |
| Chief Resident: | The University of Chicago Hospitals Section of Plastic and Reconstructive Surgery | 1998-1999 |
| Fellowship: | Reconstructive Microsurgery The University of Chicago Hospitals Section of Plastic and Reconstructive Surgery | 1999-2000 |

**TEACHING APPOINTMENT and CURRENT PRACTICE LOCATION:**

Professor of Surgery (Department of Surgery, Division of Plastic Surgery with joint appointment in the Department of Urology), Chief Section of Gender-Affirmation Surgery, Rush University Medical Center Director, Gender Affirmation Surgery-Rush University Medical Center

Adjunct Professor, Department of Surgery, Icahn School of Medicine at Mt. Sinai, NY

**LICENSURE:**  Illinois

Illinois Controlled Substance
DEA
Georgia

**STAFF APPOINTMENTS:**

Rush University Medical Center
Advocate Lutheran General Hospital

**HONORS AND AWARDS:**

| | |
|---|---|
| 2022 | WPATH award for Courage and Bravery |
| 2022 | Chicago Magazine Top Doctor |
| 2021 | Chicago Magazine Top Doctor-Surgery |
| 2020 | The University of Minnesota Program in Human Sexuality, recipient of 50 Distinguished Sexual and Gender Health Revolutionaries |
| 2017-2020 | Castle Connolly Top Doctor (Chicago) |
| 2017 | Chicago Consumer Checkbook Top Doctor |
| 2015 | University of Minnesota Program in Human Sexuality Leadership Council |
| 2014-2015 | Rosalind Franklin University of Medicine and Science Chicago Medical School Honors and recognizes for dedication and commitment to teaching |
| 2014 | National Center for Lesbian Rights honored guest |
| 2013 | Illinois State Bar Association Award for Community Leadership |
| 2010 | Advocate Lutheran General 2009 Physicians Philanthropy Leadership Committee-Outstanding Leadership |
| 2009 | Advocate Lutheran General Hospital Value Leader (received for compassion) |
| 1994 | Doctor of Medicine with Honors |
| 1994 | University of Chicago Department of Surgery Award for Outstanding Performance in the Field of Surgery |
| 1994 | Catherine Dobson Prize for the Best Oral Presentation Given at the 48th Annual Senior Scientific Session in The Area of Clinical Investigation |
| 1993 | Alpha Omega Alpha |
| 1991 | University of Chicago National Institutes Of Health Summer Research Award |
| 1990 | Bachelor of Science with High Distinction And Honors in Economics |
| 1990 | James B. Angell Award for Academic Distinction |
| 1989 | Omicron Delta Epsilon-National Economic Honor Society |
| 1988 | College Honors Program Sophomore Honors Award For Academic Distinction |
| 1988 | Class Honors (Dean's List) |

**MEMBERSHIPS:**

| | |
|---|---|
| 2024- | International Society of Vascularized Composite Allotransplantation |

| | |
|---|---|
| 2023- | Society of Gender Surgeons, President (previously The American Society for Gender Surgeons, founding member 2016) |
| 2018- | The American Association of Plastic Surgeons |
| 2010- | World Society for Reconstructive Microsurgery |
| 2005- | The University of Chicago Plastic Surgery Alumni Association |
| 2005- | The Chicago Surgical Society |
| 2004- | The American Society for Reconstructive Microsurgery |
| 2003- | The American College of Surgeons |
| 2002- | The American Society of Plastic Surgeons |
| 2001- | Illinois Society of Plastic Surgeons (formerly Chicago Society of Plastic Surgeons) |
| 2001- | The American Society of Maxillofacial Surgeons |
| 2001- | American Burn Association |
| 2001- | Midwest Association of Plastic Surgeons |
| 2001- | WPATH |
| 1994- | The University of Chicago Surgical Society |
| 1994- | The University of Chicago Alumni Association |
| 1992- | American Medical Association |
| 1992- | Illinois State Medical Society |
| 1992- | Chicago Medical Society |
| 1990- | The University of Michigan Alumni Association |

**CURRENT HOSPITAL COMMITTEES:**

Patient Safety and Quality Officer, Division of Plastic Surgery, Rush University Medical Center

**PROFESSIONAL SOCIETY COMMITTEES:**

Committee on Sex and Gender Identification and Implications for Disability Evaluation, The National Academies for Science, Engineering, and Medicine

WPATH Executive Committee

Treasurer, The World Professional Association for Transgender Health

Chair, Development Committee, Global Education Institute, WPATH

Chair, Finance and Investment Committee, The American Society of Plastic Surgeons

American Board of Plastic Surgery, Guest Oral Board Examiner

WPATH Ethics Committee

Contractor Advisory Committee, National Government Services Inc

**OTHER:**

American Board of Plastic Surgery-Oral Board Guest Examiner (2020, 2021, 2022)

Guest Reviewer, Pain Management

Guest Reviewer, Plastic and Aesthetic Research

Guest Reviewer, European Medical Journal

Guest Reviewer, Open Forum Infectious Diseases

Guest Reviewer, The Journal of The American College of Surgeons

Guest Book Reviewer, Plastic and Reconstructive Surgery

Editorial Board, Transgender Health

Editorial Board (Associate Editor), International Journal of Transgenderism

Fellow of the Maliniac Circle

Guest Reviewer, Journal of Reconstructive Microsurgery

Guest Reviewer, Journal of Plastic and Reconstructive Surgery

Guest Reviewer, Journal of Sexual Medicine

Guest Editor, Clinics in Plastic Surgery, Transgender Surgery (Elsevier Publishing)

Guest Reviewer, The Journal of Plastic and Reconstructive Surgery

**PREVIOUS EDITORIAL ROLE:**

Guest Reviewer, EPlasty, online Journal

Module Editor for Patient Safety, Plastic Surgery Hyperguide

Editorial Advisory Board, Plastic Surgery Practice

Guest Reviewer, International Journal of Transgenderism

Guest Reviewer, Pediatrics

**PREVIOUS ACADEMIC APPOINTMENT:**

Clinical Professor of Surgery, The University of Illinois at Chicago

Visiting Clinical Professor in Surgery, The University of Illinois at Chicago

Chief, Division of Plastic and Reconstructive Surgery, Chicago Medical School, Rosalind Franklin University of Medicine and Science

Associate Professor, Physician Assistant Program, College of Health Professionals, Rosalind Franklin University

Associate Professor of Surgery, The College of Health Professionals, Rosalind Franklin University

Clinical Associate in Surgery, The University of Chicago

**PREVIOUS HOSPITAL COMMITTEES:**

Director, Center for Gender Confirmation Surgery, Louis A. Weiss Memorial Hospital

Division Director, Plastic Surgery, Lutheran General Hospital

Division Director, Plastic Surgery, St. Francis Hospital

Medical Staff Executive Committee, Secretary, Advocate Lutheran General Hospital

Credentials Committee, Lutheran General Hospital

Pharmacy and Therapeutics Committee Lutheran General Hospital

Operating Room Committee, St. Francis Hospital

Cancer Committee, Lutheran General Hospital
                    -Director of Quality Control

Risk and Safety Assessment Committee, Lutheran General Hospital

Nominating Committee, Rush North Shore Medical Center

Surgical Advisory Committee, Rush North Shore Medical Center

Section Director, Plastic Surgery, Rush North Shore Medical Center

**PREVIOUS SOCIETY COMMITTEES:**

WPATH 2020 Biennial Meeting Steering Committee

American Society of Breast Surgeons Research Committee, ASPS representative

American College of Radiology Committee on Appropriateness Criteria Transgender Breast Imaging Topic, Expert Panel on Breast Imaging: Transgender Breast Cancer Screening Expert Panel on Breast Imaging

American Society of Plastic Surgeons, Finance and Investment Committee

Board of Directors, at-large, The World Professional Association for Transgender Health

PlastyPac, Chair, Board of Governors

Chair of the Metro Chicago District #2 Committee on Applicants, American College of Surgeons

American Society of Plastic Surgery, Health Policy Committee

American Society of Plastic Surgery, Patient Safety Committee

American Society of Plastic Surgeons, Coding and Payment Policy Committee

American Society of Plastic Surgeons, Practice Management Education Committee

Board of Governors, Governor-at-large, The American College of Surgeons

American College of Surgeons, International Relations Committee

Chair, Government Affairs Committee, American Society of Plastic Surgeons

President, The Metropolitan Chicago Chapter of The American College of Surgeons

2012 Nominating Committee, American Society of Plastic Surgeons

Program Committee, The World Society for Reconstructive Microsurgery, 2013 Bi-Annual Meeting

President, Illinois Society of Plastic Surgeons

Vice-President, The Illinois Society of Plastic Surgeons (formerly the Chicago Society of Plastic Surgery)

Vice-President, The Metropolitan Chapter of the American College of Surgeons

American Society of Plastic Surgery, Chairman, Patient Safety Committee

2006-2007 Pathways to Leadership, The American Society of Plastic Surgery

2005 & 2006 President, The University of Chicago Plastic Surgery Alumni Association

2003 Leadership Tomorrow Program, The American Society of Plastic Surgery

Senior Residents Mentoring Program, The American Society of Plastic Surgery

American Society of Maxillofacial Surgery, Education Committee

Alternate Councilor, Chicago Medical Society

American Society of Aesthetic Plastic Surgery, Electronic Communications Committee

American Society of Aesthetic Plastic Surgery, Intranet Steering Committee

American Society of Aesthetic Plastic Surgery, International Committee

Membership Coordinator, The Chicago Society of Plastic Surgeons

The Illinois State Medical Society, Governmental Affairs Council

The Illinois State Medical Society, Council on Economics

Chicago Medical Society, Physician Review Committee -Subcomittee on Fee Mediation

Chairman, Chicago Medical Society, Healthcare Economics Committee

Secretary/Treasurer, The Metropolitan Chicago Chapter of the American College of Surgeons

Scientific Committee, 2007 XX Biennial Symposium WPATH

Local Organizing Committee 2007 WPATH

Secretary, The Chicago Society of Plastic Surgeons

Treasurer, The Chicago Society of Plastic Surgeons

Council Member, The Metropolitan Chicago Chapter of the American College of Surgeons

**INTERNATIONAL MEDICAL SERVICE:**

Galilee Medical Center, Nahariya, Israel

Northwest Medical Teams
Manos de Ayuda (Oaxaca, Mexico)

Hospital de Los Ninos (San Juan, Puerto Rico)

**COMMUNITY SERVICE:**

Alumni Council, The University of Chicago Medical and Biological Sciences Alumni Association

The University of Minnesota Presidents Club Chancellors Society

Board of Directors, Chicago Plastic Surgery Research Foundation

National Center for Gender Spectrum Health Advisory Council

**PREVIOUS COMMUNITY SERVICE:**

Solomon Schechter Day School of Metropolitan Chicago, Co-Chair, 60th Anniversary Celebration

Board of Directors, Committee on Jewish Genetic Diseases, Jewish United Fund, Chicago, Illinois

Governing Council, Lutheran General Hospital, Park Ridge, Il

Lutheran General Hospital Development Council, Park Ridge, Il

Lutheran General Hospital Men's Association, Park Ridge, Il

Advisory Board, Committee on Jewish Genetic Diseases, Cancer Genetics Subcommittee, Jewish United Fund, Chicago, Illinois

Health Care Advisory Board, Congressman Mark Kirk, 10th Congressional District, Illinois

Major Gifts Committee, Saint Francis Hospital
Development Council, Evanston, Il

**Visiting Professor:**
1. University of Utah, Division of Plastic Surgery, November 6-8, 2014.

2. Northwestern University, Division of Plastic Surgery, April 21-22, 2016.

3. The University of North Carolina, Division of Plastic Surgery, March 28-29, 2017

4. Georgetown University, Department of Plastic Surgery, May 17-18, 2017

5. The University of Basel, Basel, Switzerland, August 31-September 1, 2018

6. The Ochsner Health System, New Orleans, LA January 28-January 30, 2019

7. The University of Toronto, Toronto, Ontario, Canada, February 21-22, 2019

8. The University of Michigan, October3-4, 2019, Ann Arbor, MI

9. Georgetown University, Department of Plastic Surgery, July 21, 2022

10. Galilee Medical Center, Nahariya, Israel, Department of Obstetrics and Gynecology, July 1-11, 2023

11. Icahn School of Medicine at Mount Sinai, Department of Surgery, Barsky Memorial Grand Rounds, December 6, 2023, NY, NY

12. Plastic Surgery Foundation, Visiting Professor, 2024-2025

**Invited Discussant:**
1. Department of Defense, Military service by people who are transgender, Invitation from Terry Adirim, M.D., M.P.H.Deputy Assistant Secretary of Defense for Health Services Policy & Oversight, The Pentagon, November 9, 2017

2. Aesthetic Surgery Journal, Invited Discussant May 7, 2019, Journal Club. "What is "Nonbinary" and What Do I need to Know?  A Primer for Surgeons Providing Chest Surgery for Transgender Patients."

**Honorary Lecture:**
1. 2023 Arthur D. Bevan Lectureship, The Chicago Surgical Society, February 2, 2023, Chicago, Il

2. 1° Congreso Argentino de Salud Transgénero (CAST), Relato Oficial: Memorias de un cirujano consagrado:  "Secretos para llevar a cabo una genitoplastia exitosa" resultado de más de 20 años de experiencia ("Memoirs of an hardened surgeon:  "Benchmarks for successful

genitoplasty after more than 20 years of experience" November 9, 2023, Buenos Aires, Argentina


**Research Interests:**
1.  Role of Omental Stem Cells in Wound Healing (Grant:  Tawani Foundation)

2.  Robotic-Assisted Bilateral Prophylatic Nipple Sparing Mastectomy with Immediate Tissue Expander/Implant Reconstruction

3.  Uterine Transplantation

4.  Support for Transgender and Nonbinary Individuals Seeking Vaginoplasty (STRIVE) Study, PCORI funding support (project funding $7,038,257, organization:  Oregon Health Sciences University, principal investigator, Geolani Dy, MD)

5.  National Network for Gender Affirming Surgeries:  Canadian Institute of Health Research, Training Grant – LGBQT 2S Stigma Reduction & Life Course Mental Wellness (application in process)

6.  Active IRBs (Rush University Medical Center)
    -Advocacy work of American Medical Boards 22091601-IRB01
    -Gender Affirmation Surgery Prospective Surveys 21032905-IRB01
    -Peri-Operative Venous Thromboembolism Protocol in Gender Affirming Vaginoplasty 23060601-IRB01
    -Gender-Q Field Test Protocol Version 1 22101802-IRB01


**BIBLIOGRAPHY:**
**PEER REVIEWED ARTICLES:**
1.  Wall E, D. Schoeller DA, **Schechter LS,** Gottlieb LJ. Measured Total Energy Requirements of Adult Patients with Burns.  *The Journal of Burn Care and Rehabilitation* 20:329, 1999.

2.  Cronin DC, **Schechter LS**, Lohman RF, Limsrichamrern S, Winans CG, Gerzenshtein J, Millis JM. Advances in pediatric liver transplantation: continuous monitoring of portal venous and hepatic artery flow with an implantable Doppler probe. Transplantation. 2002 Sep 27;74(6):887-90. doi: 10.1097/00007890-200209270-00027. PMID: 12364874.

3.  Lohman RF, **Schechter LS**, Zachary LS, Aronson S. Evaluation of changes in skeletal muscle blood flow in the dog with contrast ultrasonography revisited: has the technique been useful, and where are we headed now? Plast Reconstr Surg. 2003 Apr 1;111(4):1477-80. doi: 10.1097/01.PRS.0000049466.95273.C8. PMID: 12618609.

4.  Odessey EA, Cohn AB, Casper F, **Schechter LS**. Hereditary gingival fibromatosis: aggressive 2-stage surgical resection in lieu of traditional therapy. Ann Plast Surg. 2006 Nov;57(5):557-60. doi: 10.1097/01.sap.0000229059.20539.0e. PMID: 17060739

5.  Odessey E, Cohn A, Beaman K, **Schechter LS**. Invasive mucormycosis of the maxillary sinus: extensive destruction with an indolent presentation. Surg

Infect (Larchmt). 2008 Feb;9(1):91-8. doi: 10.1089/sur.2006.039. PMID: 18363473.

6.   Seitz IA, Tojo D, **Schechter LS.** Anatomy of a medication error: inadvertent subcutaneous injection of neosynephrine during nasal surgery. Plast Reconstr Surg. 2010 Mar;125(3):113e-4e. doi: 10.1097/PRS.0b013e3181cb68f9. PMID: 20195091.

7.   Seitz IA, Williams CS, Wiedrich TA, Henry G, Seiler JG, **Schechter LS.** Omental free-tissue transfer for coverage of complex upper extremity and hand defects--the forgotten flap. Hand (N Y). 2009 Dec;4(4):397-405. doi: 10.1007/s11552-009-9187-6. Epub 2009 Mar 25. PMID: 19319608; PMCID: PMC2787217.

8.   Salvino MJ, Ramaswamy R, **Schechter LS.** Microvascular reconstruction of iatrogenic femoral artery thrombosis in an infant: a case report and review of the literature: infant femoral artery reconstruction. Eplasty. 2009 Jun 2;9:e20. PMID: 19572010; PMCID: PMC2691651.

9.   Haeck PC, Swanson JA, Iverson RE, **Schechter LS,** Singer R, Basu CB, Damitz LA, Glasberg SB, Glassman LS, McGuire MF; ASPS Patient Safety Committee. Evidence-based patient safety advisory: patient selection and procedures in ambulatory surgery. Plast Reconstr Surg. 2009 Oct;124(4 Suppl):6S-27S. doi: 10.1097/PRS.0b013e3181b8e880. PMID: 20827237.

10.   Haeck PC, Swanson JA, **Schechter LS,** Hall-Findlay EJ, McDevitt NB, Smotrich GA, Reisman NR, Glasberg SB. ASPS Patient Safety Committee. Evidence-based patient safety advisory: blood dyscrasias. Plast Reconstr Surg. 2009 Oct;124(4 Suppl):82S-95S. doi: 10.1097/PRS.0b013e3181b54640. PMID: 20827242.

11.   **Schechter LS.** The Surgeon's Relationship with The Physician Prescribing Hormones and the Mental Health Professional:  Review for Version 7 of the World Professional Association of Transgender Health's Standards of Care *International Journal of Transgenderism* 11 (4), p.222-225 Oct-Dec 2009

12.   Seitz IA, Williams C, **Schechter LS.** Facilitating harvest of the serratus fascial flap with ultrasonic dissection. Eplasty. 2010 Feb 23;10:e18. PMID: 20204058; PMCID: PMC2829196.

13.   Seitz, I, Friedewald SM, Rimler, J, **Schechter, LS.** Breast MRI helps define the blood supply to the nipple-areolar complex, Plastische Chirurgie, Supplement 1, 10. Jahrgang, September 2010, p. 75

14.   Seitz IA, Friedwald S,  Rimler J, **Schechter LS.** Breast MRI to Define The Blood Supply to The Nipple-Areolar Complex. *Plast Recon Surg  Suppl 126 (26) p. 27 Oct 2010*

15. Kalliainen LK; ASPS Health Policy Committee Evidence-Based Clinical Practice Guidelines:  Reduction Mammaplasty, The American Society of Plastic Surgeons Plast Reconstr Surg. 2012 Oct;130(4):785-9  **Schechter LS**(member and contributor, ASPS Health Policy Committee)

16.   Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, Fraser L,Green J, Knudson G, Meyer WJ, Monstrey S, Adler RK, Brown GR, Devor AH, Ehrbar R, Ettner R, Eyler E, Garofalo R, Karasic DH, Lev AI, Mayer G, Meyer-Bahlburg H, Hall BP, Pfäfflin F, Rachlin K, Robinson B, **Schechter LS**, Tangpricha V, van Trotsenburg M, Vitale A, Winter S, Whittle S, Wylie KR, Zucker K. Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7, *International Journal of Transgenderism, 13 (4) p. 165-232, August 2012.*

17.   Bank J, Pavone LA, Seitz IA, Roughton MC, **Schechter LS**. CASE REPORT Case Report and Review of the Literature: Deep Inferior Epigastric Perforator Flap for Breast Reconstruction After Abdominal Recontouring. Eplasty. 2012;12:e52. Epub 2012 Dec 3. PMID: 23308299; PMCID: PMC3514891.

18.   Seitz IA, Silva BA, **Schechter LS**. Unusual sequela from a pencil stab wound reveals a retained graphite foreign body. Pediatr Emerg Care. 2014 Aug;30(8):568-70. doi: 10.1097/PEC.0000000000000192. PMID: 25098803.

19. Seitz IA, Siwinski P, Rioux-Forker D, Pavone L, **Schechter LS**. Upper and Lower Limb Salvage with Omental Free Flaps:  A Long-Term Functional Outcome Analysis, Plast Reconst Surg. 2014; 134 (4 Suppl 1): 140. Doi: 10.1097/01.prs.0000455514.83516.31. No abstract available.  PMID: 25254872 [PubMed - in process]

20.   Seitz IA, Friedewald S, **Schechter LS.** "NACsomes":  A Classification system of the blood sypply to the nipple areola complex (NAC) based on diagnostic breast MRI exams, accepted for publication, Plast Reconstr Aesthet Surg. 2015 Jun;68(6):792-9. doi: 10.1016/j.bjps.2015.02.027. Epub 2015 Feb 19.

21.   **Schechter LS**. Gender Confirmation Surgery: An Update for the Primary Care Provider. Transgend Health. 2016 Jan 1;1(1):32-40. doi: 10.1089/trgh.2015.0006. PMID: 29159295; PMCID: PMC5685250.

22.   **Schechter LS** and Cohen M. Gender Confirmation Surgery: A New Frontier in Plastic Surgery Education. Plast Reconstr Surg. 2016 Oct;138(4):784e-785e. doi: 10.1097/PRS.0000000000002594. PMID: 27314940.

23.   Berli JU, Knudson G, Fraser L, Tangpricha V, Ettner R, Ettner FM, Safer JD, Graham J, Monstrey S, **Schechter LS**. Gender Confirmation Surgery: What Surgeons Need To Know When Providing Care For Transgender Individuals,JAMA Surg. 2017 Apr 1;152(4):394-400. doi: 10.1001/jamasurg.2016.5549

24.   Seitz I.A., Lee J.C., Sulo S, Shah V, Shah M, Jimenez M, **Schechter LS.** Common characteristics of functional and adverse outcomes in acute lower-extremity trauma reconstruction, The European Journal of Plastic Surgery, (2017) doi:10.1007/s00238-016-1268-5

25.   **Schechter LS**, D'Arpa S, Cohen MN, Kocjancic E, Claes KEY, Monstrey S. Gender Confirmation Surgery: Guiding Principles. J Sex Med. 2017 Jun;14(6):852-856. doi: 10.1016/j.jsxm.2017.04.001. Epub 2017 May 3. PMID: 28479133.

26. **Schechter LS.** Response to Letter to the Editor: "Gender Confirmation Surgery: Guiding Principles". J Sex Med. 2017 Aug;14(8):1067. doi: 10.1016/j.jsxm.2017.06.002. PMID: 28760249.

27. Seitz IA and **Schechter LS.** "Successful Tongue Replantation Following Segmental Auto-Amputation Using Supermicrosurgical Technique," J Reconstr Microsurg Open 2017; 02(02): e132-e135 DOI: 10.1055/s-0037-1606584

28. Berli JU, Knudson G, **Schechter LS.** Gender Confirmation Surgery and Terminology in Transgender Health-Reply. JAMA Surg. 2017 Nov 1;152(11):1091. doi: 10.1001/jamasurg.2017.2347. PMID: 28724140

29. Ettner R, Ettner F, Freise T, **Schechter LS,** Tonya White T. "Tomboys Revisited: A retrospective comparison of childhood behavioral patterns in lesbian women and transmen" Journal of Child and Adolescent Psychiatry ISSN: 2643-6655 Volume No: 1 Issue No: 1

30. **Schechter LS** and Safa B. (editors). Gender Confirmation Surgery, Clin Plast Surg., Vol. 45 (3), July 2018

31. **Schechter LS** and Safa B. Preface: Gender Surgery: A Truly Multidisciplinary Field, Gender Confirmation Surgery, Clin Plast Surg., Vol. 45 (3), p. xiii July 2018 (editors Loren S. Schechter, Bauback Safa)

32. **Schechter LS** and Safa B. Introduction to Phalloplasty. Clin Plast Surg. 2018 Jul;45(3):387-389. doi: 10.1016/j.cps.2018.03.014. Epub 2018 May 1. Review. PMID: 29908627

33. Whitehead DM and **Schechter LS.** Cheek Augmentation Techniques. Facial Plast Surg Clin North Am. 2019 May;27(2):199-206. doi: 10.1016/j.fsc.2018.12.003. Epub 2019 Mar 2. PMID: 30940385.

34. Mosser SW, **Schechter LS,** Facque AR, et.al. Nipple Areolar Complex Reconstruction in an Integral Part of Chest Reconstruction in the Treatment of Transgender and Gender Diverse People, The International Journal of Transgenderism, DOI: 10.11080/15532739.2019.1568343

35. Kocjancic E, Jaunarena JH, **Schechter LS,** Acar Ö. Inflatable penile prosthesis implantation after gender affirming phalloplasty with radial forearm free flap. Int J Impot Res. 2020 Jan;32(1):99-106. doi: 10.1038/s41443-019-0153-8. Epub 2019 Jun 6.

**36.** **Schechter LS** and Cohen M. Gender Confirmation Surgery: Moving Forward. J Craniofac Surg. 2019 Jul;30(5):1364-1367. doi: 10.1097/SCS.0000000000005456. PMID: 31299723.

37. **Schechter LS** and Schechter RB. Training Surgeons in Gender Confirmation Surgery. J Craniofac Surg. 2019 Jul;30(5):1380-1382. doi: 10.1097/SCS.0000000000005477. PMID: 31299726.

38. Facque AR, Atencio D, **Schechter LS.** Anatomical Basis and Surgical Techniques Employed in Facial Feminization and Masculinization. J Craniofac Surg. 2019 Jul;30(5):1406-1408. doi: 10.1097/SCS.0000000000005535.PMID: 31299732

39.  Bouman WP, Arcelus J, De Cuypere G,  Galupo MP, Kreukels B, Leibowitz S, Riggs DW, **Schechter LS**, T'Sjoen G, Veale J. Transgender and gender diverse people's involvement in transgender health research, International Journal of Transgenderism, vol. 19, no. 4, 357-358.

40.  Bustos SS, Kapoor T, **Schechter LS**, Ciudad P, Forte AJ, Del Corral G, Manrique OJ. "Impact of Social Media Presence on Online Reviews Among Plastic Surgeons Who Perform Gender Affirming Surgeries" J Plast Reconstr Aesthet Surg. 2020 Apr;73(4):783-808. doi: 10.1016/j.bjps.2019.11.031. Epub 2019 Nov 28.

41.  Wiegmann AL and **Schechter LS**, Aesthetic Surgery Journal, Invited Commentary on:  "Gender Surgery Beyond Chest and Genitals:  Current Insurance Landscape" *Aesthetic Surgery Journal*,sjz318,https://doi.org/10.1093/asj/sjz318 Published:28 December 2019

42.  Hontscharuk R, Alba B, **Schechter LS**. Comment on: Suprapubic pedicled phalloplasty in transgender men: multicentric retrospective cohort analysis. Int J Impot Res. 2020 Dec;33(8):860-861. doi: 10.1038/s41443-020-0273-1. Epub 2020 Apr 22. PMID: 32322019.

43.  Wiegmann AL, Young EI, Baker KE, Khalid SI, Seu M, Shenaq DS, Dorafshar AH, **Schechter LS**. The Affordable Care Act and Its Impact on Plastic and Gender-Affirmation Surgery. Plast Reconstr Surg. 2021 Jan 1;147(1):135e-153e. doi: 10.1097/PRS.0000000000007499. PMID: 33370073.

44.  Salibian AA, **Schechter LS**, Kuzon WM, Bouman MB, van der Sluis WB, Zhao LC, Bluebond-Langner R. Vaginal Canal Reconstruction in Penile Inversion Vaginoplasty with Flaps, Peritoneum, or Skin Grafts: Where Is the Evidence? Plast Reconstr Surg. 2021 Apr 1;147(4):634e-643e. doi: 10.1097/PRS.0000000000007779. PMID: 33776039.

45.  Coon D, Morrison SD, Morris MP, Keller P, Bluebond-Langner R, Bowers M, Brassard P, Buncamper ME, Dugi D 3rd, Ferrando C, Gast KM, McGinn C, Meltzer T, Monstrey S, Özer M, Poh M, Satterwhite T, Ting J, Zhao L, Kuzon WM, **Schechter LS**. Gender-Affirming Vaginoplasty: A Comparison of Algorithms, Surgical Techniques and Management Practices across 17 High-volume Centers in North America and Europe. Plast Reconstr Surg Glob Open. 2023 May 30;11(5):e5033. doi: 10.1097/GOX.0000000000005033. PMID: 37255762; PMCID: PMC10226616.

46.  Hontscharuk R, Alba B, Manno C, Pine E, Deutsch MB, Coon D, **Schechter LS**. Perioperative Transgender Hormone Management: Avoiding Venous Thromboembolism and Other Complications. Plast Reconstr Surg. 2021 Apr 1;147(4):1008-1017. doi: 10.1097/PRS.0000000000007786. PMID: 33776045.

47.  Hontscharuk R, Alba B, **Schechter LS**.  Discussion of "Phantom Penis: Extrapolating Neuroscience and Employing Imagination for Trans Male Embodiment." Studies in Gender and Sexuality. (21) 4: 302-306. Published online: 01 Feb 2021.

48.  Kocjancic E, Acar O, Talamini S, **Schechter LS**. Masculinizing genital gender-affirming surgery: metoidioplasty and urethral lengthening. Int J

Impot Res. 2022 Mar;34(2):120-127. doi: 10.1038/s41443-020-0259-z. Epub 2020 Mar 19. PMID: 32203431.

49.  Oles N, Darrach H, Landford W, Garza M, Twose C, Park CS, Tran P, **Schechter LS**, Lau B, Coon D. Gender Affirming Surgery: A Comprehensive, Systematic Review of All Peer-reviewed Literature and Methods of Assessing Patient-centered Outcomes (Part 1: Breast/Chest, Face, and Voice). Ann Surg. 2022 Jan 1;275(1):e52-e66. doi: 10.1097/SLA.0000000000004728. PMID: 33443903.

50.  Siotos C, Cheah MA, Damoulakis G, Kelly J, Siotou K, **Schechter LS**, Shenaq DS, Derman GH, Dorafshar AH. Trends of Medicare Reimbursement Rates for Common Plastic Surgery Procedures. Plast Reconstr Surg. 2021 May 1;147(5):1220-1225. doi: 10.1097/PRS.0000000000007878. PMID: 33835082.

51.  **Schechter LS**. Discussion: Quantifying the Psychosocial Benefits of Masculinizing Mastectomy in Trans Male Patients with Patient-Reported Outcomes: The University of California, San Francisco, Gender Quality of Life Survey. Plast Reconstr Surg. 2021 May 1;147(5):741e-742e. doi: 10.1097/PRS.0000000000007902. PMID: 33890885.

52.  Hamidian Jahromi A, **Schechter LS**. Telemedicine in Transgender Care: A Twenty-First-Century Beckoning. Plast Reconstr Surg. 2021 May 1;147(5):898e-899e. doi: 10.1097/PRS.0000000000007845. PMID: 33878086.

53.  Jazayeri HE, Lopez J, Sluiter EC, O'Brien-Coon D, Bluebond-Langner R, Kuzon WM Jr, Berli JU, Monstrey SJ, Deschamps-Braly JC, Dorafshar AH, **Schechter LS**. Discussion:  Promoting Centers for Transgender Care, Journal of Oral and Maxillofacial Surgery. 2021 Jan;79(1):3-4.  Doi: 10.1016/j.joms.2020.09.027.  Epub 2020 Oct 19. PMID:  33091402

54. Hontscharuk R, Siotos C, Loren S. **Schechter LS**. Strategies for innervation of the neophallus.Research Plast Aesthet Res 2020;7:65. https://doi.org/10.20517/2347-9264.2020.124

55.  Narayan SK, Hontscharuk R, Danker S, Guerriero J, Carter A, Blasdel G, Bluebond-Langner R, Ettner R, Radix A, **Schechter LS**, Berli JU. Guiding the conversation-types of regret after gender-affirming surgery and their associated etiologies. Ann Transl Med. 2021 Apr;9(7):605. doi: 10.21037/atm-20-6204. PMID: 33987303; PMCID: PMC8105823.

56.  Hamidian Jahromi A, Boyd LC, **Schechter LS**. An Updated Overview of Gender Dysphoria and Gender Affirmation Surgery: What Every Plastic Surgeon Should Know. World J Surg. 2021 Dec;45(12):3511-3521. doi: 10.1007/s00268-021-06084-6. Epub 2021 Apr 1. PMID: 33796924.

57.  Hamidian Jahromi A, Horen S, Dorafshar A, Seu M, Radix A, Anderson E, Green J, Fraser L, Johannesson L, Testa G, and **Schechter LS**. Uterine Transplant and Donation in Transgender Individuals: Proof of Concept. International Journal of Transgender Health. 2021, 22(4): 349-369. https://doi.org/10.1080/26895269.2021.1915635

58. Hontscharuk R, Alba B, Hamidian Jahromi A, **Schechter LS**. Penile inversion vaginoplasty outcomes: Complications and satisfaction. Andrology. 2021 Nov;9(6):1732-1743. doi: 10.1111/andr.13030. Epub 2021 May 27. PMID: 33955679.

59. Lopez J, Offodile AC, Shenaq D, **Schechter LS**, Chavis L, Hultman CS, Dorafshar AH. Plastic Surgeon Financial Compensation-Incentivization Models in Surgical Care Delivery: The Past, Present, and Future. Plast Reconstr Surg. 2021 Dec 1;148(6):1415-1422. doi: 10.1097/PRS.0000000000008528. PMID: 34847135.

60. Stoehr JR, Hamidian Jahromi A, Hunter EL, **Schechter LS**. Telemedicine for Gender-Affirming Medical and Surgical Care: A Systematic Review and Call-to-Action. Transgend Health. 2022 Apr 11;7(2):117-126. doi: 10.1089/trgh.2020.0136. PMID: 36644513; PMCID: PMC9829135.

61. Hamidian Jahromi A, Arnold SH, Bonett AM, **Schechter LS**, Dorafshar AH. Laryngochondroplasty: A Systematic Review of Safety, Satisfaction, and Surgical Techniques. Plast Reconstr Surg. 2023 Apr 1;151(4):857-866. doi: 10.1097/PRS.0000000000010010. Epub 2022 Dec 9. PMID: 36729807.

62. Expert Panel on Breast Imaging; Brown A, Lourenco AP, Niell BL, Cronin B, Dibble EH, DiNome ML, Goel MS, Hansen J, Heller SL, Jochelson MS, Karrington B, Klein KA, Mehta TS, Newell MS, **Schechter LS**, Stuckey AR, Swain ME, Tseng J, Tuscano DS, Moy L. ACR Appropriateness Criteria® Transgender Breast Cancer Screening. J Am Coll Radiol. 2021 Nov;18(11S):S502-S515. doi: 10.1016/j.jacr.2021.09.005. PMID: 34794604.

63. Dorafshar AH, Jahromi AH, Horen SR, **Schechter LS**, Johannesson L, Testa G, Hertl M, Dewdney S, Aschkenasy J, Wood-Molo M, Brincat C, Cherullo E, Behel JM, Hebert C, Shulman R, Bassi S, Alecci AT, Konety B. Strategic Planning and Essential Steps for Establishing a Uterine Transplant and Rehabilitation Program: From Idea to Reality. Ann Surg. 2022 Jul 1;276(1):74-80. doi: 10.1097/SLA.0000000000005301. Epub 2021 Nov 18. PMID: 34793341.

64. Jazayeri H, Lopez J, Goldman E, Shenaq D, **Schechter LS**, Dorafshar A, Vercler C. What is the Surgeon's Duty to Disclose COVID-19 Diagnosis?  FACE: Journal of the American Society of Maxillofacial Surgeon, 2022, 3(1). https://doi.org/10.1177/27325016221081830

65. Roblee C, Hamidian Jahromi A, Ferragamo B, Radix A, De Cuypere G, Green J, Dorafshar AH, Ettner R, Monstrey S, **Schechter LS**. "Gender Affirmative Surgery: A collaborative approach between the surgeon and mental health professional". Plast Reconstr Surg. 2023 Feb 27:e010326. doi: 10.1097/PRS.0000000000010326. Epub ahead of print. PMID: 36827473.

66. Khusid E, Sturgis MR, Dorafshar AH, **Schechter LS**, Olweny EO, Cherullo EE, Becerra AZ. Association Between Mental Health Conditions and Postoperative Complications After Gender-Affirming Surgery. JAMA Surg. 2022 Dec 1;157(12):1159-1162. doi: 10.1001/jamasurg.2022.3917. PMID: 36169965; PMCID: PMC9520432.

67. Jahromi H, Horen S, Ho K, Tran E, Roth A, **Schechter LS**. PATHOLOGIC FINDINGS IN GENDER-AFFIRMING MASTECTOMY: A SYSTEMATIC REVIEW. Georgian Med News. 2022 Dec;(333):6-12. PMID: 36780614.

68. E. Coleman, A. E. Radix, W. P. Bouman, G. R. Brown, A. L. C. de Vries, M. B. Deutsch, R. Ettner, L. Fraser, M. Goodman, J. Green, A. B. Hancock, T. W. Johnson, D. H. Karasic, G. A. Knudson, S. F. Leibowitz, H. F. L. Meyer-Bahlburg, S. J. Monstrey, S. Winter, N. J. Adams, T. M. Adrián, L. R. Allen, D. Azul, H. Bagga, K. Başar, D. S. Bathory, J. J. Belinky, D. R. Berg, J. U. Berli, R. O. Bluebond-Langner, M.-B. Bouman, M. L. Bowers, P. J. Brassard, J. Byrne, L. Capitán, C. J. Cargill, J. M. Carswell, S. C. Chang, G. Chelvakumar, T. Corneil, K. B. Dalke, G. De Cuypere, E. de Vries, M. Den Heijer, A. H. Devor, C. Dhejne, A. D'Marco, E. K. Edmiston, L. Edwards-Leeper, R. Ehrbar, D. Ehrensaft, J. Eisfeld, E. Elaut, L. Erickson-Schroth, J. L. Feldman, A. D. Fisher, M. M. Garcia, L. Gijs, S. E. Green, B. P. Hall, T. L. D. Hardy, M. S. Irwig, L. A. Jacobs, A. C. Janssen, K. Johnson, D. T. Klink, B. P. C. Kreukels, L. E. Kuper, E. J. Kvach, M. A. Malouf, R. Massey, T. Mazur, C. McLachlan, S. D. Morrison, S. W. Mosser, P. M. Neira, U. Nygren, J. M. Oates, J. Obedin-Maliver, G. Pagkalos, J. Patton, N. Phanuphak, K. Rachlin, T. Reed, G. N. Rider, J. Ristori, S. Robbins-Cherry, S. A. Roberts, K. A. Rodriguez-Wallberg, S. M. Rosenthal, K. Sabir, J. D. Safer, A. I. Scheim, L. J. Seal, T. J. Sehoole, K. Spencer, C. St. Amand, T. D. Steensma, J. F. Strang, G. B. Taylor, K. Tilleman, G. G. T'Sjoen, L. N. Vala, N. M. Van Mello, J. F. Veale, J. A. Vencill, B. Vincent, L. M. Wesp, M. A. West & J. Arcelus (2022) Standards of Care for the Health of Transgender and Gender Diverse People, Version 8, International Journal of Transgender Health, 23:sup1, S1-S259, DOI: <u>10.1080/26895269.2022.2100644</u>

69. Weinstein B and **Schechter LS**. Wound healing complications in gender-affirming surgery. Neurourol Urodyn. 2023 Jun;42(5):990-995. doi: 10.1002/nau.25116. Epub 2022 Dec 16. PMID: 36524785.

70. Song S, Park KM, Parmeshwar N, Dugi D, **Schechter LS**, Berli JU, Kim EA; Group GAS Research. Developing Gender-Affirming Surgery Curricula for Plastic Surgery Residency and Fellowship via Delphi Consensus. Plast Reconstr Surg. 2023 Apr 20. doi: 10.1097/PRS.0000000000010569. Epub ahead of print. PMID: 37075281.

71. Alba B, Nolan IT, MD; Weinstein B, **Schechter LS**. Discussion: Complications Following Breast Augmentation in Transfeminine Individuals: A Systemic Review And Meta-Analysis, Journal of Plastic and Reconstructive Surgery (Submitted for publication)

72. Weinstein B, Govekar H, Cherullo E, Jacobs K, and **Schechter LS**. Robotics in Gender-Affirming Feminizing and Masculinizing Surgery Female Genital Cosmetic Surgery and Gender Affirming Surgery, Plast Aesthet Res 2023; 10:61 10.20517/2347-9264.2023.41

73. Weinstein B, Alba B, Dorafshar A, **Schechter LS**. Gender Facial Affirmation Surgery: Cheek Augmentation. Facial Plast Surg Clin North Am. 2023 Aug;31(3):393-397. doi: 10.1016/j.fsc.2023.04.002. Epub 2023 May 19. PMID: 37348982.

74. Najafali D, Hinson C, Camacho JM, Galbraith LG, Tople TL, Eble D, Weinstein B, **Schechter LS**, Dorafshar AH, Morrison SD. Artificial Intelligence Knowledge of Evidence-Based Recommendations in Gender Affirmation Surgery and Gender Identity: Is ChatGPT Aware of WPATH Recommendations? *Eur J Plast Surg* **46**, 1169–1176 (2023). https://doi.org/10.1007/s00238-023-02125-6

75. Nolan IT, Weinstein B, **Schechter L.** Low Rate of Regret After Gender-Affirming Mastectomy Highlights a Double Standard. JAMA Surg. 2023 Aug 9. doi: 10.1001/jamasurg.2023.3358. Online ahead of print

76. Asa Radix, **Loren Schechter**, Zil Goldstein, Gender Affirming Care for Older Transgender and Gender Diverse Older Adults, Clin Geriatr Med (2023) https://doi.org/10.1016/j.cger.2023.12.002

77. Grace M. Sassana-Khadka, BA, Yolana L.E. Pollak, BA, Elizabeth Khusid, BA, Morgan R. Sturgis, MD, Brielle Weinstein, MD, Amir H. Dorafshar, MD, **Loren S. Schechter, MD,** Trends in Gender-Affirming Care by Insurance Type, State, and State Policy (submitted for publication New England Journal of Medicine)

78. Ashraf A. Patel, MD, Jessica L. Marquez, BA, Cori A. Agarwal, MD[1], Sidhbh Gallagher, MD **Loren S. Schechter, MD,** A Summary of WPATH Standards of Care 8th Edition for Gender Affirming Plastic Surgery" *Plastic and Reconstructive Surgery* ():10.1097/PRS.0000000000011192, November 07, 2023. | *DOI:* 10.1097/PRS.0000000000011192

79. Siotos, Harry, Underhill, Joshua, Sykes, Jennifer, Jones, Kody, Dorafshar, Amir, Hamidian, Alireza, **Schechter, Loren**, "Trends of Medicare Reimbursement for Gender Affirmation Procedures" (Accepted for publication, Journal of Sexual Medicine)

80. Brandon Alba, MD, MPH; Brielle Weinstein, MD; Sydney H. Arnold, MD; Kristin M. Jacobs, MD; **Loren Schechter**, MD, FACS, "The Use of Acellular Tissue Matrices in Gender-Affirming Surgery:  Review of the Literature and Institutional Experience https://doi.org/10.1002/adbi.202300507

81. Ann Kang, Kathleen Armstrong, William Kuzon, Blair Peters, Alexis Laungani, Loren Schechter, Regret after Gender-Affirming Surgery: A Multidisciplinary Approach to a Multifaceted Patient Experience (accepted for publication, Journal of Plastic and Reconstructive Surgery)

82. Okensama M La-Anyane BS, Brielle Weinstein MD, Teresa Veselack MD, Kelly A Harmon BS, Annie M Fritsch BS, Natalia Whitney BS, Nikki Rezania BA, Adan Becerra PhD, **Loren S. Schechter**, A 5-Year Analysis of Level of Evidence Ratings in Gender Affirming Surgery Research, Accepted for publication, Journal of Transgender Health

83. Marano, AA, Miller AS, Castillo W, Reisner S, **Schechter LS**, Coon, D, Social and Systematic Barriers to Transition-Related Surgical Procedures for Transgender Americans, LGBT Health, DOI:  10.1089/lgbt.2023.0341

**NON-PEER REVIEWED ARTICLES:**

1.   Printen KJ, Schechter HO, Veldenz HE, **Schechter LS**, Otto S, Jaley A, Otto W.  Undetected Transport Hypoxia in Major Surgical Procedures.  *The Quarterly Bulletin of St. Francis Hospital*, Spring, 1989

2.   **Schechter LS**, Memmel H, Layke J.  Breast Reconstruction:  The Plastic Surgeon as a Member of the Multi-Disciplinary Team.  *Chicago Medicine*, 106(15):  34-38, 2003

3.   **Schechter LS**.  Mission Accomplished:  Achieving a Successful Microsurgical Reconstruction of the Head and Neck.  *Plastic Surgery Products,* March 2004

4.   **Schechter LS**.  A Helping Hand.  *Plastic Surgery Products*, November 2005.

5.   **Schechter LS**.  On Guard for DVT.  *Plastic Surgery Products*, June 2007.

6.   **Schechter LS** and Seitz I. Mission:  Possible  Achieving a Successful Microsurgical Reconstruction of the Head and Neck, *Plastic Surgery Practice,* May 2009.

7.   **Schechter LS** and Seitz I. Soft-tissue Reconstruction of Arms and Hands, *Plastic Surgery Practice*, February, 2010.

8.   Pavone LA, Seitz I, **Schechter LS**.  Current Options in Autologous Breast Reconstruction, *Plastic Surgery Practice*, November, 2010.

9.   Pavone LA, Seitz IA, Roughton MC, Liu DZ, **Schechter LS**. Options in Breast Reconstruction, *Chicago Medicine*, June 2013.

10. Alba B, Weinstein B, Siotis C, and **Schechter LS**.  Consult Corner: Gender Affirming Surgery, Plastic Surgery Resident, Issue 28, Fall 2022.

**<u>Textbooks and Book Chapters</u>**
1.   **Schechter LS**. "Surgery for Gender Identity Disorder." In: Neligan P, editor and Song DH, volume editor.  *Plastic Surgery*, Third Edition, Volume Four.  Amsterdam: Elsevier; 2013.

2.   Kim N and **Schechter LS**. "Gender Confirmation Surgery." In: Lin SJ and Hijjawi JB, editors. Plastic Surgery Board Review:  Pearls of Wisdom, 3rd Edition. New York: McGraw Hill; 2016.

3.   **Schechter LS**. *Surgical Management of the Transgender Patient*. Amsterdam: Elsevier, 2017.

4.   **Schechter LS** and Schechter RS. "Pursuing Gender Transition Surgeries." In: Kauth M and Shipherd J, editors.  *Adult Transgender Care An Interdisciplinary Approach for Training Mental Health Professionals*, First Edition. England: Routledge; 2017.

5.   **Schechter LS**. "Surgery for Gender Identity Disorder." In: Neligan P, editor and Song DH, volume editor. *Plastic Surgery*, Fourth Edition, Volume Four. Amsterdam: Elsevier; 2017.

6. **Schechter LS** and Safa B. "Gender Confirmation Surgery." In: Schechter LS and Safa B, editors. *Clinics in Plastic Surgery* 45:3, Amsterdam: Elsevier, 2018

7. **Schechter LS** and Schechter RB. "Surgical Effects of GnRHa Treatment." In: Finlayson C, editor. *Pubertal Suppression in Transgender Youth*. Amsterdam: Elsevier; 2019.

8. **Schechter LS**. "Breast and Chest Surgery in Transgender Patients."  In: Ferrando C, editor. Comprehensive Care of the Transgender Patient first edition. Amsterdam: Elsevier; 2019. p. 73-81.

9. **Schechter LS** (editor). *Gender Confirmation Surgery-Principles and Techniques for an Emerging Field*. Switzerland: Nature Springer, 2020.

10.   **Schechter LS**. "Gender Affirming Surgery:  Bottom Surgery." In: Nahai F, Nahai FR, Kenkel J, Stevens G, Adams WP, Hunter J (editors.)  *The Art of Aesthetic Surgery:  Principles and Techniques*. New York: Thieme; 2020.

11.   **Schechter LS** and Weiss P. "Transgender Breast Surgery." In: Patel SA and Basu CB, editors. *Cosmetic Breast Surgery*.  Editors: Sameer A. Patel and C.Bob Basu. New York: Thieme; 2020.

12.   **Schechter LS** and Facque A. "Aesthetic Breast Surgery in Transgender Patients:  Male to Female." In: Gabriel A, Nahabedian MY, Maxwell P, Storm T, editors.  *Spear's Surgery of the Breast:  Principles and Art*, Fourth Edition. Philadelphia: Wolters Kluwer Health; 2020.  p. 1161-1166.

13.   **Schechter LS** and Facque A. "Transgender Surgery-Feminization and Masculinization." In: Thaller SR and Panthaki Z, editors. *Tips and Tricks in Plastic Surgery*. Switzerland: Springer International; 2021.

14.   **Schechter LS** and Facque A. "Managing Common and Uncommon Complications in Gender-Affirming Masculinizing Chest Surgery."  In:  Kim JYS, editor. *Managing Common and Uncommon Complications of Aesthetic Breast Surgery*. Switzerland: Springer International; 2021. p 205-211.

15.   **Schechter LS**. "Surgical Anatomy:  Phalloplasty."  In: Nikolavsky D. Stephen and Blakely S, editors. *Urological Care for the Transgender Patient*. Switzerland: Springer International; 2021. p. 127-140.

16.   **Schechter LS**, Hontscharuk R, and Dorafshar A. "ALT Free Flap with Its Sensory Nerve:  Versatility in its Utilization, Reconstructive Principles and Strategies with Neurotization."  In: Djohan R (editor).  *Current and Future Developments in Nerve Repair, Reconstruction, and Flaps*. Switzerland: Springer Nature, in preparation.

17. Hamidian Jahromi A, Shenaq D, Stoehr JR, **Schechter LS**.  "Recipient Vessels for Genital Reconstruction."  In: Gurunian R and Djohan R, editors. *Recipient Vessels in Reconstructive Microsurgery*. Switzerland: Springer Nature, 2021, p. 287-294.

18.  Weinstein B. Alba B, Elizabeth O'Neill E, Fritsch A, **Schechter LS**. "Gender affirming Phalloplasty." In: Thaller S and Cohen M (editors. *Male Aesthetic Surgery-A Comprehensive Approach*. (submitted for publication)

19.  Alba B, Weinstein B, O'Neill E, Fritsch A, **Schechter LS**. "Gender Reassignment Surgery:  Principles, Ethics, Concepts, and the need for a Multidisciplinary Approach." In: Thaller S and Cohen M (editors.) *Male Aesthetic Surgery-A Comprehensive Approach*. (submitted for publication)

20. Weinstein B, Alba B, Rezania N, Fritsch A, **Schechter LS**. "Penile Lengthening; Penile and Testicular Implants; Penile Straightening (Peyronie's Disease); Scrotoplasty; Complications of Circumcision; Webbing." In: Thaller S and Cohen M (editors.)  *Male Aesthetic Surgery-A Comprehensive Approach*. (submitted for publication)

21.  **Schechter LS**. "Rectosigmoid Vaginoplasty." In Sacks J and Lee B (editors.) *Atlas of Reconstructive Microsurgery*.(submitted for publication)

22.  **Schechter LS**. "Penile Inversion Vaginoplasty." In Sacks J and Lee B (editors.) *Atlas of Reconstructive Microsurgery*.(submitted for publication)

23.  Editor, Principles of Transgender Medicine and Surgery, Third Edition, Ettner, R, Coleman, E, **Schechter, L** (In preparation)

**24.**  The Impact of the 8th Version of WPATH Standards of Care on Gender-Affirming Vaginoplasty, Brandon Alba, MD, MPH[1]; Brielle Weinstein, MD; Rishma Jivan, BS, **Loren Schechter, MD**

**ABSTRACTS:**
1.  **Schechter LS**, Lease JG, Gottlieb LJ.  Routine HIV Testing in a Burn Center:  A Five Year Experience.  AAST 52nd Annual Meeting Program Manual, P. 122, 1992

2.  Wall E, **Schechter LS**, Gottlieb LS, Schoeller D.  Calculated Versus Measured Energy Requirements in Adult Burn Patients.  Proceedings of the ABA 26th Annual Meeting, p. 239, 1994

3.  **Schechter LS** and Walton R.  Plication of the Orbital Septum in Lower Eyelid Blepharoplasty.  New Frontiers in Aesthetic Surgery Annual Meeting Program Manual, p.90-91, 1999

4.  **Schechter LS**, Alizadeh K, McKinnon M. Craniofacial Osseo-Distraction:  A Bridge to Eucephaly, Abstracts of the 12th Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery, p. 63, 1999.

5.  McKinnon M, Alizadeh K, **Schechter LS**. Ethnic Aesthetic Analysis and Surgery, Abstracts of the 12th Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery, p. 89, 1999

6.  Grevious MA, **Schechter LS**, Song DH, and Lohman R.  Sural Neurocutaneous Flaps for Reconstruction of Leg Wounds The American Society of Plastic Surgery Senior Residents' Conference 2001

7.   **Schechter LS**, Grevious MA, Song DH, Djohan R, and Lohman RF.  Comparing Sural Neurocutaneous and Free Flaps for Reconstruction of Leg Wounds: Indications and Outcomes, The World Society for Reconstructive Microsurgery p.29, 2001

8.   Wu LC, **Schechter LS**, and Lohman RF.  Negative Pressure Wound Therapy as a Bridge Between Debridement and Free Flap Reconstruction of Extremity Wounds, The World Society for Reconstructive Microsurgery p. 31, 2001

9.   Grevious MA, **Schechter LS**, Djohan R, Song DH, Lohman RF.  Role of Free-Tissue Transfer and Sural Neurocutaneous Flaps for Reconstruction of Leg Wounds, The Journal of Reconstructive Microsurgery, 18(6):533, 2002.

10.   Gottlieb LJ, Kaplan A, Stenson K, **Schechter LS**.  The Thoracoacromial Trunk as a Recipient Vessels:  A Lifeboat in Head and Neck Reconstruction, The Journal of Reconstructive Microsurgery, 18(6):563, 2002.

11.   Wu LC, **Schechter LS**, Lohman RF, Wall R, Franczyk M. Defining the Role for Negative Pressure Therapy in the Treatment Algorithm of Extremity Wounds, Plastic Surgical Forum, Vol. XXV, p.245 2002.

12.   Liza C. Wu, **Schechter LS**, Lohman RF, Limsrichamren S, Winans CG, Millis JM, and Cronin DC.  Implantable Doppler Probe for Continuous Monitoring of Hepatic Artery and Portal Vein Blood Flow in Pediatric Liver Transplantation, The Journal of Reconstructive Microsurgery, 19(7):  517, 2003.

13.   **Schechter LS**, Layke JC, Goldstein W, Gottlieb LJ. The Gastrocnemius-Achilles Tendon Myocutaneous Flap (GAT Flap) for Single Stage Reconstruction of Combined Soft Tissue and Extensor Mechanism Defects of the Knee:  An 18 Year Experience, Plastic Surgery Forum, Vol. XXVII, P. 133.

14.   Talarico J, Lee W, **Schechter LS**. When Component Separation Isn't Enough, American Hernia Society, Inc, Hernia Repair 2005, P. 194

15.   **Schechter LS**, Boffa J, Ettner R, Ettner F. Revision Vaginoplasty With Sigmoid Interposition:  A Reliable Solution for a Difficult Problem, The World Professional Association for Transgender Health (WPATH) 2007 XX Biennial Symposium P. 31-32

16.   Bloom JMP, Cohn AB, Schlechter B, Davis N, **Schechter LS** Abdominoplasty and Intra-Abdominal Surgery:  Safety First, Plastic Surgery Abstract Supplement vol. 120, no 4, p. 99

17.   Seitz IA, Williams CS, Wiedrich TS, **Schechter LS**. Omental Free Tissue Transfer for Coverage of Complex Upper Extremity and Hand Defects-The Forgotten Flap, Plastic Surgery At The Red Sea International Symposium Book Of Abstracts, March 24-28, 2009, p. 25

18.   Salvino M and **Schechter LS**. Microvascular Reconstruction of Iatrogenic Femoral Artery Injury in a Neonate, The Midwestern Association of Plastic Surgeons Book of Abstracts, April 18-19, 2009, p.65

19.   Roughton M and **Schechter LS.** Two Birds, One Stone:  Combining Abdominoplasty with Intra-Abdominal Procedures, The Midwestern Association of Plastic Surgeons Book of Abstracts, April 18-19, 2009, p.65

20.   Seitz IA, Friedewald S, Rimler J, **Schechter LS,** Breast MRI Helps to Define the Blood Supply to the Nipple-Areolar Complex, Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010,p.26

21.   Seitz IA, Williams C, Resnick D, Shah M, **Schechter LS.** Achieving Soft Tissue Coverage of Complex Upper and Lower Extremity Defects with Omental Free Tissue Transfer, Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, p. 28

22.   Seitz IA, Williams C, **Schechter LS.** Facilitating Harvest of the Serratus Fascial Flap with Ultrasonic Dissection, Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, p. 29

23.   Seitz IA and **Schechter LS.** Patient Safety:  Abdominoplasty and Intra-Abdominal Procedures,
Advocate Research Forum, Research and Case Report Presentation Abstracts, Advocate Lutheran General Hospital, May 5, 2010, p. 20

24.   Seitz IA, Friedewald SM, Rimler J, **Schechter LS.** Breast MRI Helps Define the Blood Supply to the Nipple-Areolar Complex, Abstract, P. 44.

25.   **Schechter LS.** Gender Confirmation Surgery in the Male-to-Female Individual:  A Single Surgeon's Fourteen Year Experience, Annals of Plastic Surgery, Vol. 74, Suppl. 3, June 2015, p. s187.

26.   **Schechter LS.** 25th WPATH Symposium, Surgeons Only, November 1, 2018, Buenos Aires, Argentina, A Novel Approach for Neovagina Configuration During Vaginoplasty for Gender Confirmation Surgery

27.   **Schechter LS.** 25th WPATH Symposium, Surgeons Only, November 1, 2018, Buenos Aires, Argentina, IPP Implantation Post-Phalloplasty:  The Chicago Experience

28.   **Schechter LS.** 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, The Role of Pelvic Floor Physical Therapy in Patients Undergoing Gender Confirming Vaginoplasty Procedures

29.   **Schechter LS.** 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Establishing Guidelines for VTE Prophylaxis in Gender Confirmation Surgery

30.   **Schechter LS.** 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Gender Surgeons Experience with Detransition and Regret

**PRESENTATIONS:**
1.   Student Summer Research Poster Forum-The University of Chicago, Jan. 21, 1992:  "A Comparison of Dynamic Energy Expenditure Versus Resting Energy Expenditure in Burn Patients Using The Doubly Labeled Water Method"

2.   American Association for the Surgery of Trauma, Sept. 17-19, 1992, Louisville, KY:  "Routine HIV Testing in A Burn Center:  A Five Year Experience"

3.   American Burn Association Poster Session, April 20-23, 1994, Orlando, Fl:  "Calculated Versus Measured Energy Requirements in Adult Burn Patients"

4.   48th Annual Senior Scientific Session:  The University of Chicago, May 19, 1994:  "Calculated Versus Measured Energy Requirements in Adult Burn Patients"

5.   Plastic Surgery Senior Residents Conference, April 20-25, 1999, Galveston, TX:  "Plication of the Orbital Septum in Lower Eyelid Blepharoplasty"

6.   The Chicago Society of Plastic Surgery, May 6, 1999, "Plication of the Orbital Septum in Lower Eyelid Blepharoplasty"

7.   The American Society for Aesthetic Plastic Surgery, May 14-19, 1999, Dallas, TX:  "Plication of the Orbital Septum in Lower Eyelid Blepharoplasty"

8.   XIII Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery, June 27-July 2, 1999, San Francisco, CA:  "Craniofacial Osseo-Distraction:  A Bridge to Eucephaly"

9.   XIII Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery, June 27-July 2, 1999 San Francisco, CA:  "Ethnic Aesthetic Analysis and Surgery"

10.   Inaugural Congress of the World Society for Reconstructive Microsurgery, October 31-November 3, 2001, Taipei, Taiwan:  "Comparing Sural Neurocutaneous and Free Flaps for Reconstruction of Leg Wounds:  Indications and Outcomes"

11.   American Society for Reconstructive Microsurgery, January 12-15, 2002, Cancun, Mexico:  "The Role to Free Tissue Transfer and Sural Neurocutaneous flaps for Reconstruction of Leg Wounds"

12.   American Society of Plastic Surgery, 71st Annual Scientific Meeting, November 2-6, 2002, San Antonio, Texas:  "Defining the Role for Negative Pressure Therapy in the Treatment Algorithm of Extremity Wounds"

13.   American Society of Reconstructive Microsurgery, Annual Scientific Meeting, January 11-15, 2003, Kauai, Hawaii:  "Advances in Pediatric Liver Transplantation:  Continuous Monitoring of Portal Venous and Hepatic Artery Flow With an Implantable Doppler Probe"

14.   The 5th Annual Chicago Trauma Symposium, August 8-10, 2003, Chicago, Illinois: "Soft Tissue Salvage:  Where Are We in 2003?"

15.   The Midwestern Association of Plastic Surgeons, 42nd Annual Meeting, Chicago, Il May 1-2, 2004:  "The Gastrocnemius-Achilles Tendon Myocutaneous

Flap (GAT Flap) for Single Stage Reconstruction of Combined Soft Tissue and Extensor Mechanism Defects of the Knee:  An Eighteen Year Experience"

16.  The 6th Annual Chicago Trauma Sympsoium, August 12-15, 2004, Chicago, Il "Complex Wound Management"

17.  The American Society of Plastic Surgery, October 9-13, 2004, Philadelphia, Pennsylvania:  "The Gastrocnemius-Achilles Tendon Myocutaneous Flap (GAT Flap) for Single Stage Reconstruction of Combined Soft Tissue and Extensor Mechanism Defects of the Knee:  An Eighteen Year Experience"

18.  The American Society for Reconstructive Microsurgery, January 15-18, 2005, Fajardo, Puerto Rico:  "Surviving as a Plastic Surgeon"

19.  American Hernia Society, Poster Presentation, February 9-12, 2005, San Diego, California:  "When Component Separation Isn't Enough"

20.  The Midwestern Association of Plastic Surgeons, April 23-24, Chicago, Il:  "Hereditary Gingival Fibromatosis in Monozygotic Twins:  First Reported Case"

21.  The Midwestern Association of Plastic Surgeons, April 23-24, Chicago, Il:  "Modified Components Separation Technique for Two Massive Ventral Hernias"

22.  The Midwestern Association of Plastic Surgeons, April 23-24, Chicago, Il:  "Mucormycosis of the Head and Neck:  A Fatal Disease?"

23.  The 7th Annual Chicago Trauma Symposium, August 11-14, 2005, Chicago, Il "Management of Complex Injuries"

24.  Current Concepts in Advanced Wound Healing:  *A Practical Overview*, Rush North Shore Medical Center, Skokie, Il September 18, 2005 "From Flaps to Grafts"

25.  Taizoon Baxamusa, M and Loren S.Schechter, MD, Abdominoplasty:  Use in Reconstruction of the Mangled Upper Extremity, The American Association For Hand Surgery Annual Scientific Meeting, January 11-14, 2006, Tucson, Arizona.

26.  The American Academy of Orthopedic Surgeons 2006 Annual Meeting, March 22-26, 2006, Chicago, Il "Methods of Patella-Femoral and Extensor Mechanism Reconstruction for Fracture and Disruption After Total Knee Arthroplasty"

27.  Midwestern Association of Plastic Surgeons 44th Annual Meeting, April 29-30, 2006, Oak Brook, Illinois "Elective Abdominal Plastic Surgery Procedures Combined with Concomitant Intra-abdominal Operations:  A Single Surgeon's Four Year Experience"

28.  Midwestern Association of Plastic Surgeons 44th Annual Meeting, April 29-30, 2006, Oak Brook, Illinois "Hereditary Gingival Fibromatosis: Aggressive Two-Stage Surgical Resection Versus Traditional Therapy"

29.   Midwestern Association of Plastic Surgeons 44th Annual Meeting, April 29-30, 2006, Oak Brook, Illinois "Abdominoplasty Graft & VAC Therapy:  Two Useful Adjuncts in Full-Thickness Grafting of the Mangled Upper Extremity"

30.   The American Association of Plastic Surgeons 85th Annual Meeting, May 6-9, 2006 Hilton Head, South Carolina "Excision of Giant Neurofibromas"

31.   The 8th Annual Chicago Trauma Symposium, July 27-30, 2006, Chicago, Il "Management of Complex Injuries"

32.   The American Society of Plastic Surgeons Annual Meeting, October 6-12, 2006, San Francisco, California "Excision of Giant Neurofibromas"

33.   The American College of Surgeons Poster Presentation, October, 2006, Chicago, Il "Abdominoplasty:  Use in Reconstruction of the Mangled Upper Extremity"

34.  American Medical Association-RFS 3rd Annual Poster Symposium, November 10, Las Vegas, NV, 2006 "Abdominal Wall Reconstruction With Alloderm"

35.   Advocate Injury Institute:  "Trauma 2006:  The Spectrum of Care), November 30-December 2, 2006, Lisle, Il, "Pit Bull Mauling:  A Case Study"

36.   The 9th Annual Chicago Trauma Symposium, August 10-12, 2007, Chicago, Il "Management of Complex Injuries"

37.   The World Professional Association for Transgender Health (WPATH) 2007 XX Biennial Symposium, September 5-8. 2007, Chicago, Il Revision Vaginoplasty With Sigmoid Interposition:  "A Reliable Solution for a Difficult Problem"

38.   Metropolitan Chicago Chapter of the American College of Surgeons, 2008 Annual Meeting, March 15, 2008 "ER Call:  Who's Job is it Anyway"

39.   The 10th Annual Chicago Trauma Symposium, August 7-10, 2008, Chicago, Il "Management of Complex Injuries"

40.   23nd Annual Clinical Symposium on Advances in Skin & Wound Care: The Conference for Prevention and Healing October 26-30, 2008, Las Vegas, Nevada,poster presentation "Use of Dual Therapies Consisting of Negative Pressure Wound Therapy (NPWT) and Small Intestine Mucosa (SIS) on a Complex Degloving Injury With an Expose Achilles Tendon:  A Case Report."

41.   The American Society of Plastic Surgeons Annual Meeting, October 31-November 3, 2008, Chicago, Il "Panel: Fresh Faces, Real Cases"

42.   The American Association for Hand Surgery Annual Meeting, January 7-13, 2009, Maui, Hawaii, poster session: "Omental Free Tissue Transfer for Coverage of Complex Upper Extremity and Hand Defects-The Forgotten Flap."

43.   Plastic Surgery At The Red Sea Symposium, March 24-28, 2009 Eilat, Israel, "Omental Free Tissue Transfer for Coverage of Complex Upper Extremity and Hand Defects-The Forgotten Flap."

44.   ASPS/IQUAM Transatlantic Innovations Meeting, April 4-7, 2009 Miason de la Chimie, Paris, France, "Advertising in Plastic Surgery?"

45.   ASPS/IQUAM Transatlantic Innovations Meeting, April 4-7, 2009 Miason de la Chimie, Paris, France, "Cost-Effectiveness of Physician Extenders in Plastic Surgery"

46.   Midwestern Association of Plastic Surgeons, 47th Annual Meeting, April 18-19, 2009, Chicago, Il, "Microvascular Reconstruction of Iatrogenic Femoral Artery Injury in a Neonate"

47.   Midwestern Association of Plastic Surgeons, 47th Annual Meeting, April 18-19, 2009, Chicago, Il,"Two Birds, One Stone:  Combining Abdominoplasty with Intra-Abdominal Procedures"

48.   The 11th Annual Chicago Trauma Symposium, August 1, 2009, Chicago, Il "Management of Complex Injuries"

49.   Societa Italiana Di Microchirurgia, XXIII Congresso Nazionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009, "Omental Free Tissue Transfer for Coverage of Complex Extremity Defects:  The Forgotten Flap."

50.   Societa Italiana Di Microchirurgia, XXIII Congresso Nazionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009, "Challenging Cases."

51.   American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA, "President's Panel:  The Future of the Solo Practice-Can We, Should We Survive?"

52.   The 12th Annual Chicago Trauma Symposium, August 5-8, 2010, Chicago, Il "Management of Complex Injuries"

53.   Breast MRI to Define The Blood Supply to the Nipple-Areolar Complex. German Society of Plastic, Reconstructive and Aesthetic Surgery (DGPRAEC), Dresden, Germany, September 2010

54.   Roundtable Discussion:  Electronic Health Records-Implications for Plastic Surgeons, The American Society of Plastic Surgeons Annual Meeting, October 3, 2010, Toronto, CA

55.   Breast MRI Helps Define the Blood Supply to the Nipple-Areolar Complex, The American Society of Plastic Surgeons Annual Meeting, October 3, 2010, Toronto, CA.

56.   ASPS/ASPSN Joint Patient Safety Panel:  Patient Selection and Managing Patient Expectations, The American Society of Plastic Surgeons Annual Meeting, October 4, 2010, Toronto, CA

57.   Lunch and Learn:   Prevention of VTE in Plastic Surgery Patients, The American Society of Plastic Surgeons Annual Meeting, October 5, 2010, Toronto, CA

58.  Breast MRI Helps Define the Blood Supply to the Nipple-Areolar Complex, 16th Congress of The International Confederation for Plastic Reconstructive and Aesthetic Surgery, May 22-27, 2011, Vancouver, Canada

59.  Breast MRI Helps Define the Blood Supply to the Nipple-Areolar Complex, The 6th Congress of The World Society for Reconstructive Microsurgery, WSRM 2011, 29 June-2 July, 2011, Helsinki, Finland

60.  Applications of the Omentum for Limb Salvage:  The Largest Reported Series, The 6th Congress of The World Society for Reconstructive Microsurgery, WSRM 2011, 29 June-2 July, 2011, Helsinki, Finland

61.  Successful Tongue Replantation Following Auto-Amputation Using Supermicrosurgical Technique, Poster Session, The 6th Congress of The World Society for Reconstructive Microsurgery, WSRM 2011, 29 June-2 July, 2011, Helsinki, Finland

62.  The 13th Annual Chicago Trauma Symposium, August 25-28, 2011, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

63.  WPATH:  Pre-conference Symposium, September 24, 2011, Atlanta, GA "Surgical Options and Decision-Making"

64.  American Society of Plastic Surgeons Annual Meeting, September 27, 2011, Denver, CO Closing Session Lunch and Learn:  Pathways to Prevention-Avoiding Adverse Events, Part I:  Patient Selection and Preventing Adverse Events in the Ambulatory Surgical Setting
65.  American Society of Plastic Surgeons Annual Meeting, September 27, 2011, Denver, CO Closing Session Lunch and Learn:  Pathways to Prevention-Avoiding Adverse Events, Part III:  Preventing VTE

66.  XXIV Congresso Nazionale della Societa Italiana di Microchirugia congiunto con la American Society for Reconstructive Microsurgery, October 20-22, 2011, Palermo, Sicily: 3 Step Approach to Lower Extremity Trauma

67.  XXIV Congresso Nazionale della Societa Italiana Microchirugia congiunto con la American Society for Reconstructive Microsurgery, October 20-22, 2011, Palermo, Sicily:  Applications of the Omentum for Limb Salvage:  The Largest Reported Series

68.  American Society for Reconstructive Microsurgery, Poster Presentation, January 14-17, 2012, Las Vegas, NV: Neonatal Limb Salvage:  When Conservative Management is Surgical Intervention

69.  The 14th Annual Chicago Trauma Symposium, August 2-5, 2012, Chicago, Il "Soft Tissue Defects-Getting Coverage"

70.  The Annual Meeting of The American Society of Plastic Surgeons, October 25th-30, 2012, New Orleans, LA "Reimbursement in Breast Reconstruction"

71.  The Annual Meeting of The American Society of Plastic Surgeons, October 25th-30, 2012, New Orleans, LA "Thriving in a New Economic Reality:  Business Relationships and Integration in the Marketplace"

72.  The 15th Annual Chicago Trauma Symposium, August 2-5, 2013, Chicago, Il "Soft Tissue Defects-Getting Coverage"

73. 2014 WPATH Symposium, Tansgender Health from Global Perspectives, February 14-18, 2014, "Short Scar Chest Surgery."

74.  2014 WPATH Symposium, Transgender Health from Global Perspectives, February 14-18, 2014, "Intestinal Vaginoplasty with Right and Left Colon."

75.  24th Annual Southern Comfort Conference, September 3-7, 2014, Atlanta, Georgia, "Gender Confirmation Surgery:  State of the Art."

76.  The 15th Annual Chicago Trauma Symposium, September 4-7, 2014, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

77.  The Midwest Association of Plastic Surgeons, May 30, 2015, Chicago, Il "Gender Confirmation Surgery:  A Single-Surgeon's Experience"

78. The Midwest Association of Plastic Surgeons, May 30, 2015, Chicago, Il, Moderator, Gender Reassignment.

79.  the American Society of Plastic Surgeons 2015 Professional Liability Insurance and Patient Safety Committee Meeting, July 17, 2015, "Gender Confirmation Surgery."

80.  The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA.  From Fee-for-Service to Bundled Payments

81.  The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA. Moderator, Transgender Surgery

82.  The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA. Efficient Use of Physician Assistants in Plastic Surgery.

83.  The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA. Patient Safety:  Prevention of VTE

84.  The World Professional Association for Transgender Health, Objective Quality Parameters for Gender Confirmation Surgery, June 18-22, 2016, Amsterdam, Netherlands

85.  The World Professional Association for Transgender Health, Resident Education Curriculum for Gender Confirmation Surgery, June 18-22, 2016, Amsterdam, Netherlands

86.  The World Professional Association for Transgender Health, Urologic Management of a Reconstructed Urethra(Poster session #195), June 18-22, 2016, Amsterdam, Netherlands

87.  The World Professional Association for Transgender Health, Construction of a neovagina for male-to-female gender reassignment surgery using a modified intestinal vaginoplasty technique, poster session (Poster session #198), June 18-22, 2016, Amsterdam, Netherlands

88.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, Genital Aesthetics:  What are we trying to achieve?, Washington, DC June 23-25, 2016

89.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, Female to Male Gender Reassignment, Washington, DC June 23-25, 2016

90.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, The journal of retractions, what I no longer do, Washington, DC June 23-25, 2016

91.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, The three minute drill, tips and tricks, Washington, DC June 23-25, 2016

92.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, Moderator, Mini master class:  Male genital plastic surgery, Washington, DC June 23-25, 2016

93.  The 16th Annual Chicago Trauma Symposium, August 18-21, 2016, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

94.  USPATH Poster Session, Feb 2-5, 2017, Los Angeles, CA, Partial Flap Failure Five Weeks Following Radial Forearm Phalloplasty:  Case Report and Review of the Literature

95.  USPATH Poster Session, Feb 2-5, 2017, Los Angeles, CA, Urethroplasty for Stricture after Phalloplasty in Transmen Surgery for Urethral Stricture Disease after Radial Forearm Flap Phalloplasty-Management Options in Gender Confirmation Surgery

96.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Patient Evaluation and Chest Surgery in Transmen: A Pre-operative Classification

97.  USPATH, Feb 2-5, 2017, Los Angeles, CA Single Stage Urethral Reconstruction in Flap Phalloplasty: Modification of Technique for Construction of Proximal Urethra

98.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Use of Bilayer Wound Matrix on Forearm Donor Site Following Phalloplasty

99.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Vaginoplasty: Surgical Techniques

100.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Positioning of a Penile Prosthesis with an Acellular Dermal Matrix Wrap following Radial Forearm Phalloplasty

101.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Principles for a Gender Surgery Program

102.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Construction of a Neovagina Using a Modified Intestinal Vaginoplasty Technique

103. The 18th Annual Chicago Orthopedic Symposium, July 6-9, 2017, Chicago, Il "Soft Tissue Defects-Getting Coverage"

104. The American Society of Plastic Surgeons Annual meeting, October 6-10, 2017, Orlando, FL, Moderator: Genital Surgery Trends for Women

105. The American Society of Plastic Surgeons Annual meeting, October 6-10, 2017, Orlando, FL, Adding Transgender Surgery to Your Practice, Moderator and Speaker

106. The American Society of Plastic Surgeons Annual meeting, October 6-10, 2017, Orlando, FL, Transbottom Surgery

107. 14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018 A Novel Approach to IPP Implantation Post Phalloplasty: The Chicago Experience

108. 14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018, A Novel Approach for Neovagina Configuration During Vaginoplasty for Gender Confirmation Surgery

109. 14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018 Developlment of a Pelvic Floor Physical Therapy Protocol for Patients Undergoing Vaginoplasty for Gender Confirmation

110. 14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018 Establishing Guidelines for Gender Confirmation Surgery: The Perioperative Risk of Asymptomatic Deep Venous Thrombosis for Vaginoplasty

111. The 19th Annual Chicago Trauma Symposium, August 16-19, 2018, Chicago, Il "Soft Tissue Defects-Getting Coverage"

112. Midwest LGBTQ Health Symposium, September 14-15, 2018, Chicago, Il "Quality Parameters in Gender Confirmation Surgery"

113. 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Poster Session, Proposed Guidelines for Medical Tattoo Following Phalloplasty; An Interdisciplinary Approach

114. 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Establishment of the First Gender Confirmation Surgery Fellowship

115. 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, ISSM Lecture, The Importance of Surgical Training

116. 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Tracking Patient-Reported Outcomes in Gender Confirmation Surgery

117. "Theorizing the Phantom Penis," The Psychotherapy Center for Gender and Sexuality's 6th Biannual Conference, Transformations, March 29-March 30, 2019, NY, NY

118.  "Uterine Transplantation and Donation in Transgender Individuals;  Proof of Concept," World Professional Association for Transgender Health 27th Scientific Symposium, September 16-20, 2022, Montreal, Canada

119. Differences and Similarities of Vaginoplasty Techniques Throughout the World:  Is There a Consensus?, World Professional Association for Transgender Health 27th Scientific Symposium, September 16-20, 2022, Montreal, Canada

120.  Sigmoid Vaginoplasty for Primary Gender Affirming Vaginoplasty, Brielle Weinstein, Brendan O'Donnell, Henry Govekar, Loren Schechter, Chicago Surgical Society Colorectal Symposium Poster Session, March 18, 2023, Chicago, Il

121.  Metoidioplasty:  Preventing and Managing Complications and Improving Outcomes, USPATH Scientific Symposium, Surgeon's Program, November 9-10, Westminster, CO

**INSTRUCTIONAL COURSES:**
1.  Emory University and WPATH:  Contemporary Management of Transgender Patients: Surgical Options and Decision-Making, September 5, 2007 Chicago, Il

2.  Craniomaxillofacial Trauma Surgery:  An Interdisciplinary Approach, February 16-17, 2008, Burr Ridge, Il

3.  Societa Italiana Di Microchirurgia, XXIII Congresso Nazionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009, Moderator:  Free Papers, Lower Extremity

4.  American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA, Moderator:  ASPS/ASPSN Patient Panel:  Effective Communication-A Key to Patient Safety and Prevention of Malpractice Claims

5.  American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA, Instructional Course:  Strategies to Identify and Prevent Errors and Near Misses in Your Practice

6.  American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA, Roundtable Discussion:  Electronic Health Records-Implications for Plastic Surgeons

7.  10th Congress of The European Federation of Societies for Microsurgery, May 2—22, 2010, Genoa, Italy, "The Mangled Lower Extremities:  An Algorithm for Soft Tissue Reconstruction."

8.  Mulitspecialty Course for Operating Room Personnel-Craniomaxillofacial, Orthopaedics, and Spine, A Team Approach, AO North American, June 26-27, 2010, The Westin Lombard Yorktown Center.

9.  Management of Emergency Cases in the Operating Room, The American Society of Plastic Surgeons Annual Meeting, October 4, 2010, Toronto, CA.

10.   Surgical Approaches and Techniques in Craniomaxillofacial Trauma, November 6, 2010, Burr Ridge, Il.

11.   The Business of Reconstructive Microsurgery:  Maximizing Economic value (Chair)The American Society for Reconstructive Microsurgery, January 14-17, 2012, Las Vegas, Nevada.

12.   Strategies to Identify and Prevent Errors and Near Misses in Your Practice, The Annual Meeting of The American Society of Plastic Surgeons, October 25th-30th, 2012, New Orleans, LA

13. Strategies to Identify and Prevent Errors and Near Misses in Your Practice, The Annual Meeting of The American Society of Plastic Surgeons, October 11th-15th, 2013, San Diego, CA

14.   Mythbusters: Microsurgical Breast Reconstruction in Private Practice, The Annual Meeting of The American Society of Plastic Surgeons, October 11th-15th, 2013, San Diego, CA

15.   Minimizing Complications in Perioperative Care, The American Society for Reconstructive Microsurgery, January 11-14, 2014, Kauai, Hawaii

16.   Genitourinary and Perineal Reconstruction, The American Society for Reconstructive Microsurgery, January 11-14, 2014, Kauai, Hawaii

17.   Transgender Breast Surgery, The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA

18.   Gender Confirmation Surgery, The School of the Art Institute (recipient of American College Health Fund's Gallagher Koster Innovative Practices in College Health Award), October 27, 2015, Chicago, Il

19.   Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Overview of Surgical Treatment Options

20.   Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, November 5-7, 2015 Chicago, Il Surgical Procedures

21.   Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Surgical Complications

22.   Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Post-operative Care

23.   Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Case Discussions:  The Multidisciplinary Team

24.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, January 20-23,2016, Atlanta, GA Overview of Surgical Treatment Options

25.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, January 20-23, 2016, Atlanta, GA Surgical Treatment Options

26.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, March 30-April 1, 2016, Springfield, MO, Surgical Treatment Options.

27.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, March 30-April 1, 2016, Springfield, MO, Multi-disciplinary Case Discussion.

28.  Introduction to Transgender Surgery, ASPS Breast Surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

29.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Global Education Initiative Advanced Training Course, September 28, 2016, Ft. Lauderdale, FL.

30.  Cirugias de Confirmacion de Sexo Paso a Paso, XXXV Congreso Confederacion Americana de Urologia (CAU), Panama City, Panama, October 4-8, 2016.

31.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Global Education Initiative Advanced Training Course, December 3, 2016, Arlington, VA.

32.  PSEN (sponsored by ASPS and endorsed by WPATH), Transgender 101 for Surgeons, January 2017-March 2017

33.  Surgical Anatomy and Surgical Approaches to M-to-F Genital Gender Affirming Surgery and the Management of the Patient Before, During and After Surgery:  A Human Cadaver Based Course, Orange County, CA, Feb. 1, 2017

34.  Gender Confirmation Surgery, ALAPP, 2 Congreso Internacional de la Asociacion Latinoamericana de Piso Pelvico, Sao Paulo, Brasil, 9-11 de marzo de 2017

35.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Global Education Initiative Foundations Training Course, Overview of Surgical Treatment, March 31-April 2, 2017, Minneapolois Minnesota.

36.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Global Education Initiative Foundations Training Course, The Multi-Disciplinary Team Case Discussions, March 31-April 2, 2017, Minneapolois Minnesota.

37.  Transfeminine Cadaver Course, WPATH, May 19-20, 2017, Chicago, Il

38. Transgender/Penile Reconstruction-Penile Reconstruction:  Radial Forearm Flap Vs. Anterolateral Thigh Flap, Moderator and Presenter, The World Society for Reconstructive Microsurgery, June 14-17, 2017, Seoul, Korea

39. Primer of Transgender Breast Surgery, ASPS Breast Surgery and Body Contouring Symposium, San Diego, CA, August 10-12, 2017

40. Confirmation Surgery in Gender Dysphoria: current state and future developments, International Continence Society, Florence, Italy, September 12-15, 2017

41. The American Society of Plastic Surgeons Annual meeting, October 6-10, 2017, Orlando, FL, ASPS/WPATH Joint Session, Session Planner and Moderator

42. Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Global Education Initiative Foundations Training Course:  Overview of Surgical Treatment, Columbus, OH, October 20-21, 2017

43. Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Global Education Initiative Advanced Training Course:  Medical Care in the Perioperative Period, Aftercare:  Identifying Potential Complications, Columbus, OH, October 20-21, 2017

44. Webinar:  Gender Affirming Surgeries 101:  Explore The Latest Topics in Gender Affirmation Surgery, PSEN, April 18, 2018

45. Course Director:  MT. Sinai/WPATH Live Surgery Training Course for Gender Affirmation Procedures, April 26-28, 2018, New York, NY

46. Philadelphia Trans Wellness Conference, Perioperative Care of the Transgender Woman Undergoing Vaginoplasty (Workshop), Philadelphia, PA, August 3, 2018

47. Philadelphia Trans Wellness Conference, Gender Confirmation Surgery (Workshop), Philadelphia, PA, August 3, 2018

48. Gender Confirmation Surgery, 2018 Oral and Written Board Preparation Course, The American Society of Plastic Surgeons, August 16-18, 2018, Rosemont, Il

49. Confirmation Surgery in Gender Dysphoria:  Current State and Future Developments, The International Continence Society, Philadelphia, PA August 28, 2018

50. WPATH Global Education Initiative, Foundations Training Course, "Overview of Surgical Treatment," Cincinnati, OH, September 14-15, 2018

51. WPATH Global Education Initiative, Foundations Training Course, "The Multi-Disciplinary Team:  Case Discussions," Cincinnati, OH, September 14-15, 2018

52.  WPATH Global Education Initiative, Advanced Training Course, "Medical Care in the Perioperative Period After Care:  Identifying Potential Complications," Cincinnati, OH, September 14-15, 2018

53.  25th WPATH Symposium, Surgeons Conference, November 1, 2018, Buenos Aires, Argentina, Moderator

54.  25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Global Education Initiative (GEI):  Surgery and Ethics

55.  WPATH GEI:  Best Practices in Medical and Mental Health Care, Foundations in Surgery, New Orleans, March 22, 2019

56.  WPATH GEI:  Best Practices in Medical and Mental Health Care, Advanced Surgery, New Orleans, March 22, 2019

57.  Program Chair:  ASPS/WPATH GEI Inaugural Gender-Affirming Breast, Chest, and Body Master Class, Miami, Fl, July 20, 2019

58.  Overview of Surgical Management and The Standards of Care (WPATH, v. 7) ASPS/WPATH GEI Inaugural Gender-Affirming Breast, Chest, and Body Master Class, Miami, Fl, July 20, 2019

59.  Program Director, Gender Affirming Breast,Chest, and Body Master Class, The American Society of Plastic Surgeons, Miami, Fl, July 20, 2019

60.  Gender Confirmation Surgery, The American Society of Plastic Surgeons Oral and Written Board Preparation Course, August 15, 2019, Rosemont, Il

61. Upper Surgeries (chest surgery & breast augmentation), WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

62. Preparing for Upper Surgeries-Case Based (chest surgery & breast augmentation), WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

63. Preparing for Feminizing Lower Surgeries-Case Based (vaginoplasty), WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

64. Lower Surgeries-Masculinizing (phalloplasty & metoidioplasty), WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

65. Preparing for Masculinizing Lower Surgeries-Case Based (phalloplasty & metoidioplasty), WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

66. Panel Discussion about Ethics in Surgery and Interdisciplinary Care, WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

67. Discussion about Ethics and Tensions in Child and Adolescent Care, WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

68.  Transgender Health:  Best Practices in Medical and Mental Health Care Foundation Training Courses, Hanoi, Viet Nam, Jan 14-17, 2020 (Foundations

in Surgery, Advanced Medical-surgery and complicated case studies), Planning & Documentation (upper surgeries-chest surgery and breast augmentation, preparing for upper surgeries-case based (chest surgery and breast augmentation), lower surgeries (feminizing-vaginoplasty), preparing for feminizing lower surgeries-case based, lower surgeries-masculinizing (phalloplasty and metoidioplasty), preparing for masculinizing lower surgeries-case-based (phalloplasty and metoidioplasty), Ethics-panel discussion about ethics in surgery and interdisciplinary care)

69. WPATH GEI Panel Cases Discussion, via Webinar, May 29, 30, 31, 2020

70. WPATH GEI: Illinois Dept. of Corrections, Foundations in Surgery, November 20, 2020

71. WPATH GEI: Illinois Dept. of Corrections, Ethical Considerations in Transgender Healthcare, November 20, 2020

72. WPATH GEI: Illinois Dept. of Corrections, Foundations in Surgery, February 26, 2021

73. WPATH GEI: Illinois Dept. of Corrections, Ethical Considerations in Transgender Healthcare, February 26, 2021.

74. Current Concepts in Gender Affirming Surgery for Women in Transition, March 11-12, 2021 (online event), Moderator, Transgender Health.

75. GEI Foundations Course, Live Q&A, March 21, 2021

76. GEI Foundations Course, Live Case Panel Discussion, March 23, 2021

77. GEI Advanced Ethics Workshop; Surgical and Interdisciplinary care ethics panel, May 1, 2021 (virtual)

78. Wpath GEI Foundations course for the Illinois Dept of Corrections, Foundations in Surgery, May 21, 2021

79. Wpath GEI, Foundations course for the Illinois Dept of Corrections, Ethical considerations in Transgender Healthcare, May 21, 2021

80. WPATH GEI, Online GEI Foundations Course, Moderator, August 31, 2021.

81. WPATH Health Plan Provider (HPP) Training, Q&A Panel, September 13, 14, 21 2021, via Zoom

82. WPATH, GEI Advanced Medical Course, Upper and Lower Surgery (via zoom), December 9, 2021

83. I want to be a gender surgeon: where do I even start, American Society for Reconstructive Microsurgery, Annual Meeting, January 17, 2022, Carlsbad, CA

84. Faculty Instructor, Upper Extremity Flaps and Lower Extremity Trauma, 1st Annual Rush University – University of Chicago Cadaver Lab, June 11, 2022

85.   WPATH Health Plan Provider (HPP) Training, Q&A Panel, July 12, 2022, via Zoom

86.   Nonbinary Workshop, WPATH GEI, July 23, 2022, via Zoom

87.   WPATH GEI Advanced Ethics workshop (2022-2023), September 17-18, 2022, Montreal, Canada

88.   Course Director:  3rd Live Surgery Conference for Gender Affirmation Procedures presented by MT. Sinai and WPATH May 11-13, 2023, New York, New York

90.   Advanced Medical Course, Advanced Surgical Course, Global Education Institute (GEI), USPATH, November 9-10, 2023, Westminster, CO

91. Secondary Surgeries in Gender Affirming Phalloplasty: Implants, Revisions and Redos, Loren Schecter (moderator), Mang Chen, Lee Zhao, Walter Lin, Ulrich Reiger, January 16, 2024, ASRM 2024 Annual Meeting, Nassau, Bahamas

**SYMPOSIA:**

1.   Program Director, 2011 Chicago Breast Symposium, October 15, 2011, The Chicago Plastic Surgery Research Foundation and The Chicago Medical School at Rosalind Franklin University, North Chicago, IL,

2.   Fundamentals of Evidence-Based Medicine & How to Incorporate it Into Your Practice, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons, July 13-14, 2012 Washington, DC

3.   Understanding Outcome Measures in Breast & Body Contouring Surgery, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons, July 13-14, 2012 Washington, DC

4.   Benchmarking Complications:  What We Know About Body Contouring Complication Rates from Established Databases, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons, July 13-14, 2012 Washington, DC

5.   Special Lecture:  VTE Prophylaxis for Plastic Surgery in 2011, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons, July 13-14, 2012 Washington, DC

6. Nipple Sparing Mastectomy:  Unexpected Outcomes, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons, July 13-14, 2012 Washington, DC

7.   Program Director, 2011 Chicago Breast Symposium, October 13-14, 2012, The Chicago Plastic Surgery Research Foundation and The Chicago Medical School at Rosalind Franklin University, North Chicago, Il

8.   Practice Strategies in a Changing Healthcare Environment, Moderator, Midwestern Association of Plastic Surgeons, April 27-28, 2013, Chicago, Il

9.   Moderator:  Breast Scientific Paper Session, The Annual Meeting of The American Society of Plastic Surgery, October 12, 2014, Chicago, Il.

10.  Transgender Health and Medicine Research Conference, National Institutes of Health, Bethesda, MD May 7-8, 2015

11. Moderator:  The World Professional Association for Transgender Health, Tuesday, June 21, Surgical Session (0945-1045), June 18-22, 2016, Amsterdam, Netherlands

12.  Course Director:  Transmale Genital Surgery:  WPATH Gender Education Initiative, October 21-22, 2016 Chicago, Il

13.  Co-Chair and Moderator: Surgeon's Only Session, USPATH, Los Angeles, CA, Feb. 2, 2017

14.  Vascular Anastomosis:  Options for Lengthening Vascular Pedicle, Surgeon's Only Session, USPATH, Los Angeles, CA, Feb. 2, 2017

15.  Transgender Healthcare Mini-Symposium, Chicago Medical School of Rosalind Franklin University, North Chicago, Il March 10, 2017.

16.  Moderator:  Penile Transplant:  Genito-urinary trauma/penile cancer, The European Association of Urologists, Meeting of the EAU Section of Genito-Urinary Reconstructive Surgeons (ESGURS), London, United Kingdom, March 23-26, 2017

17.  25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Mini-Symposium:  A Comprehensive Approach to Gender Confirming Surgery

18.  Program Director, 2nd Annual Live Surgery Conference for Gender Affirmation Procedures, Ichan School of Medicine at Mt. Sinai, NY, NY February 28, 2019-March 2, 2019.

19.  Moderator, "Genital Reassignment for Adolescents:  Considerations and Conundrums," Discussions on gender affirmation:  surgery and beyond, Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30-June 1, 2019

20. Moderator, "Reconstructive Urology and Genitourinary Options in Gender Affirming Surgery," Discussions on gender affirmation:  surgery and beyond, Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30-June 1, 2019

21.  Moderator, "Complications in Masculinizing Genital Reconstruction Surgery," Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30-June 1, 2019

22.  Moderator, "Preparing for Surgery and Recovery," Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30-June 1, 2019

23.  Discussant, "WPATH Standards of Care Version 8 Preview," Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30-June 1, 2019

24.  Program Coordinator, Surgeon's Only Course, USPATH, September 5, 2019, Washington, DC

25.  Master Series in Transgender Surgery 2020: Vaginoplasty and Top Surgery, course co-director, Mayo Clinic, Rochester, MN, August 7-8, 2020

26.  WPATH 2020 Surgeons' Program, Co-Chair, November 6-7, 2020, Virtual Symposium (due to covid-19 cancellation of Hong Kong meeting)

27.  WPATH Journal Club #3, Uterine Transplantation and Donation in Transgender Individuals; Proof of Concept, December 13, 2021 (Zoom)

28.  Program Coordinator and Moderator, Surgeon's Only Course, WPATH 27th Scientific Symposium, September 16-17, 2022, Montreal, Canada

29.  'Metoidioplasty: Preventing and Managing Complications and Improving Outcomes,' Submission Reference Number: 0794_1189_000333, Presentation Number: WED-S3-M, USPATH, Westminster, CO, Nov 1-2, 2023


**FACULTY SPONSORED RESEARCH:**
1.  Societa Italiana Di Microchirurgia, XXIII Congresso Nazionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009, "Free Tissue Transfer in the Treatment of Zygomycosis." Presented by Michelle Roughton, MD

2.  Hines/North Chicago VA Research Day, Edward Hines, Jr., VA Hospital, Maywood, Il, April 29, 2010, "Breast MRI Helps to Define the Blood Supply to the Nipple-Areolar Complex."  Presented by Iris A. Seitz, MD, PhD.

3.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, "Breast MRI Helps to Define the Blood Supply to the Nipple-Areolar Complex." Presented by Iris A. Seitz, MD, PhD.

4.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, "Achieving Soft Tissue Coverage of Complex Upper and Lower Extremity Defects with Omental Free Tissue Transfer." Presented by Iris A. Seitz, MD, PhD.

5.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, "Facilitating Harvest of the Serratus Fascial Flap with Ultrasonic Dissection."  Presented by Iris A. Seitz, MD, PhD.

6.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010,"Patient Safety:  Abdominoplasty and Intra-Abdominal Procedures." Presented by Michelle Roughton, MD

7.   The Midwestern Association of Plastic Surgeons, 49th Annual Scientific Meeting, May 15th, 2010, "Breast MRI Helps Define The Blood Supply to the Nipple-Areolar Complex."  Presented by Iris A. Seitz, MD, PhD.

8.   Jonathan M. Hagedorn, BA, **Loren S. Schechter**, MD, FACS, Dr. Manoj R. Shah, MD, FACS, Matthew L. Jimenez, MD, Justine Lee, MD, PhD, Varun Shah. Re-examining the Indications for Limb Salvage, 2011 All School Research Consortium at Rosalind Franklin University.  Chicago Medical School of Rosalind Franklin University, 3/16/11.

9.   Jonathan Bank, MD, Lucio A. Pavone, MD, Iris A. Seitz, Michelle C. Roughton, MD, Loren S. Schechter, MD Deep Inferior Epigastric Perforator Flap for Breast Reconstruction after Abdominoplasty The Midwestern Association of Plastic Surgeons, 51st Annual Educational Meeting, April 21-22, 2012, Northwestern Memorial Hospital, Chicago, Illinois

10.   Samuel Lake, Iris A. Seitz, MD, Phd, Loren S. Schechter, MD, Daniel Peterson, Phd Omentum and Subcutaneous Fat Derived Cell Populations Contain hMSCs Comparable to Bone Marrow-Derived hMSCsFirst Place, Rosalind Franklin University Summer Research Poster Session

11.   J. Siwinski, MS II, Iris A. Seitz, MD PhD, Dana Rioux Forker, MD, Lucio A. Pavone, MD, Loren S Schechter, MD FACS. Upper and Lower Limb Salvage With Omental Free Flaps: A Long-Term Functional Outcome Analysis. Annual Dr. Kenneth A. Suarez Research Day, Midwestern University, Downers Grove, IL, May 2014

12.   Whitehead DM, Kocjancic E, Iacovelli V, Morgantini LA, **Schechter LS**. A Case Report: Penile Prosthesis With an Alloderm Wrap Positioned After Radial Forearm Phalloplasty. Poster session presented at: American Society for Reconstructive Microsurgery Annual Meeting, 2018 Jan 13-16; Phoenix, AZ.

13.   Whitehead DM, Kocjancic E, Iacovelli V, Morgantini LA, **Schechter LS**. An Innovative Technique: Single Stage Urethral Reconstruction in Female-to-Male Patients. Poster session presented at: American Society for Reconstructive Microsurgery Annual Meeting, 2018 Jan 13-16; Phoenix, AZ.

14.   Whitehead, DM Inflatable Penile Prosthesis Implantation Post Phalloplasty:  Surgical Technique, Challenges, and Outcomes, MAPS 2018 Annual Scientific Meeting, April 14, 2018, Chicago, Il

15.   Whitehead, DM, Inverted Penile Skin With Scrotal Graft And Omission of Sacrospinal Fixation: Our Novel Vaginoplasty Technique  MAPS 2018 Annual Scientific Meeting, April 14, 2018, Chicago, Il

16. S. Marecik, J. Singh. **L. Schechter**, M. Abdulhai, K. Kochar, J. Park, Robotic Repair of a Recto-Neovaginal Fistula in a Transgender Patient Utilizing Intestinal Vaginoplasty, The American College of Surgeons Clinical Congress 2020, October 7, 2020

17.   Natalia Whitney, Randi Ettner, **Loren Schechter**, Sexual Function Expectations, Outcomes, and Discussions for Patients Undergoing Gender-Affirming Surgery, 2022 Trainee Research Day, Rush University Medical Center, The Irwin Press Patient Experience Research Poster Award

18.  Natalia Whitney, Randi Ettner, **Loren Schechter**, Sexual Function Expectations, Outcomes, and Discussions for Patients Undergoing Gender-Affirming Surgery, 2022 Trainee Research Day, Rush University Medical Center, Peoples Choice-Third Place Poster Presentation

19.  Adam Steur, Christy Ciesla, Clarion Mendes, Loren Schechter, The Need for a Comprehensive Interprofessional Postsurgical Rehabilitation Pathway: Initial Recommendations and Future Visions, The World Professional Association for Transgender Health, 27th Scientific Symposium, Surgeon's Only Program September 16-17, 2022, Montreal, Canada

20.  Brielle Weinstein, MD, Kristin Jacobs, MD, Edward Cherullo, MD and Loren Schechter, MD, Illinois Surgical Society, Interesting Case Competition: Revision Vaginoplasty, April 22, 2023, Chicago, Il

21.  Najafali D, Hinson C, Camacho JM, Galbraith LG, Tople TL, Eble D, Weinstein B, Schechter LS, Dorafshar AH, Morrison SD. Artificial Intelligence Knowledge of Evidence-Based Recommendations in Gender Affirmation Surgery and Gender Identity: Is ChatGPT Aware of WPATH Recommendations? USPATH 2023 Scientific Symposium. Westminster, CO, November 4, 2023. (Podium Presentation)

**Keynote Address:**

1.  University of Utah, Gender Confirmation Surgery, Transgender Provider Summit, November 8, 2014

**INVITED LECTURES:**
1.  Management of Soft Tissue Injuries of the Face, Grand Rounds, Emergency Medicine, The University of Chicago, August, 1999

2.  Case Report:  Excision of a Giant Neurofibroma, Operating Room Staff Lecture Series, Continuing Education Series, St. Francis Hospital, Evanston, Il March 2000

3.  Wounds, Lincolnwood Family Practice, Lincolnwood, Il April 2000

4.  The Junior Attending, Grand Rounds, Plastic and Reconstructive Surgery, The University of Chicago, June 2000

5.  Case Report:  Excision of a Giant Neurofibroma, Department of Medicine Grand Rounds, St. Francis Hospital, Evanston, Il June 2000

6. Facial Trauma, Resurrection Medical Center Emergency Medicine Residency, September 2000

7.  Plastic Surgery of the Breast and Abdomen, Grand Rounds, Dept. of Obstetrics and Gynecology, Evanston Hospital, September, 2000

8.  Change of Face; Is Cosmetic Surgery for You?, Adult Education Series, Rush North Shore Medical Center, October, 2000

9.  Reconstructive Surgery of the Breast, Professional Lecture Series on Breast Cancer, St. Francis Hospital, October, 2000

10.  Plastic Surgery of the Breast and Abdomen, Grand Rounds, Dept. of Obstetrics and Gynecology, Lutheran General Hospital, December, 2000

11.  Change of Face; Is Cosmetic Surgery for You?, Adult Education Series, Lutheran General Hospital and The Arlington Heights Public Library, December, 2000

12.  Updates in Breast Reconstruction, The Breast Center, Lutheran General Hospital, January 2001

13.  Abdominal Wall Reconstruction, Trauma Conference, Lutheran General Hospital, February 2001

14.  Wound Care, Rush North Shore Medical Center, March 2001

15.  Breast Reconstruction, Diagnosis and Treatment Updates on Breast Cancer, Lutheran General Hospital, April 2001

16.  Wound Care and V.A.C. Therapy, Double Tree Hotel, Skokie, Il October 2001

17.  The Role of the V.A.C. in  Reconstructive Surgery, LaCrosse, WI November 2001

18.  Dressing for Success:  The Role of the V.A.C. in Reconstructive Surgery, Grand Rounds, The University of Minnesota Section of Plastic and Reconstructive, Minneapolis, MN January, 2002

19.  The Vacuum Assisted Closure Device in the Management of Complex Soft Tissue Defects, Eau Claire, WI February, 2002

20.  The Vacuum Assisted Closure Device in Acute & Traumatic Soft Tissue Injuries, Orland Park, Il March, 2002

21.  Body Contouring After Weight Loss, The Gurnee Weight Loss Support Group, Gurnee, Il April, 2002

22.  An Algorithm to Complex Soft Tissue Reconstruction With Negative Pressure Therapy, Owensboro Mercy Medical Center, Owensboro, Ky, April, 2002

23.  Breast and Body Contouring, St. Francis Hospital Weight Loss Support Group, Evanston, Il April, 2002

24.  The Wound Closure Ladder vs. The Reconstructive Elevator, Surgical Grand Rounds, Lutheran General Hospital, Park Ridge, Il, May, 2002.

25.  An Algorithm for Complex Soft Tissue Reconstruction with the Vacuum Assisted Closure Device, The Field Museum, Chicago,Il, May, 2002

26.  The Role of Negative Pressure Wound Therapy in Reconstructive Surgery, Kinetic Concepts, Inc. San Antonio, Texas, July 31, 2002

27.   Management of Complex Soft Tissue Injuries of the Lower Extremity, Chicago Trauma Symposium, August 2-5, 2002, Chicago, Illinois:

28.   Wound Bed Preparation, Smith Nephew, Oak Brook, Il, August 6, 2002

29.   Getting Under Your Skin...Is Cosmetic Surgery for You?, Rush North Shore Adult Continuing Education Series, Skokie, Il August 28, 2002.

30.   The Role of Negative Pressure Therapy in Complex Soft Tissue Wounds, Columbia/St. Mary's Wound, Ostomy, and Continence Nurse Program, Milwaukee, Wi, September 17, 2002

31.   A Systematic Approach to Functional Restoration, Grand Rounds, Dept. of Physical Therapy and Rehabilitation Medicine, Lutheran General Hospital, September 19, 2002

32.   The Role of Negative Pressure Wound Therapy in Reconstructive Surgery, Ann Arbor, Mi September 26, 2002

33.   Dressing for Success:  The Role of the Vaccuum Assisted Closure Device in Plastic Surgery, Indianopolis, In November 11, 2002

34.   The Wound Closure Ladder Versus the Reconstructive Elevator, Crystal Lake, Il November 21, 2002

35.   A Systematic Approach to Functional Restoration, Grand Rounds, Dept. of Physical Therapy, Evanston Northwestern Healthcare, Evanston, Il February 13, 2003

36.   Case Studies in Traumatic Wound Reconstruction, American Association of Critical Care Nurses, Northwest Chicago Area Chapter, Park Ridge, Il February 19, 2003

37.   Reconstruction of Complex Soft Tissue Injuries of the Lower Extremity, Podiatry Lecture Series, Rush North Shore Medical Center, Skokie, Il March 5, 2003

38.   The Use of Negative Pressure Wound Therapy in Reconstructive Surgery, Kalamazoo, Mi March 19, 2003

39.   Updates in Breast Reconstruction, The Midwest Clinical Conference, The Chicago Medical Society, Chicago, Il March 21, 2003

40.   Updates of Vacuum Assisted Closure, Grand Rounds, The Medical College of Wisconsin, Department of Plastic Surgery, Milwaukee, Wi March 26, 2003

41.   Breast Reconstruction, Surgical Grand Rounds, Lutheran General Hospital, Park Ridge, Il March 27, 2003

42.   Decision-Making in Breast Reconstruction:  Plastic Surgeons as Members of a Multi-Disciplinary Team, 1st Annual Advocate Lutheran General Hospital Breast Cancer Symposium, Rosemont, Il, April 11, 2003

43.  The Wound Closure Ladder Versus The Reconstructive Elevator, Duluth, Mn, April 24, 2003

44.  Dressing For Successs:  The Role of The Wound VAC in Reconstructive Surgery, Detroit, Mi, May 9, 2003

45.  Plastic Surgery Pearls, Grand Rounds Orthopedic Surgery Physician Assistants Lutheran General Hospital and Finch University of Health Sciences, Park Ridge, Il, June 5, 2003

46.  A Systematic Approach to Complex Reconstruction, 12th Annual Vendor Fair "Surgical Innovations," October 18, 2003, Lutheran General Hospital, Park Ridge, Il 2003

47.  Dressing For Success:  The Role of the Wound VAC in Reconstructive Surgery, American Society of Plastic Surgery, October 26, 2003, San Diego, CA

48.  Beautiful You:  From Botox to Weekend Surgeries, 21st Century Cosmetic Considerations, March 21, 2004 Hadassah Women's Health Symposium, Skokie, Il

49.  Updates in Breast Reconstruction, The 2nd Annual Breast Cancer Symposium, Advocate Lutheran General, Hyatt Rosemont, April 2, 2004

50.  Head and Neck Reconstruction, Grand Rounds, The University of Illinois Metropolitan Group Hospitals Residency in General Surgery, Advocate Lutheran General Hospital, May 6, 2004

51.  Abdominal Wall Reconstruction, Surgeons Forum, LifeCell Corporation, May 15, 2004, Chicago, Il

52.  4th Annual Chicagoland Day of Sharing for Breast Cancer Awareness, Saturday, October 2, 2004, Hoffman Estates, Il

53.  Abdominal Wall Reconstruction, University of Illinois Metropolitan Group Hospitals Residency in General Surgery, November 19, 2004, Skokie, Il

54.  Advances in Wound Care, Wound and Skin Care Survival Skills, Advocate Good Samaritan Hospital, Tuesday, February 8, 2005, Downer's Grove, Il

55.  Plastic Surgery:  A Five Year Perspective in Practice,  Grand Rounds, The University of Chicago, May 18, 2005, Chicago, Il

56.  New Techniques in Breast Reconstruction, The Cancer Wellness Center, October 11, 2005 Northbrook, Il

57.  Principles of Plastic Surgery;  Soft Tissue Reconstruction of the Hand, Rehab Connections, Inc., Hand, Wrist, and Elbow Forum, October 28, 2005, Homer Glen, Il

58.  Principles of Plastic Surgery, Lutheran General Hospital Quarterly Trauma Conference, November 9, 2005, Park Ridge, Il

59. Principles of Plastic Surgery, Continuing Medical Education, St. Francis Hospital, November 15, 2005, Evanston, Il

60. Dressing for Success: A Seven Year Experience with Negative Pressure Wound Therapy, Kinetic Concepts Inc, November 30, 2005, Glenview, Il.

61. Breast Reconstruction: The Next Generation, Breast Tumor Conference, Lutheran General Hospital, May 9, 2006.

62. Complex Wound Care: Skin Grafts, Flaps, and Reconstruction, The Elizabeth D. Wick Symposium on Wound Care, *Current Concepts in Advanced Healing: An Update*, Rush North Shore Medical Center, November 4, 2006.

63. An Approach to Maxillofacial Trauma: Grand Rounds, Lutheran General Hospital/Univ. of Illinois Metropolitan Group Hospital Residency in General Surgery, November 9, 2006.

64. "From Paris to Park Ridge", Northern Trust and Advocate Lutheran General Hospital, Northern Trust Bank, June 7, 2007.

65. "Private Practice Plastic Surgery: A Seven Year Perspective," Grand Rounds, The University of Chicago, Section of Plastic Surgery.

66. "Meet the Experts on Breast Cancer," 7th Annual Chicagoland Day of Sharing, Sunday, April 13th, 2008

67. Gender Confirmation Surgey: Surgical Options and Decision-Making, The University of Minnesota, Division of Human Sexuality, May 10, 2008, Minneapolis, Minnesota.

68. "Private Practice Plastic Surgery: A Seven Year Perspective," Grand Rounds, Loyola University, 2008 Section of Plastic Surgery.

69. "Management of Lower Extremity Trauma," Grand Rounds, The University of Chicago, Section of Plastic Surgery, October, 8, 2008.

70. "Concepts in Plastic Surgery: A Multi-Disciplinary Approach," Frontline Surgical Advancements, Lutheran General Hospital, November 1, 2008

71. "Surgical Techniques-New Surgical Techniques/Plastic Surgery/Prosthetics," Caldwell Breast Center CME Series, Advocate Lutheran General Hospital, November 12, 2008

72. "Genetics: *A Family Affair*" Panel Discussion: Predictive Genetic Testing, 23rd Annual Illinois Department of Public Health Conference, Oak Brook Hills Marriott Resort, Oak Brook, Il, March 18, 2009

73. "Gender Confirmation Surgery" Minnesota TransHealth and Wellness Conference, May 15, 2009, Metropolitan State University, Saint Paul, MN.

74. "The Role of Plastic Surgery in Wound Care, " Practical Wound Care A Multidisciplinary Approach, Advocate Lutheran General Hospital, October 9-10, 2009, Park Ridge, Il.

75.   "In The Family,"  Panel, General Session III, 2009 Illinois Women's
Health Conference, Illinois Dept. of Health, Office of Women's Health
October 28-29, 2009, Oak Brook, Il.

76.   "Patient Safety in Plastic Surgery," The University of Chicago, Section
of Plastic Surgery, Grand Rounds, November 18, 2009.

77.   "Compartment Syndrome," 6th Annual Advocate Injury Institute Symposium,
Trauma 2009:  Yes We Can!, November 19-20, 2009.

78.   "Maxillofacial Trauma,"  6th Annual Advocate Injury Institute Symposium,
Trauma 2009:  Yes We Can!, November 19-20, 2009.

79.   "Management of Complex Lower Extremity Injuries,"  Grand Rounds, The
Section of Plastic Surgery, The University of Chicago, December 16, 2009,
Chicago, Il.

80.   "Gender-Confirming MTF Surgery:  Indications and Techniques,"  Working
Group on Gender, New York State Psychiatric Institute, March 12, 2010

81.   "Gender-Confirmation Surgery," Minnesota Trans Health and Wellness
Conference, Metropolitan State University, St. Paul Campus, May 14th, 2010

82.   "Physical Injuries and Impairments," Heroes Welcome Home The Chicago
Association of Realtors, Rosemont, Illinois, May 25th, 2010.

83.   "Genetics and Your Health,"  Hadassah Heals:  Healing Mind, Body, &
Soul, Wellness Fair, 2010, August 29, 2010, Wilmette, Illinois.

84.   "GCS,"  Southern Comfort Conference 2010, September 6-11, 2010,
Atlanta, GA.

85.   "Gender Confirming Surgery," The Center, The LGBT Community Center,
October 22, 2010 New York, NY.

86.   "Gender Confirming Surgery,"  the Center, The LGBT Community Center,
May 20, 2011, New York, NY.

87.   "Gender Confirming Surgery,"  Roosevelt-St. Lukes Hospital, May 20,
2011, New York, NY

88.   "Principles of Plastic Surgery," Learn about Ortho, Lutheran General
Hospital, May 25, 2011, Park Ridge, Il.

89.   "Forging Multidisciplinary Relationships in Private Practice," Chicago
Breast Reconstruction Symposium 2011, September 9, 2011, Chicago, Il

90.   "Gender Confirming Surgery,"  Minnesota TransHealth and Wellness
Conference, Diverse Families:  Health Through Community, September 10, 2011,
Minneapolis, Minnesota

91.   "Gender Confirming Surgery,"  University of Chicago, Pritzker School of
Medicine, Anatomy Class, September 16, 2011, Chicago, Il

92.   "Facial Trauma," 8th Annual Advocate Injury Institute Symposium, Trauma 2011:  40 years in the Making, Wyndham Lisle-Chicago, November 9-10, 2011

93.   "Establishing a Community-Based Microsurgical Practice,"  QMP Reconstructive Symposium, November 18-20, 2011, Chicago, Il

94.   "Surgery for Gender Identity Disorder," Grand Rounds, Dept. of Obstetrics and Gynecology, Northshore University Health System, December 7, 2011

95.   "Managing Facial Fractures,"  Trauma Grand Rounds, Lutheran General Hospital, Park Ridge, Il July 17, 2012

96.   "Principles of Transgender Medicine," The University of Chicago Pritzker School of Medicine, Chicago, Il, September 7, 2012

97.   "State of the art breast reconstruction," Advocate Health Care, 11th Breast Imaging Symposium, January 26, 2013, Park Ridge, Il.

98.   "State of the art breast reconstruction,"  Grand Rounds, Dept. of Surgery, Mount Sinai Hospital, April 25, 2013, Chicago, Il.

99.   "Getting under your skin: is cosmetic surgery right for you?" Lutheran General Hospital community lecture series, May 7, 2013, Park Ridge, Il.

100.   "Gender Confirming Surgery,"  University of Chicago, Pritzker School of Medicine, Anatomy Class, September 27, 2013, Chicago, Il

101.   "State of the Art Breast Reconstruction," Edward Cancer Center, Edward Hospital, October 22, 2013, Naperville, Il

102.   "Transgender Medicine and Ministry," Pastoral Voice, Advocate Lutheran General Hospital, October 23, 2013, Park Ridge, Il

103.   "Principles of Transgender Medicine and Surgery," The University of Illinois at Chicago College of Medicine, January 28, 2014, Chicago, Il

104.   "Principles of Transgender Medicine and Surgery," Latest Surgical Innovations and Considerations, 22nd Annual Educational Workshop, Advocate Lutheran General Hospital, March 1, 2014, Park Ridge, Il.

105.   "Principles of Transgender Medicine:  Gender Confirming Surgery," Loyola University Medical Center, March 12, 2014.

106.   "Principles of Plastic Surgery,"  Grand Rounds, Dept. of Obstetrics and Gynecology, Lutheran General Hospital, September 12, 2014.

107.   "Gender Confirmation Surgery," The University of Chicago, Pritzker School of Medicine, October 3, 2014

108.   "Private Practice:  Is There a Future?" The Annual Meeting of The American Society of Plastic Surgical Administrators/The American Society of Plastic Surgery Assistants, Chicago, Il, October 11, 2014.

109. "Private Practice:  Is There a Future?" The Annual Meeting of The American Society of Plastic Surgery Nurses, Chicago, Il, October 12, 2014.

110. "Gender Confirmation Surgery" Grand Rounds, The University of Minnesota, Dept. of Plastic Surgery, Minneapolis, MN, October 29, 2014.

111. "Body Contour After Massive Weight Loss," The Bariatric Support Group, Advocate Lutheran General Hospital, February 5, 2015, Lutheran General Hospital, Park Ridge, Il.

112. "Gender Confirmation Surgery," The School of the Art Institute of Chicago, February 1, 2015, Chicago, Il.

113. "Gender Confirmation Surgery," The Community Kinship Life/Bronx Lebanon Department of Family Medicine, Bronx, NY, March 6, 2015

114. "Gender Confirmation Surgery,"  Educational Inservice, Lutheran General Hospital, Park Ridge, Il, April 20, 2015

115. "Principles of Plastic Surgery, " Surgical Trends, Lutheran General Hospital, Park Ridge, Il, May 16, 2015

116. "Updates on Gender Confirmation Surgery, " Surgical Trends, Lutheran General Hospital, Park Ridge, Il, May 16, 2015

117. "Gender Confirmation Surgery," Lurie Childrens' Hospital, Chicago, Il, May 18, 2015,Chicago, Il 2015.

118. "Gender Confirmation Surgery," TransClinical Care and Management Track Philadelphia Trans-Health Conference, June 5, 2015, Philadelphia, Pa.

119. "Gender Confirmation Surgery:  A Fifteen Year Experience," Grand Rounds, The University of Minnesota, Plastic and Reconstructive Surgery and the Program in Human Sexuality, July 30, 2015, Minneapolis, Mn

120. "Gender Confirmation Surgery,"  Grand Rounds, Tel Aviv Medical Center, Tel Aviv, Israel, August 13, 2015

121. "Gender Confirmation Surgery,"  Grand Rounds, University of Illinois, Dept of Family Medicine, September 2, 2015

122. "Principles of Plastic Surgery," Grand Rounds, St. Francis Hospital, Evanston, Il September 18, 2015

123. "Gender Confirmation Surgery," Midwest LGBTQ Health Symposium, Chicago, Il, October 2, 2015

124. "Gender Confirmation Surgery," Southern Comfort Conference, Weston, Fl, October 3, 2015

125. "Surgical Transitions for Transgender Patients," Transgender Health Training Institute, Rush University Medical Center, Chicago,Il, October 8, 2015

126. "Gender Confirmation Surgery," The Transgender Health Education Peach State Conference, Atlanta, GA, October 30, 2015

127. "Gender Confirmation Surgery," Weiss Memorial Medical Center, November 4, 2015, Chicago, Il

128. "Gender Confirmation Surgery," University of Illinois at Chicago, Operating Room Staff Inservice, November 18, 2015, Chicago, Il

129. "Gender Confirmation Surgery," University of Illinois at Chicago, Plastic Surgery and Urology Inservice, November 18, 2015, Chicago, Il

130. "Gender Confirmation Surgery," Weiss Memorial Medical Center, November 19, 2015, Chicago, Il

131. "Gender Confirmation Surgery," Section of Plastic Surgery, The University of Illinois at Chicago, January 13, 2016, Chicago, Il

132. "Gender Confirmation Surgery," Dept. of Medicine, Louis A. Weiss Memorial Hospital, February 18, 2016, Chicago, Il

133. "Gender Confirmation Surgery," BCBSIL Managed Care Roundtable March 2, 2016 Chicago, Il

134. "Gender Confirmation Surgery-MtF," Keystone Conference, March 10, 2016, Harrisburg, PA

135. "Gender Confirmation Surgery-FtM," Keystone Conference, March 10, 2016, Harrisburg, PA

136. "Gender Confirmation Surgery," Grand Rounds, Dept. of Ob-Gyn, March 25, 2016, Lutheran General Hospital, Park Ridge, Il 60068

137. "Surgical Management of the Transgender Patient," Spring Meeting, The New York Regional Society of Plastic Surgeons, April 16, 2016, New York, NY

138. "A Three Step Approach to Complex Lower Extremity Trauma," University of Illinois at Chicago, April 27, 2016, Chicago, Il.

139. "Gender Confirmation Surgery," Howard Brown Health Center, July 12, 2016, Chicago, Il

140. "Creating the Transgender Breast M-F; F-M", ASPS Breast surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

141. "Overview of Transgender Breast Surgery," ASPS Breast surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

142. "VTE Chemoprophylaxis in Cosmetic Breast and Body Surgery: Science or Myth", ASPS Breast surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

143. "Gender Confirmation Surgery," Gender Program, Lurie Childrens', Parent Group, September 20, 201, 467 W. Deming, Chicago, Il

144.   "Gender Confirmation Surgery," The American Society of Plastic Surgeons Expo, September 24, 2016, Los Angeles, CA

145.   Transgender Surgery, Management of the Transgender Patient, Female to Male Surgery, Overview and Phalloplasty, The American College of Surgeons, Clinical Congress 2016 October 16-20,2016 Washington, DC

146.   "Gender Confirmation Surgery," The Department of Anesthesia, The University of Illinois at Chicago, November 9, 2016

147.   "Gender Confirmation Surgery," The Division of Plastic Surgery, The University of Illinois at Chicago, December 14, 2016

148.   "Gender Confirmation Surgery,"  Nursing Education, The University of Illinois at Chicago, January 10, 2017

149.   "F2M-Radial Forearm Total Phalloplasty:  Plastic Surgeon's Point of View," The European Association of Urologists, Meeting of the EAU Section of Genito-Urinary Reconstructive Surgeons (ESGURS), London, United Kingdom, March 23-26, 2017

150.   "Gender Confirmation Surgery," Grand Rounds, The Department of Surgery, The University of North Carolina, March 29, 2017.

151.   "Transgender Facial Surgery," *The Aesthetic Meeting 2017 – 50 Years of Aesthetics* - in San Diego, California April 27– May 2, 2017.

152.   "Gender Confirmation Surgery:  A New Surgical Frontier," 15th Annual Morristown Surgical Symposium Gender and Surgery, Morristown, NJ, May 5, 2017.

153.   "Gender Confirmation Surgery:  A New Surgical Frontier," Dept. of Obstetrics and Gynecology, The Medical College of Wisconsin, May 24, 2017

154.   "Gender Confirmation Surgery:  A New Surgical Frontier," Dept. of Obstetrics and Gynecology, Howard Brown Health Center, August 8, 2017

155.   "Current State of the Art:  Gynecomastia," ASPS Breast Surgery and Body Contouring Symposium, San Diego, CA, August 10-12, 2017

156.   "Gender Confirmation Surgery-An Overview," ASPS Breast Surgery and Body Contouring Symposium, San Diego, CA, August 10-12, 2017

157.   "Gender Confirmation Surgery,"  Grand Rounds, Dept. of Obstetrics and Gynecology, The University of Chicago, August 25, 2017

158. "Gender Confirmation Surgery,"  Wake Forest School of Medicine, Transgender Health Conference, Winston-Salem, NC, September 28-29, 2017

159.   "Phalloplasty," Brazilian Professional Association for Transgender Health, Teatro Marcos Lindenberg, Universidade Federal de São Paulo (Unifesp), November 1-4, 2017

160.  "Gender Confirmation Surgery," Brazlian Professional Association for Transgender Health/WPATH Session, Teatro Marcos Lindenberg, Universidade Federal de São Paulo (Unifesp), November 1-4, 2017

161.  "Gender Confirmation Surgery," The Division of Plastic Surgery, The University of Illinois at Chicago, December 13, 2017, Chicago, Il

162.  "Gender Confirmation Surgery," Gender and Sex Development Program, Ann and Robert H. Lurie Children's Hospital of Chicago, December 18, 2017, Chicago, Il

163.  "Transgender Breast Augmentation," 34th Annual Atlanta Breast Surgery Symposium, January 19-21, 2018, Atlanta, GA

164.  "Top Surgery:  Transmasculine Chest Contouring," 34th Annual Atlanta Breast Surgery Symposium, January 19-21, 2018, Atlanta, GA

165.  "Gender Confirmation Surgery," The 17th International Congress of Plastic and Reconstructive Surgery in Shanghai, March 18-25, 2018, Shanghai, China

166.  "Gender Confirmation Surgery:  Facial Feminization and Metoidioplasty," 97th Meeting of the American Association of Plastic Surgeons, Reconstructive Symposium, April 7-10, 2018, Seattle, WA

167.  Moderator:  "Gender Confirmation Surgery:  Top Surgery", The Annual Meeting of The American Society of Aesthetic Plastic Surgery, April 26-May 1, 2018, New York, NY

168.  "Gender Confirmation Surgery," Econsult monthly meeting, Dept. of Veterans' Affaris, May 24, 2018

169.  "Gender Confirmation Surgery," Transgender Care Conference: Improving Care Across the Lifespan, Moses Cone Hospital, Greensboro, NC, June 8, 2018

170.  "WPATH State of the Art," 1st Swiss Consensus Meeting on the Standardization of Sex Reassignment Surgery, The University of Basel, August 31, 2018-September 1, 2018
171.  "Facial Feminiztion Surgery:  The New Frontier?" 1st Swiss Consensus Meeting on the Standardization of Sex Reassignment Surgery, The University of Basel, August 31, 2018-September 1, 2018

172.  "Current Techniques and Results in Mastectomies," 1st Swiss Consensus Meeting on the Standardization of Sex Reassignment Surgery, The University of Basel, August 31, 2018-September 1, 2018

173.  "Gender Confirmation Surgery," The University of Chicago, Pritzker School of Medicine, September 7, 2018, Chicago, Il.

174.  The Business End:  Incorporating Gender Confirmation Surgery, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, September 29, 2018, Chicago, Il

175.  Body Contouring in Men, Gynecomastia, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, September 30, 2018, Chicago, Il

176.  Moderator:  Breast Augmentation and Chest Surgery in Gender Diverse Individuals, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, October 1, 2018, Chicago, Il

177.  Moderator:  Aesthetic Surgery of The Male Genitalia, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, October 1, 2018, Chicago, Il

178.  Moderator:  Gender Confirmation Surgeries:  The Standards of Care and Development of Gender Identity, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, October 1, 2018, Chicago, Il

179.  The Center for Gender Confirmation Surgery Lecture Series, "Introduction to Gender Confirmation Surgery," Weiss Memorial Hospital, October 17, 2018, Chicago, Il

180.  Institute 3: Gender Dysphoria Across Development: Multidisciplinary Perspectives on the Evidence, Ethics, and Efficacy of Gender Transition, Gender Confirming Care in Adolescence:  Evidence, Timing, Options, and Outcomes,  The American Academy of Child and Adolescent Psychiatry, 65th Annual Meeting, October 22-27, 2018, Seattle, WA

181.  Gender Confirmation Surgery, Combined Endocrine Grand Rounds, The University of Illinois at Chicago, Rush University, Cook County Hospital, January 8, 2019

182.  Gender Confirmation Surgery:  An Update, Division of Plastic Surgery, The University of Illinois at Chicago, January 23, 2019

183.  Gender Confirmation Surgery from Top to Bottom:  A 20 Year Experience, Grand Rounds, The Department of Surgery, Ochsner Health System, January 30, 2019, New Orleans, LA

184.  Master Series of Microsurgery:  Battle of the Masters
One Reconstructive Problem – Two Masters with Two Different Approaches, Gender Affirmation, Male-to-Female Vaginoplasty:  Intestinal Vaginoplasty, The American Society for Reconstructive Microsurgery, Palm Desert, California, February 2, 2019

185.  Gender Confirmation Surgery:  From Top to Bottom, The University of Toronto, Toronto, Canada, February 21, 2019

186.  Gender Confirmation Surgery:  Where are We, The University of Toronto, Toronto, Canada, February 21, 2019

187.  Professors' Rounds:  Gender Confirmation Surgery:  A Twenty Year Experience, Princess Margaret Hospital, Toronto, Canada, February 22, 2019

188.  A 3 Step Approach to Lower Extremity Trauma, Plastic Surgery at The Red Sea, Eilat, Israel, March 6-9, 2019.

189.  Gender Surgery:  Where are We Now?, Plastic Surgery at The Red Sea, Eilat, Israel, March 6-9, 2019.

190.  Gender Confirmation Surgery, A Single Surgeon's 20 Year Experience, Plastic Surgery at The Red Sea, Eilat, Israel, March 6-9, 2019.

191.  Gender Confirmation Surgery:  Where We Have Been and Where We Are Going, Grand Rounds, The University of Chicago, Section of Plastic Surgery, March 13, 2019

192.  Gender Confirmation Surgery:  From Top To Bottom, Resident Core Curriculum Conference, The University of Chicago, Section of Plastic Surgery, March 13, 2019.

193.  "Gender Confirmation Surgery," WPATH/AMSA Medical School Trans Health Elective, Webinar, March 13, 2019

194.  Robotic Vaginoplasty:  An Alternative to Penile Inversion Vaginoplasty in Cases of Insufficient Skin, Vaginal Stenosis, and Rectovaginal Fistula. The European Professional Association for Transgender Health, April 9-13, Rome, Italy

195.  Current State of Gender-Affirming Surgery in the US and Beyond, Gender-affirming genital surgery presented by the American Urologic Association in collaboration with the Society for Genitourinary Reconstructive Surgeons (GURS), May 2, 2019, Chicago, Il

196.  Surgical Training-How Can I get it, The Aesthetic Meeting 2019, New Orleans, LA, May 20, 2019

197.  What is the Standard of Care in This New Frontier, The Aesthetic Meeting 2019, New Orleans, LA, May 20, 2019

198. The 20th Annual Chicago Orthopedic Symposium, August 15-18, 2019, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

199. Gender Confirmation Sugery, The Potocsnak Family Division of Adolescent and Young Adult Medicine, Ann & Robert H. Lurie Children's Hospital of Chicago, August 19, 2019

200.  Anatomy, Embryology, and Surgery, The University of Chicago, First Year Medical Student Anatomy Lecture, September 9, 2019, The University of Chicago, Chicago, Il.

201.  Gender Confirmation Surgery, Howard Brown Health Center Gender Affirming Learning Series, September 13, 2019, Chicago, Il.

202.  Moderator, Patient Selection in Gender Affirming Survey Surgery, 88th Annual Meeting of The American Society of Plastic Surgeons, September 20-23, 2019, San Diego, CA

203.   Breast Augmentation in Transwomen: Optimizing Aesthetics and Avoiding Revisions, 88th Annual Meeting of The American Society of Plastic Surgeons, September 20-23, 2019, San Diego, CA

204.   Breast Reconstruction, State of the Art, NYU-Langone Health, NYU School of Medicine, Standards of Care and Insurance Coverage, Saturday, November 23, 2019, New York, NY.

205.   ASRM Masters Series in Microsurgery:  Think Big, Act Small:  The Building Blocks for Success, "Building a Microsurgery Private Practice from the Ground Up", 2020 ASRM Annual Meeting, Ft. Lauderdale, Florida, January 10-14, 2020

206.   ASPS/ASRM Combined Panel II:  Gender Affirmation Surgery: Reconstruction Challenges of Function and Sensation, 2020 ASRM Annual Meeting, Ft. Lauderdale, Florida, January 10-14, 2020

207.   Rush University Medical Center, Division of Urology, Grand Rounds, "Gender Confirmation Surgery:  A Single Surgeon's Experience," January 22, 2020

208.   Rush University Medical Center, Department of General Surgery, Grand Rounds, "Gender Confirmation Surgery:  A Single Surgeon's Experience," February 5, 2020.

209.   WPATH/AMSA (American Medical Association) Gender Scholar Course, Webinar, March 11, 2020

210.   Rush University Medical Center, Division of Plastic Surgery, Weekly Presentation, Gender Confirmation Surgery:  Can a Surgeon Provide Informed Consent?, April 29, 2020

211.   Legal Issues Faced by the Transgender Community, ISBA Standing Committee on Women and The Law and the ISBA Standing Committee on Sexual Orientation and Gender Identity, Co-Sponsored by the National Association of Women Judges District 8, Live Webinar, May 28, 2020

212.   Principles of Transgender Surgery, National Association of Women's Judges, District 8, Webinar, June 4, 2020

213.   Gender-Affirming Surgery, National Association of Women's Judges, District 8, Webinar, July 8, 2020

214.   Gender-Affirming Surgery, The University of Chicago, Pritzker School of Medicine, 1st year Anatomy, September 15, 2020

215.   Gender-Affirming Surgery, Rush University Medical School, 2nd year Genitourinary Anatomy, September 16, 2020.

216.   Surgical Management of the Transgender Patient, Rosalind Franklin University, The Chicago Medical School, Plastic Surgery Interest Group, October 7, 2020

217.   Breast Augmentation in Transgender Individuals, The American Society of Plastic Surgeons Spring Meeting, March 20, 2021

218.   International Continence Society Institute of Physiotherapy Podcast 5-Pelvic Floor Most Common Disorders and Transgender Patients (recorded April 30, 2021)

219.   The American Association of Plastic Surgeons Annual Meeting, Reconstructive Symposium, Gender Affirmation Panel, Complications of GCS, Miami, FL, May 15, 2021 (presented virtually)

220.   Gender Confirmation Surgery, Grand Rounds, Rush University, Section of Urology, June 8, 2021.

221.   Genitourinary introduction lecture, M2, Rush University School of Medicine, September 2, 2021 (by Zoom)

222.   Demystifing Gender:  Fostering Gender Friendly Healthcare, Gender Affirmative Care in Adults, Querencia (lady hardinge medical college, WHO Collaborating Center for Adolescent Health, Dept of Paediatrics, JSCH & LHMC, New Delhi, WPATH September 5, 2021 (by zoom)

223.   Gender Confirmation Surgery, The University of Chicago Pritzker School of Medicine, MS-1, Anatomy lecture, September, 14, 2021, Chicago Il.

224.   Gender Confirmation Surgery, A Single Surgeon's 22 Year Experience: Where are We Now?, Research Seminar, Section of Endocrinology, The University of Chicago, Chicago, Il, October 4, 2021 (by Zoom)
225.   Chest Surgery, The Illinois Dept. of Corrections (by zoom), October 13, 2021.

226.   Vaginoplasty, The Illinois Dept. of Corrections (by zoom), October 15, 2021.

227.   International Continence Society, 20th Physioforum, Pelvic Floor Physical Therapy and Gender-Affirming Surgery, October 16, 2021, Melbourne, Australia (by Zoom)

228.   Rush University Division of Plastic Surgery, Gender Affirmation Surgery:  Where Are We Now?, educational conference, November 23, 2021, Chicago, Il

229.   51 Congreso Argentino de Cirugia Plastica, Microsurgery Symposium, SACPER-FILACP, 3 Step Approach to Lower Extremity Trauma, November 29, 2021, Mar del Plata, Argentina

230.   51 Congreso Argentino de Cirugia Plastica, Genital Aesthetics and Gender Confirmation Surgery I, "Gestión Quirúrgica de la Disforia de Género: Descripción general del manejo quirúrgico y los estándares de atención," December 1, 2021, Mar del Plata, Argentina

231.   51 Congreso Argentino de Cirugia Plastica, Genital Aesthetics and Gender Confirmation Surgery II, Cirugía Genital Masculinizante (Metoidioplastia y Faloplastia), December 2, 2021, Mar del Plata, Argentina

232.   51 Congreso Argentino de Cirugia Plastica, Genital Aesthetics and Gender Confirmation Surgery III, Faloplastia: optimización de resultados y reducción de complicaciones, December 2, 2021, Mar del Plata, Argentina

233.   Government of India, Ministry of Health and Welfare, National AIDS Control Organization, Meeting with AIIMS on Gender Affirmation Care (GAC) Clinic Pilot Intervention, December 21,2021, New Delhi (virtual)

234.   Affirming Care for Gender Diverse Patients, Rosalind Franklin University, January 5, 2022, North Chicago, Il (Virtual by Zoom)

235.   Sub-Unit Transplantation, Penile Transplant, WSRM/ASRT Mini-Symposium VCA Transplant, World Society for Reconstructive Microsurgery/American Society for Reconstructive Transplantation/American Society for Reconstructive Microsurgery Annual Meeting, January 14, 2022, Carlsbad, CA

236.   Strategies for Penile Transplantation, American Society for Reconstructive Microsurgery, Annual Meeting, January 16, 2022, Carlsbad, CA

237.   ASRM/WSRM/ASRT Battle of the Frontiers: To Transplant or Not? Conventional Reconstruction (Phalloplasty), American Society for Reconstructive Microsurgery, Annual Meeting, January 16, 2022, Carlsbad, CA

238.   Strategies for Penile Innervation, American Society for Gender Surgeons, Annual Meeting, January 18, 2022, Carlsbad, CA

239.   Pathway To Informed Consent: Vaginoplasty, Illinois Dept. of Corrections (virtual), February 10, 2022

240.   Gender Confirmation Surgery From Top to Bottom: A Single Surgeon's 22 Year Experience, Where are We Now, Grand Rounds (virtual), Department of Plastic Surgery, University of South Florida, February 14, 2022

241.   Vaginoplasty: Dissection of the vaginal canal and selection of technique, International Confederation of Plastic Surgery Societies (ICOPLAST), First World Congress, Lima Peru May 19-21, 2022 (President of the session: Genital/Transgender Session 1)

242. Phalloplasty: Strategies to reduce complications and optimize outcomes, International Confederation of Plastic Surgery Societies (ICOPLAST), First World Congress, Lima Peru May 19-21, 2022

243.   Chest Surgery in Transgender Men, International Confederation of Plastic Surgery Societies (ICOPLAST), First World Congress, Lima Peru May 19-21, 2022

244. Gender-Affirming Surgery: A 23 Year Experience Where are we now, 65th Annual Scientific Meeting, Southeastern Society of Plastic and Reconstructive Surgeons (Finding The Solutions Now and The Future), Orlando, Fl, June 11-15, 2022

245.  Top Tips for Safety:  The Culture of Safety, 65th Annual Scientific Meeting, Southeastern Society of Plastic and Reconstructive Surgeons (Finding The Solutions Now and The Future), Orlando, Fl, June 11-15, 2022

246.  Uterine Transplantation, GAPS (Ghent Academy of Plastic Surgery) 2022: Bridging the Gap Between Reconstructive and Aesthetic Surgery, June 17-18, 2022, Ghent, Belgium

247. In Honor of Professor Stan Monstrey, GAPS (Ghent Academy of Plastic Surgery) 2022:  Bridging the Gap Between Reconstructive and Aesthetic Surgery, June 17-18, 2022 Ghent, Belgium

248. "TRANS" Grand Rounds Panel Discussion (panel discussants:  Loren S. Schechter, MD, Michaela West, MD, PhD, Courtney Cripps, MD, Ervin Kocjancic, MD), University of Chicago, Department of Surgery, July 6, 2022, Chicago, Il

249.  Gender Affirming Surgery, Grand Rounds, July 12, 2022, Department of Urology, Rush University Medical Center, Chicago, Il

250.  Gender Affirming Surgery, Gender Affirmation Lecture Series, Rush University Medical Center, July 15, 2022, Chicago, Il

251.  Anatomy of A Lawsuit, Rush PRS Weekly Didactic Conference, Rush University Medical Center, Plastic and Reconstructive Surgery, July 20, 2022, Chicago, Il

252.  Gender Affirmation Surgery:  Where are We Now?  The University of Chicago, Section of Plastic Surgery, Grand Rounds, August 10, 2022, Chicago, Il

253.  Thriving in Sexual & Gender Diversity, The Transgender Patient, August 10, Virtual CME Event (broadcast from Dr. Shino Bay Aguilera's office in Miami, Fl)

254.  Gender Affirming Medical and Surgical Therapies, Illinois College of Emergency Physicians Webinar, August 17, 2022

255.  Gender Affirming Surgery Panel, Liebert Publishing, Webinar, August 26, 2022, Moderator:  Jeffrey Spiegel, MD

256.  Gender Confirmation Surgery, The University of Chicago Pritzker School of Medicine, MS-1, Anatomy lecture, September, 14, 2022, Chicago Il

257.  Gender Affirmation Surgery:  Where We Have Been and Where We are Going:  GURS-WPATH Invited Lecture, Society of Genitourinary Reconstructive Surgeons, Academic Congress, Montreal, Canada, September 15, 2022

258. Phalloplasty:  Optimizing Outcomes and Reducing Complications, North Carolina Society of Plastic Surgeons 2022 Annual Scientific Meeting, Pinehurst, North Carolina, October 7-9, 2022

259. Special Guest Lecture:  Gender Affirmation Surgery:  Where We've Been and Where We're Going, North Carolina Society of Plastic Surgeons 2022 Annual Scientific Meeting, Pinehurst, North Carolina, October 7-9, 2022

260. Diversity in Practice, North Carolina Society of Plastic Surgeons 2022 Annual Scientific Meeting, Pinehurst, North Carolina, October 7-9, 2022

261.  Gender Affirming Surgery, Fenway/HMS Advances in Transgender Care, October 15, 2022

262.  Genitourinary introduction lecture, M2, Rush University School of Medicine, October 26, 2022, Chicago, Il

263.  Optimizing Aesthetics and Sensation in Vaginoplasty and Phalloplasty, The American Society of Plastic Surgeons 91st Annual Meeting (PSTM), Boston, MA, October 30, 2022

264.  Gender-Affirming Surgery:  From Top to Bottom, The Rush University Medical Center Departments of Emergency Medicine and Internal Medicine for the Emergency Medicine Grand Rounds Lecture, Chicago, Il, November 16, 2022

265.  Dueling Perspectives in Transgender Surgery, New York Regional Society of Plastic Surgeons, New York, New York, November 19, 2022

266.  Gender-Affirming Surgery:  From Top to Bottom, Rush University Medical Center Department of Anesthesia Grand Rounds, November 30, 2022, Chicago, Il.

267.  Gender-Affirming Surgery:  Where We Have Been and Where We are Going, Mass General Brigham Center For Transgender Health, Grand Rounds, December 13, 2022 Boston, MA (lecture delivered virtually)

268.  An Intro to Providing Gender Affirming Care to Gender Diverse Patients, Rosalind Franklin University, Chicago Medical School, December 21, 2022, North Chicago, Il (virtual by Zoom)

269.  Surgical Techniques and Outcomes in Penile Reconstruction, WSRM/ ASRT Symposium on VCA in the Transgender Patient, Annual Meeting of The American Society for Reconstructive Microsurgery, January 20, 2023, Aventura, Fl

270.  Argument for Transgender Transplantation, WSRM/ ASRT Symposium on VCA in the Transgender Patient, Annual Meeting of The American Society for Reconstructive Microsurgery, January 20, 2023, Aventura, Fl

271.  Moderator:  Gender Surgery Symposium, Society of Gender Surgeons, January 24, 2023, Aventura, Fl

272.  Trans female top surgery, 38th Annual Atlanta Breast Surgery Symposium, January 27-29-2023, Atlanta, GA

273.  Trans male top surgery, 38th Annual Atlanta Breast Surgery Symposium, January 27-29-2023, Atlanta, GA

274.  Top Surgery for Transgender Women, What Implant I use and Why, American Society of Plastic Surgeons Spring Meeting, March 4, 2023 (virtual)

275.  Over The Top Surgery, The Aesthetic Meeting 2023, The American Society of Aesthetic Plastic Surgery, Miami Beach, Fl, April 22, 2023

276.  Panel:  Gender Affirming Surgery:  Beyond the Knife, The American Association of Plastic Surgeons 101st Annual Meeting, April 29-May 2, 2023, Chicago, Il

277.  SOC 8 Panel-What's New and How We Use It:  3rd Live Surgery Conference for Gender Affirmation Procedures presented by MT. Sinai and WPATH May 11-13, 2023, New York, New York

278.  Meet the Professor, Long Term Outcomes After Gender Affirming Surgeries, Endo 2023, The Annual Meeting of The Endocrine Society, June 15-18, 2023, Chicago, IL

279.  Gender-Affirming Surgery, Forensic Friday, Populations with Unique Needs, The Illinois Association of Forensic Nurses, June 16, 2023, Chicago, Il

280.  Gender Affirmation Surgery, Galilee Medical Center, Nahariya, Israel, July 5, 2023

281.  Gender Affirmation Surgery, Grand Rounds, Department of Obstetrics and Gynecology, Rabin Medical Center, Tel Aviv, Israel, July 6, 2023

282.  Gender Affirmation Surgery:  Where We've Been and Where We're Going, Midwestern Association of Plastic Surgeons (MAPS), Safety in Gender Affirmation Surgery Session, Grand Geneva Resort, Lake Geneva, Wisconsin, July 15, 2023

283.  Revision Vaginoplasty, Rush Gender Affirmation Surgery Didactic Conference, Friday, July 28, 2023

284.  Gender Affirming Surgery, Carolina Society of Endocrinologists, August 18-20, 2023, Asheville, North Carolina

285.  Gender Affirming Surgery, The University of Chicago, Pritzker School of Medicine, Dept. of Anatomy, September 6, 2023, Chicago, Il

286.  4th International Congress of The International Society of Uterine Transplantation, "Uterus Transplantation:  The Next Generation," Uterus Transplantation in Transgender Women, September 11, 2023, Birmingham, Alabama

287.  "Uterine Transplantation," Rush Gender Didactic Lecture Series, Rush University Medical Center, September 22, 2023, Chicago, Il

288.  "Plastic Surgery:  from biology to bedside," Rush University, Division of Plastic Surgery, Grand Rounds, October 18, 2023, Chicago, IL

289.  "Gender Affirmation Surgery:  where we've been and where we're going," The Houston Society of Plastic Surgeons, October 19, 2023, Houston, Tx

290.  "Introduction to Gender Affirmation Surgery," Rush University School of Medicine, MS-2, October 25, 2023, Chicago, Il

291. Faloplastia (Phalloplasty), 1° Congreso Argentino de Salud Transgénero (CAST), November 9, 2023, Buenos Aires, Argentina.

292. Gender Affirmation Surgery, IPATHCON 2023, November 29-30, 2023, New Delhi, India (presented virtually by recording)

293. Gender Affirmation-State of the Art, 16th Congress of the International Society of Vascularized Composite Allotransplantation, December 1-2, Los Angeles, CA

294. VCA for Gender Affirmation, 16th Congress of the International Society of Vascularized Composite Allotransplantation, December 1-2, Los Angeles, CA

295. Gender Affirming Surgery:  Where We've Been and Where We're Going, Grand Rounds, The Division of Endocrinology, The University of Illinois at Chicago, December 19, 2023, Chicago, Il

296. Gender Affirmation Surgery, Rosalind Franklin University of Medicine and Science (by Zoom), December 20, 2023, North Chicago, Il

297. Gender Affirmation Surgery, Transgender Health Training, Callen Lorde, NY, NY February 12, 2024 (by zoom)

298. Avoiding and Treating Implant Malposition, The American Society of Plastic Surgeons, Spring Meeting, March 2, 2024 (virtual)

299. Chest and Breast Surgery, 62nd Annual MAPS Scientific Meeting, Chicago, Il, May 10-11, 2024

300. Vaginoplasty, Howard Brown Health Center, Grand Rounds, May 21, 2024, Chicago, Il (virtual, by Zoom)

301. Chest Surgery, Metoidioplasty, Phalloplasty, Howard Brown Health Center, Grand Rounds, May 28, 2024, Chicago, Il (virtual, by Zoom)

302. Variations in Sex Traits and Surgery: Consensus and Controversy International Conference Beyond Binaries: Intersex Body Politics in Premodern Islamic Legal, Medical, and Literary Discourses Utrecht University Department of Philosophy and Religious Studies Sweelinckzaal Drift 21, room 0.05 Wednesday 26 June 2024

# Exhibit B

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

# References

1.   Cori A. Agarwal et al., *Quality of Life Improvement After Chest Wall Masculinization in Female-To-Male Transgender Patients: A Prospective Study Using the BREAST-Q and Body Uneasiness Test*, 71 Journal of Plastic, Reconstructive & Aesthetic Surgery 651-657 (2018).

2.   American Psychiatric Association, Diagnostic and Statistical Manual of Mental Disorders (DSM-5). Washington, DC (2013).

3.   M.G. Berry et al., *Female-To-Male Transgender Chest Reconstruction: A Large Consecutive, Single-Surgeon Experience*, 65 Journal of Plastic, Reconstructive & Aesthetic Surgery 711-719 (2012).

4.   Centers for Medicare & Medicaid Services, Decision Memo for Gender Dysphoria and Gender Reassignment Surgery (CAG-00446N) (2016).

5.   Michael L. Conforti et al., *Evaluation of Performance Characteristics of the Medicinal Leech (Hirudo medicinalis) for the Treatment of Venous Congestion*, 109 Plastic and Reconstructive Surgery 228-235 (2001).

6.   Melissa A. Crosby et al., *Outcomes of Partial Vaginal Reconstruction with Pedicled Flaps following Oncologic Resection*, 127 Plastic and Reconstructive Surgery 663-669 (2011).

7.   Nicholas G. Cuccolo et al., *Epidemiologic Characteristics and Postoperative Complications following Augmentation Mammaplasty: Comparison of Transgender and Cisgender Females*, 7 Plastic and Reconstructive Surgery – Global Open e2461 (2019).

8.   Bruce L. Cunningham et al., *Analysis of Breast Reduction Complications Derived from the BRAVO Study*, 115 Plastic and Reconstructive Surgery 1597-1604 (2005).

9.   Cecilia Dhejne et al., *Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden*, 6 PloS ONE e16885 (2011).

10.  Violante Di Donato et al., *Vulvovaginal Reconstruction After Radical Excision From Treatment of Vulvar Cancer: Evaluation of Feasibility and Morbidity of Different Surgical Techniques*, 26 Surgical Oncology 511-521 (2017).

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

11.     Miroslav L. Djordjevic et al., *Reversal Surgery in Regretful Male-to-Female Transsexuals After Sex Reassignment Surgery*, 13 The Journal of Sexual Medicine 1000-1007 (2016).

12.     *Evidence-based Clinical Practice Guideline: Reduction Mammaplasty*, American Society of Plastic Surgeons.

13.     Michael Fleming, Carol Steinman & Gene Bocknek, *Methodological Problems in Assessing Sex-Reassignment Surgery: A Reply to Meyer and Reter*, 9 Archives of Sexual Behavior 451-456 (1980).

14.     Thomas W. Gaither et al., *Postoperative Complications following Primary Penile Inversion Vaginoplasty among 330 Male-to-Female Transgender Patients*, 199 Journal of Urology 760-765 (2018).

15.     Charles Galanis et al., *Microvascular Lifeboats: A Stepwise Approach to Intraoperative Venous Congestion in DIEP Flap Breast Reconstruction*, 134 Plastic and Reconstructive Surgery 20-27 (2014).

16.     *Good Practice Guidelines for the Assessment and Treatment of Adults with Gender Dysphoria*, Royal College of Psychiatrists 1-59 (2013).

17.     Miriam Hadj-Moussa et al., *Feminizing Genital Gender-Confirmation Surgery*, 6 Sexual Medicine Reviews 457-468.e2 (2018).

18.     Phillip C. Haeck et al., *Evidence-Based Patient Safety Advisory: Patient Selection and Procedures in Ambulatory Surgery*, 124 Plastic and Reconstructive Surgery 6S-27S (2009).

19.     Lene Nyhøj Heidemann et al., *Complications following Nipple-Sparing Mastectomy and Immediate Acellular Dermal Matrix Implant-based Breast Reconstruction—A Systematic Review and Meta-analysis*, 6 Plastic and Reconstructive Surgery – Global Open e1625 (2018).

20.     Wylie C Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline*, 102 The Journal of Clinical Endocrinology & Metabolism 3869-3903 (2017).

21.     C. Herlin et al., *Leech Therapy In Flap Salvage: Systematic Review and Practical Recommendations*, 62 Annales de Chirurgie Plastique Esthétique e1-e13 (2017).

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

22.    Jochen Hess et al., *Satisfaction With Male-to-Female Gender Reassignment Surgery*, Deutsches Aerzteblatt Online (2014).

23.    Rayisa Hontscharuk et al., *Penile Inversion Vaginoplasty Outcomes: Complications and Satisfaction*, Andrology (2021). Doi: 10.1111/andr.13030. Epub ahead of print. PMID: 33955679.

24.    Rayisa Hontscharuk et al., *Perioperative Transgender Hormone Management: Avoiding Venous Thromboembolism and Other Complications*, 147 Plastic & Reconstructive Surgery 1008-1017 (2021). Doi: 10.1097/PRS.0000000000007786. PMID: 33776045.

25.    Sophie E.R. Horbach et al., *Outcome of Vaginoplasty in Male-to-Female Transgenders: A Systematic Review of Surgical Techniques*, 12 The Journal of Sexual Medicine 1499-1512 (2015).

26.    Alireza Hamidian Jahromi et al., *An Updated Overview of Gender Dysphoria and Gender Affirmation Surgery: What Every Plastic Surgeon Should Know*, World Journal of Surgery (2021). Doi: 10.1007/s00268-021-06084-6. Epub ahead of print. PMID: 33796924.

27.    Alireza Hamidian Jahromi et al., *Review of Telemedicine in Transgender Care: A Twenty-First–Century Beckoning*, by Malke Asaad et al., 147 Plastic and Reconstructive Surgery 898e-899e (2021).

28.    Isabelle F. P. M. Kappen et al., *Quality of Life and Patient Satisfaction in Adults Treated for a Cleft Lip and Palate: A Qualitative Analysis*, 56 The Cleft Palate-Craniofacial Journal 1171-1180 (2019).

29.    Megan Lane et al., *Trends in Gender-Affirming Surgery in Insured Patients in the United States*, 6 Plastic and Reconstructive Surgery – Global Open e1738 (2018).

30.    Ricardo Lara, California Insurance Commissioner, "Enactment of Senate Bill 855 – Submission of Health Insurance Policies for Compliance Review" (2020), http://www.insurance.ca.gov/0250-insurers/0300-insurers/0200-bulletins/bulletin-notices-commiss-opinion/upload/Notice-to-Health-Insurers-re-Requirements-of-Senate-Bill-855.pdf.

31.    Z-Hye Lee et al., *Quantifying Outcomes for Leech Therapy in Digit Revascularization and Replantation*, 44 Journal of Hand Surgery (European Volume) 414-418 (2019).

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

32.    Albert Leriche et al., *Long-term Outcome of Forearm Flee-Flap Phalloplasty in the Treatment of Transsexualism*, 101 BJU International 1297-1300 (2008).

33.    Sheera F Lerman et al., *Suicidality After Burn Injuries: A Systematic Review*, 42 Journal of Burn Care & Research 357-364 (2021).

34.    Oscar J. Manrique et al., *Complications and Patient-Reported Outcomes in Male-to-Female Vaginoplasty—Where We Are Today*, 80 Annals of Plastic Surgery 684-691 (2018).

35.    Adrian McArdle et al., *Vaginal Reconstruction Following Radical Surgery for Colorectal Malignancies: A Systematic Review of the Literature*, 19 Annals of Surgical Oncology 3933-3942 (2012).

36.    Travis J. Miller et al., *Breast Augmentation in Male-to-Female Transgender Patients: Technical Considerations and Outcomes*, 21 JPRAS Open 63-74 (2019).

37.    Leslie L. Montgomery et al., *Issues of Regret in Women With Contralateral Prophylactic Mastectomies*, 6 Annals of Surgical Oncology 546-552 (1999).

38.    Shane D. Morrison et al., *Phalloplasty: A Review of Techniques and Outcomes*, 138 Plastic and Reconstructive Surgery 594-615 (2016).

39.    Sasha Karan Narayan et al., *Guiding the Conversation—Types of Regret After Gender-Affirming Surgery and Their Associated Etiologies*, 9 Annals of Translational Medicine 605-616 (2021).

40.    Emily Newfield et al., *Female-to-Male Transgender Quality of Life*, 15 Quality of Life Research 1447-1457 (2006).

41.    Dennis P. Orgill, Review of *Medicinal Leech Therapy*, by Andreas Michalsen et al., 120 Plastic and Reconstructive Surgery 808 (2007).

42.    William V. Padula et al., *Societal Implications of Health Insurance Coverage for Medically Necessary Services in the U.S. Transgender Population: A Cost-Effectiveness Analysis*, 31 Journal of General Internal Medicine 394-401 (2015).

43.    Nikolaos A. Papadopulos et al., *Male-to-Female Sex Reassignment Surgery Using the Combined Technique Leads to Increased Quality of Life in a Prospective Study*, 140 Plastic and Reconstructive Surgery 286-294 (2017).

44.    Ara A. Salibian et al., *Vaginal Canal Reconstruction in Penile Inversion*

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

*Vaginoplasty with Flaps, Peritoneum, or Skin Grafts: Where Is the Evidence?*, 147 Plastic & Reconstructive Surgery 634e-643e (2021).

45.  Agnes Gereben Schaefer et al., *The Implications of Allowing Transgender Personnel to Serve Openly in the U.S. Military*. Santa Monica, CA: RAND Corporation (2016).

46.  Loren S. Schechter, *Discussion: Quantifying the Psychosocial Benefits of Masculinizing Mastectomy in Trans Male Patients with Patient-Reported Outcomes: The University of California, San Francisco, Gender Quality of Life Survey*, 147 Plastic & Reconstructive Surgery 741e-742e (2021).

47.  Loren S. Schechter, *Surgical Management of the Transgender Patient*, Surgical Therapy,17–24 (2016)

48.  Loren S. Schechter, *The Surgeon's Relationship with the Physician Prescribing Hormones and the Mental Health Professional: Review for Version 7 of the World Professional Association for Transgender Health's Standards of Care*, 11 International Journal of Transgenderism 222-225 (2009).

49.  Loren S. Schechter et. al., *Uterine Transplantation and Donation in Transgender Individuals; Proof of Concept*, International Journal of Transgender Health 1-11 (2021).

50.  Science AMA Series: I'm Cecilia Dhejne a fellow of the European Committee of Sexual Medicine, from the Karolinska University Hospital in Sweden. I'm here to talk about transgender health, suicide rates, and my often misinterpreted study. Ask me anything!, Reddit.com, July 27, 2017 05:14, 30T https://www.reddit.com/r/science/comments/6q3e8v/science_ama_series_im_c ecilia_dhejne_a_fellow_of30T.

51.  Iris Seitz et al., *Successful Tongue Replantation Following Segmental Autoamputation Using Supermicrosurgical Technique*, 02 Journal of Reconstructive Microsurgery Open e132-e135 (2017).

52.  Rikke Kildevæld Simonsen et al., *Long-term follow-up of individuals undergoing sex reassignment surgery: Psychiatric morbidity and mortality*, 70 Nordic Journal of Psychiatry 241-247 (2016).

53.  Elizabeth M. Swisher et al., *Prophylactic Oophorectomy and Ovarian Cancer Surveillance*, 46 The Journal of Reproductive Medicine 87-94 (2001).

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

54.   U.S. Dep't of Health & Human Servs., Departmental Appeals Bd., Appellate Division NCD 140.3, Docket No. A-13-87, Decision No. 2576 (May 30, 2014).

55.   Tim C. van de Grift et al., *Body Image in Transmen: Multidimensional Measurement and the Effects of Mastectomy*, 13 The Journal of Sexual Medicine 1778-1786 (2016).

56.   H. P. Versteegh et al., *Postoperative Complications After Reconstructive Surgery for Cloacal Malformations: A Systematic Review*, 19 Techniques in Coloproctology 201-207 (2015).

57.   *What does the scholarly research say about the effect of gender transition on transgender well-being?* What We Know (2021), https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/.

58.   Romain Weigert et al., *Patient Satisfaction with Breasts and Psychosocial, Sexual, and Physical Well-Being after Breast Augmentation in Male-to-Female Transsexuals*, 132 Plastic and Reconstructive Surgery 1421-1429 (2013).

59.   Aaron L. Wiegmann et al., *The Affordable Care Act and Its Impact on Plastic and Gender-Affirmation Surgery*, 147 Plastic & Reconstructive Surgery 135e-153e (2020).

60.   Martin Wiener et al., *A New Approach to an Old Flap: A Technique to Augment Venous Drainage from the Paramedian Forehead Flap*, 143 Journal of the of the American Society of Plastic Surgeons 269-271 (2019).

61.   Chantal M. Wiepjes et al., *The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in Prevalence, Treatment, and Regrets*, 15 The Journal of Sexual Medicine 582-590 (2018).

62.   World Professional Association for Transgender Health, Mission and Vision, https://www.wpath.org/about/mission-and-vision.

63.   World Professional Association for Transgender Health, *Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People*, 7th Ed. (2011).

64.   Toni Zhong et al., *Decision Regret Following Breast Reconstruction: The Role of Self-Efficacy and Satisfaction With Information in the Preoperative Period*, 132 Plastic and Reconstructive Surgery 724e-734e (2013).

Doc ID: 02b6aca243d6aca05980f373526123d72e6954a1

 **Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | MH.SJ.Expert.Dec L Schechter 2024 06 11 ECF |
| **File name** | MH.SJ.Expert.Dec ...024 06 11 ECF.pdf |
| **Document ID** | 02b6aca243d6aca05980f373526123d72e6954a1 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| **SENT** | **06 / 11 / 2024**<br>17:41:48 UTC-5 | Sent for signature to Loren S. Schechter, M.D. (lorenschechter1@gmail.com) from jane@janegordonlaw.com<br>IP: 162.125.47.102 |
| **VIEWED** | **06 / 11 / 2024**<br>20:12:54 UTC-5 | Viewed by Loren S. Schechter, M.D. (lorenschechter1@gmail.com)<br>IP: 144.74.7.47 |
| **SIGNED** | **06 / 11 / 2024**<br>20:16:45 UTC-5 | Signed by Loren S. Schechter, M.D. (lorenschechter1@gmail.com)<br>IP: 144.74.7.47 |
| **COMPLETED** | **06 / 11 / 2024**<br>20:16:45 UTC-5 | The document has been completed. |