Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org

Jane Gordon, ISB # 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 371-4747; Fax: (208) 807-2290
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>ALEX ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>　　　Defendants. | CASE NO. 1:22-CV-409-REP<br><br>DECLARATION OF JOSEPH NEIL RAGAN, MD IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER TO PRESERVE THE STATUS QUO |

　　　Joseph Neil Ragan, MD declares, under penalty of perjury, and states as follows:

　　　1.　　I am over the age of 18 and I am a citizen of the United States. I am a board-certified medical doctor licensed in and practicing in the State of Idaho. I am making this declaration as an Idaho physician, not as a representative of Idaho State University or Health

DECLARATION OF JOSEPH NEIL RAGAN, MD IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER TO PRESERVE THE STATUS QUO – Page 1

West.

2. I am a board-certified family physician who graduated from the University of Arkansas for Medical Sciences and completed an internship and residency training at Naval Regional Medical Center in San Diego, California and Naval Hospital Camp Pendleton in California.

3. I practiced family medicine for the US Navy for 26 years. I then returned to northeast Arkansas where I did emergency medicine and hospital inpatient work for a few years before relocating for family reasons to Lava Hot Springs, Idaho.

4. Since 2013, I have been a staff family physician at the Idaho State University Family Medicine residency and its outpatient clinic that is operated by Health West Community Care Center. There, I treat patients and teach medical residents and other learners in the healthcare professions. I have been providing gender-affirming medical care at this clinic since 2013.

5. Many of my patients rely on Medicaid to cover and reimburse their medical coverage. This includes my patients who receive gender affirming care.

6. My patients who are Medicaid participants have always had Medicaid cover and reimburse for gender affirming hormone treatment.

7. My patients who are Medicaid participants will no longer have Medicaid covering and reimbursing for gender affirming hormone treatment starting July 1, 2024.

8. As a physician who works in a Health West clinic, I received the following email from Mark Horrocks, who is Health West's Chief Medical Officer. The email states that "as of July 1, 2024, Health West will no longer be offering gender affirming or transgender care in any of its locations." The email further stated that: "Medically, gender affirming-related diagnosis

DECLARATION OF JOSEPH NEIL RAGAN, MD IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER TO PRESERVE THE STATUS QUO – Page 2

Doc ID: 650c43d626c74d56a26ddd4ede50d3e69eb20c5c

can be entered in patient charts. But those diagnoses cannot be addressed in any manner that could be construed as offering gender affirming care. Prescriptions and refills of prescriptions cannot carry over past July 1, 2024. This is true for prescription assistance efforts, blood draws, injection services, and related services. This decision was not driven by Health West, but rather in response to certain political forces, including new legislation." A true and correct copy of the email is attached hereto as Exhibit A.

9. Medicaid participants seeking gender affirming care are being involuntarily cut off from prescriptions and their hormone therapy because of HB 668.

10. It is harmful to cut people off from their desired medical treatment.

11. Involuntary discontinuation of cross-sex hormones causes distressing effects. Without the influence of these hormones, the individual who identifies as female will lose her female body characteristics and her body will appear more masculine. An individual who identifies as male will lose his male body characteristics, and his body will appear more feminine. These changes are extremely distressing to a transgender person, both physically and mentally, with associated anxiety, depression, and possible suicidality. These adverse effects impact not only the individual, but also their family and work performance.

12. A small minority of patients on cross-sex hormone therapy choose to discontinue those medications. The majority of patients on cross-sex hormone therapy find these medications beneficial to their mental and physical health. Discontinuing these medications causes the reversal of the masculinizing and feminizing effects, respectively, of these medications, leading to effects that are both rapid (e.g., onset of menstruation in a transgender man) and gradual (e.g., regression of breast growth in a transgender woman).

13. Individuals who have had their natal gonads (ovaries or testes) removed will

DECLARATION OF JOSEPH NEIL RAGAN, MD IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER TO PRESERVE THE STATUS QUO – Page 3

Doc ID: 650c43d626c74d56a26ddd4ede50d3e69eb20c5c

suffer medium and long term serious adverse effects from stopping hormone treatments. These effects include, but are not limited to, osteoporosis, fractures, fatigue, and muscle loss.

14. An individual who is forced to involuntarily discontinue cross-sex hormone treatment suffers mental anguish, anxiety and depression, in addition to distressing body changes.

15. It is against medical standards of care to withhold cross-sex hormone therapy from adult patients who identify as transgender, who are capable of making their own medical decisions, and who have no medical contraindications to the use of these medications.

Dated: 06 / 28 / 2024 .

*Joseph N. Ragan*

JOSEPH NEIL RAGAN, MD

DECLARATION OF JOSEPH NEIL RAGAN, MD IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER TO PRESERVE THE STATUS QUO – Page 4

Doc ID: 650c43d626c74d56a26ddd4ede50d3e69eb20c5c


Mark Horrocks
To: Healthwest All Employees; Residents <Fmed-residents@mm.isu.edu>; Corefac <Fmed-corefac@mm.isu.edu>


Thu 5/9/2024 3:10 PM
😨 1

Hey all,

Various legal and political events have recently transpired governing gender affirming or transgender care, including medical and pharmaceutical care, in Idaho, Utah, and Wyoming. The Health West executive team and legal team have analyzed these changes in relation to the Health West situation, including patient care, the sustainability of services, risks to funding streams, the viability of the organization as a whole, and other factors.

Accordingly, as of July 1, 2024. Health West will no longer be offering gender affirming or transgender care in any of its locations.

Going forward, only licensed behavior health providers may continue with their services.

Medically, gender affirming-related diagnoses can be entered in patient charts. But those diagnoses cannot be addressed in any manner that could be construed as offering gender affirming care. Prescriptions and refills of prescriptions cannot carry over past July 1, 2024. This is true for prescription assistance efforts, blood draws, injection services, and related services.

This decision was not driven by Health West but rather is in response to certain political forces, including new legislation. We recognize the impact of this change and its effects on our community. Health West remains dedicated to delivering the highest quality of care but is limited to providing care within the legal boundaries allowed.

If you have individual questions, please contact us.

Mark T. Horrocks, MD

Chief Medical Officer

Health West Inc.

Phone: (208) 232-7862 Ext 1128

Fax: (208) 232-5320

mhorrocks@healthwestinc.org

 Audit trail

| | |
|---|---|
| Title | TRO Dec Doc NR FINAL |
| File name | TRO Dec Doc NR FINAL.pdf |
| Document ID | 650c43d626c74d56a26ddd4ede50d3e69eb20c5c |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

| | | |
|---|---|---|
| SENT | 06 / 28 / 2024<br>13:55:57 UTC-5 | Sent for signature to Joseph Neil Ragan, MD ░░░░░░░░ from jane@janegordonlaw.com ░░░░░░░░ |
| VIEWED | 06 / 28 / 2024<br>13:57:21 UTC-5 | Viewed by Joseph Neil Ragan, MD (░░░░░░░░ ░░░░░░░░ |
| SIGNED | 06 / 28 / 2024<br>14:06:37 UTC-5 | Signed by Joseph Neil Ragan, MD ░░░░░░░░ ░░░░░░░░ |
| COMPLETED | 06 / 28 / 2024<br>14:06:37 UTC-5 | The document has been completed. |