Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org

Jane Gordon, ISB # 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 371-4747; Fax: (208) 807-2290
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ALEX ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>    Defendants. | CASE NO. 1:22-CV-409-REP<br><br>DECLARATION OF HOWARD BELODOFF IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER TO PRESERVE THE STATUS QUO |

Howard Belodoff declares, under penalty of perjury, and states as follows:

1.      I am counsel of record for the Plaintiffs in the above-entitled matter and have

personal knowledge of the matters set forth herein.

2.      I certify that the Exhibit attached hereto is a true and correct copy of the same.

3.      Attached as Exhibit 1 is a true and correct copy of the transcript of the hearing on

DECLARATION OF HOWARD BELODOFF IN SUPPORT OF MOTION FOR A
TEMPORARY RESTRAINING ORDER TO PRESERVE THE STATUS QUO  – Page 1

Defendants' Motion to Dismiss on May 2, 2023.

DATED: June 28, 2024.

IDAHO LEGAL AID SERVICES, INC.

*/s/ Howard A. Belodoff*

Howard A. Belodoff
Attorney for Plaintiffs

Case 1:22-cv-00409-REP    Document 95-2    Filed 06/28/24    Page 3 of 6
Case 1:22-cv-00409-REP Document 43-96 Filed 07/10/23 Page 4 of 259

1

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

SOUTHERN DIVISION

```
MH and TB,                      )   Case No. 1:22-CV-00409-REP
                                )
        Plaintiffs,             )
                                )   Boise, Idaho
        vs.                     )   May 2, 2023
                                )   2:00 p.m. to 3:30 p.m.
DAVE JEPPESEN, et al,           )
                                )
        Defendants.             )
                                )
. . . . . . . . . . . . . . . . )
```

VOLUME I OF I
MOTION TO DISMISS
BEFORE THE HONORABLE RAYMOND E. PATRICCO
UNITED STATES MAGISTRATE JUDGE

```
COURT RECORDER:              TRANSCRIPTION BY:

JACKIE HILDEBRAND           TAMARA A. WEBER, CSR
U.S. District Court         P.O. Box 387
                            Caldwell, Idaho  83606
```

Proceedings recorded by electronic recording.  Transcript
produced by transcription service.

```
APPEARANCES:

For the Plaintiffs:           MR. HOWARD A. BELODOFF
                              Idaho Legal Aid Services, Inc.
                              P.O. Box 913
                              Boise, Idaho 83701


For the Defendants:           MR. LINCOLN WILSON
                              Idaho Attorney General's Office
                              P.O. Box 83720
                              Boise, Idaho 83720-0010

                              MS. ANDREA H. NIELSEN
                              Ada County/Fourth Judicial
                              District Court of Idaho
                              200 W. Front Street
                              Boise, Idaho 83702
```

Case 1:22-cv-00409-REP    Document 95-2    Filed 06/28/24    Page 5 of 6
Case: 23-3648   Document: 28-6   Filed: 07/10/23   Page: 62 of 259

59

I, court-approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.


  /s/ Tamara A. Weber                          7/10/23

Signature of Approved Transcriber            Date


  Tamara A. Weber

Typed or Printed Name

Case: 23-35354    Case: 23-35354, 07/10/23, Document 9-6    Filed 07/10/23, Page 20 of 259

20

```
 1              But my point overall on that, Your Honor, and this is
 2     the purpose of sort of the overview is I don't think the Court
 3     needs to reach that issue to decide this case and to rule on
 4     this motion in our favor.  You know, if you had -- if you assume
 5     that transgender status is a quasi-suspect class, well, the fact
 6     is here that the State doesn't discriminate on that level
 7     because it does provide treatment for gender dysphoria.
 8              Plaintiffs' Complaint specifically alleges that they
 9     have received Medicaid benefits, that those Medicaid benefits
10     have included treatment for gender dysphoria that includes --
11     that included hormone blockers at the time and so this is a
12     situation where the State is providing care.
13              And what the Supreme Court's been clear about in
14     Geduldig, if you look at 495 of the decision, it says,
15     "Particularly with respect to social welfare programs, so long
16     as the line draw by the State is rationally supportable, the
17     courts will not interpose their judgment as to the appropriate
18     stopping point.  The equal protection clause does not require
19     that a state must choose between attacking every aspect of a
20     problem or not attacking a problem at all."
21              And what that means and what courts have held in many
22     subsequent decisions is that if there's a suspect class and the
23     State decides to address a problem with respect to a suspect
24     class, how it addresses that problem is subject to rational
25     basis review.
```

ER020