Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org

Jane Gordon, ISB # 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 371-4747; Fax: (208) 807-2290
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>Defendants. | CASE NO. 1:22-CV-409-REP<br><br>DECLARATION OF PLAINTIFF JANE DOE ON BEHALF OF HER CHILD GM IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER TO PRESERVE THE STATUS QUO |

JANE DOE ON BEHALF OF HER CHILD GM declares, under penalty of perjury, and states as follows:

1. I am a Plaintiff in this matter. I am over the age of 18 and I am a citizen of the United States. I am the mother of GM.

DECLARATION OF PLAINTIFF JANE DOE ON BEHALF OF HER CHILD GM
IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER TO PRESERVE
THE STATUS QUO – Page 1

Doc ID: a355ce153b09c2185940331315fadad117f34753

2. GM is a transgender person and seeking gender affirming care.

3. GM is a Medicaid participant and relies on Medicaid to cover her medical treatment. She relies on Medicaid to cover her gender affirming care.

4. Prior to July 1, 2024, she received gender affirming care at Seattle Children's in Seattle, Washington and St. Luke's in Boise, Idaho.

5. GM receives Lupron injections to stop puberty from progressing.

6. GM started estrogen patches and Eligard injections in May of 2024.

7. Medicaid has always provided coverage for GM's hormone treatments. , including her Lupron injections, estrogen patches, and Eligard injections.

8. Medicaid will not pay for her estrogen patches, and Eligard injections. starting July 1, 2024.

9. GM is already very anxious about losing access to her medical treatment.

10. GM relies on Medicaid to cover her hormone treatments.

11. We cannot afford to pay for GM's hormone treatments out of pocket.

12. We cannot afford to procure other medical insurance to cover GM's hormone treatments or other gender affirming care her physicians recommend to treat her gender dysphoria.

13. If Medicaid will not cover and reimburse GM's hormone treatments, it will result in emotional distress and physical harm caused by her gender dysphoria.

14. Her hormone treatments allow GM to match her physical form with how she feels. The treatments stop her puberty from progressing, lessening the effects of testosterone. The hormones also change how her body distributes fat; going to her hips and thighs. The hormone treatments also encourage breast development and make her face look more feminine. Not

DECLARATION OF PLAINTIFF JANE DOE ON BEHALF OF HER CHILD GM
IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER TO PRESERVE
THE STATUS QUO – Page 2

Doc ID: a355ce153b09c2185940331315fadad117f34753

having these treatments mean these changes will start to reverse within a couple of weeks.

15. GM's anxiety and depression have been increasing since the Idaho Legislature passed HB 668 and she knew it would be taking effect on July 1, 2024. When she had an injection that was overdue, she felt like she constantly thought about not having hormone blockers and worried about the effects. Stopping the hormone treatments would be a major setback in her gender affirming care and it would cause her dysphoria to worsen along with her mental health.

16. As patients of St. Luke's, we received this letter explaining that Medicaid will no longer pay for GM's gender affirming care. A true and correct copy of this letter is attached as Exhibit A.

Dated: 06 / 27 / 2024 .

_____
Jane Doe for GM
Plaintiff

DECLARATION OF PLAINTIFF JANE DOE ON BEHALF OF HER CHILD GM
IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER TO PRESERVE
THE STATUS QUO – Page 3




EXHIBIT A

Doc ID: a355ce153b09c2185940331315fadad117f34753


| | |
|---|---|
| Title | MH.TRO Dec GM 2024 06 27 JCG |
| File name | MH.TRO Dec GM 2024 06 27 JCG.pdf |
| Document ID | a355ce153b09c2185940331315fadad117f34753 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

| | | |
|---|---|---|
| SENT | **06 / 27 / 2024**<br>19:49:37 UTC-5 | Sent for signature to ✕✕✕✕✕✕✕ for G✕✕✕ M✕✕ (✕✕✕✕✕✕✕✕✕✕✕✕jane@janegordonlaw.com<br>IP: 162.125.47.29 |
| VIEWED | **06 / 27 / 2024**<br>20:42:56 UTC-5 | Viewed by ✕✕✕✕✕✕ for G✕✕✕ M✕✕ (✕✕✕✕✕✕✕✕✕✕<br>IP: 174.27.181.133 |
| SIGNED | **06 / 27 / 2024**<br>20:43:51 UTC-5 | Signed by ✕✕✕✕✕✕ for G✕✕✕ M✕✕ (✕✕✕✕✕✕✕✕✕✕<br>IP: 174.27.181.133 |
| COMPLETED | **06 / 27 / 2024**<br>20:43:51 UTC-5 | The document has been completed. |