Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org

Jane Gordon, ISB # 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 371-4747; Fax: (208) 807-2290
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>Defendants. | CASE NO. 1:22-CV-409-REP<br><br>DECLARATION OF PLAINTIFF AC |

AC declares, under penalty of perjury, and states as follows:

1.  I am a Plaintiff in this matter. I am over the age of 18 and I am a citizen of the United States.

2.  I am transgender and seeking gender affirming care.

DECLARATION OF PLAINTIFF AC – Page 1

Doc ID: aa827423f9ce6bd1289acf60de12bcc0c3b4c402

3. I am a Medicaid participant and rely on Medicaid to cover my medical treatment.

4. Prior to July 1, 2024, I have received my gender affirming care at Health West, Inc., a medical provider in Pocatello, Idaho.

5. Health West has prescribed me hormone therapy in the form of: weekly estradiol valerate injections, and daily progesterone capsules, quetiapine tablets, and spironolactone tablets since 2020.

6. I have been on Medicaid since February 2024.

7. Medicaid has been providing coverage for my hormone treatments throughout since I enrolled.

8. I received a letter from Health West, Inc. stating that they will no longer provide gender affirming care citing "[r]ecent legislative action". A true and correct copy of the letter is attached hereto as Exhibit A.

9. The letter states:

> The new legislation restricts the use of public funds for gender affirming care related to surgical procedures and any hormonal therapies. This restriction includes Medicaid reimbursement and the use of state-funded facilities for these services.
>
> Health West carefully reviewed these factors, with the help of our legal team, and made the difficult decision to stop providing impacted services, Starting July 1, 2024, Health West will no longer provide medical gender affirming care, including prescriptions, prescription refills, injection services, and other related medical-based gender affirming care.

Dated: 06 / 26 / 2024 .

_____
AC
Plaintiff

DECLARATION OF PLAINTIFF AC – Page 2



| | |
|---|---|
| Title | TRO Dec AC 2024 06 26 JCG |
| File name | TRO Dec AC 2024 06 26 JCG.pdf |
| Document ID | aa827423f9ce6bd1289acf60de12bcc0c3b4c402 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT**
**06 / 26 / 2024**
16:03:40 UTC-5

Sent for signature to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ from jackie@janegordonlaw.com
▓▓▓▓▓▓▓

**VIEWED**
**06 / 26 / 2024**
16:06:02 UTC-5

Viewed by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓

**SIGNED**
**06 / 26 / 2024**
16:07:09 UTC-5

Signed by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓

**COMPLETED**
**06 / 26 / 2024**
16:07:09 UTC-5

The document has been completed.

# Important Notification from Health West Inc.

Dear Valued Patient,

We at Health West want to inform you of a change in services. Recent legislative actions have limited our ability to provide certain treatments relating to gender affirming care.

In 2023, the state of Idaho restricted gender affirming care that can be provided to minors. During the 2024 session, this restriction was extended to adults as well. The new legislation restricts the use of public funds for gender affirming care related to surgical procedures and any hormonal therapies. This restriction includes Medicaid reimbursement and the use of state-funded facilities for these services.

Health West carefully reviewed these factors, with the help of our legal team, and made the difficult decision to stop providing impacted services. Starting July 1, 2024, Health West will no longer provide medical gender affirming care, including prescriptions, prescription refills, injection services, and other related medical-based gender affirming care. Health West is committed to continuing counseling services for gender affirming care which can still be accessed at Health West through our behavioral health providers.

We recognize the impact of this change and its effects on our patients. Health West remains dedicated to delivering the highest quality of care but is limited to providing care within the legal boundaries allowed. Except as noted above, we are committed to continuing to service your medical, dental, and behavioral health care needs at Health West. If you need a 30-day refill on your medications, please notify our office prior to 6/26/2024 so we can ensure you have proper medication coverage. If you would like Health West to forward your medical records to a provider of your choice who can better serve your gender affirming medical and pharmacy care needs, please feel free to reach out to our team.

Sincerely,

Your Health West Team