Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org

Jane Gordon, ISB # 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 371-4747; Fax: (208) 807-2290
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>Defendants. | CASE NO. 1:22-CV-409-REP<br><br>DECLARATION OF PLAINTIFF KB IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER TO PRESERVE THE STATUS QUO |

KB declares, under penalty of perjury, and states as follows:

1. I am a Plaintiff in this matter. I am over the age of 18 and I am a citizen of the United States.

2. I am transgender and seeking gender affirming care.

DECLARATION OF PLAINTIFF KB IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER TO PRESERVE THE STATUS QUO – Page 1

Doc ID: ddac40348e4d51f2b77e6d3443027a9137c83130

3. I am a Medicaid participant and rely on Medicaid to cover my medical treatment. I rely on Medicaid to cover my gender affirming care.

4. Prior to July 1, 2024, I have received my gender affirming care at Full Circle Health.

5. Full Circle Health prescribed me hormone therapy in the form of a weekly testosterone cypionate injection.

6. Medicaid has been providing coverage for my hormone treatments throughout since I enrolled.

7. Medicaid has always paid for my weekly testosterone cypionate injection since I was enrolled in the program.

8. Medicaid will not pay for my weekly testosterone injections starting July 1, 2024, if HB668 prohibitions against Medicaid covering my gender affirming care to treat my gender dysphoria and Medicaid reimbursing Full Circle Health for my weekly testosterone cypionate injection go into effect.

9. I rely on Medicaid to cover and reimburse my testosterone injections.

10. I cannot afford to pay for my testosterone injections out-of-pocket.

11. I cannot afford to procure other medical insurance to cover my testosterone injections or other gender affirming care my physician recommends to treat my gender dysphoria.

12. If Medicaid will not cover and reimburse my testosterone injections and it will result in emotional distress and physical harm caused by my gender dysphoria.

13. My testosterone injections allow me to match my physical form with how I feel. The injections stop menstruation, deepen my vocal pitch, change fat distribution away from my

hips and thighs to my abdomen. Not having the injections mean these changes will start to reverse within a couple of weeks, including the return of menstruation.

      14. In the past, when I have not been able to access my prescription timely or it was delayed it caused instability in my mental wellbeing. My anxiety increased and so did my depression. Physically, I felt lethargic, had a low appetite, and felt very off and disconnected from my body, which is a very disorienting experience.

Dated: 06 / 27 / 2024 .

*KB*

KB
Plaintiff



| | |
|---|---|
| Title | MH.TRO Dec KB  2024 06 27JCG-HB |
| File name | MH.TRO Dec KB  2024 06 27JCG-HB.pdf |
| Document ID | ddac40348e4d51f2b77e6d3443027a9137c83130 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**SENT** — **06 / 27 / 2024** 14:22:40 UTC-5 — Sent for signature to ▓▓▓▓▓▓▓▓▓▓ from jackie@janegordonlaw.com
IP: ▓▓▓▓▓▓

**VIEWED** — **06 / 27 / 2024** 14:25:05 UTC-5 — Viewed by ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓

**SIGNED** — **06 / 27 / 2024** 14:27:17 UTC-5 — Signed by ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓

**COMPLETED** — **06 / 27 / 2024** 14:27:17 UTC-5 — The document has been completed.