RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation
and Constitutional Defense

GREGORY E. WOODARD, ISB #11329
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
greg.woodard@ag.idaho.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| M.H. and T.B., individually, <br><br> *Plaintiffs,* <br><br> v. <br><br> ALEX J. ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare, *et al.*, <br><br> *Defendants.* | Case No. 1:22-cv-00409-REP <br><br> **NOTICE OF WITHDRAWAL OF MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT** |

Defendants initially moved for an extension of time to respond to the Amended Complaint given the short time frame they had to review and decide an appropriate response. However, Defendants will file and serve an Answer to the Amended Complaint later today and, therefore, withdraw their motion.

DATED: July 1, 2024.

                                  STATE OF IDAHO
                                  OFFICE OF THE ATTORNEY GENERAL

                                  By: /s/ *Gregory E. Woodard*
                                        GREGORY E. WOODARD
                                        Deputy Attorney General

## CERTIFICATE OF SERVICE

I Hereby Certify that on July 1, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Howard A. Belodoff
howardbelodoff@idaholegalaid.org

Jane Catherine Gordon
Jane@JaneGordonLaw.com

*Attorneys for Plaintiff*

By:   /s/ *Gregory E. Woodard*
         Gregory E. Woodard