**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>      Plaintiffs,<br><br>      vs.<br><br>ALEX ADAMS, in his official capacity as the director of the Idaho Department of Health and Welfare; DR. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>      Defendants, | Case No.: 1:22-cv-00409-REP<br><br>**ORDER** |

On June 29, 2024, the Court granted Plaintiffs' request for a temporary restraining order. *See generally* 6/29/24 MDO (Dkt. 96).  In doing so, the Court interpreted Plaintiffs' several filings to that point as also requesting preliminary injunctive relief – beyond any temporary restraining order – and set a briefing schedule with that in mind. *Id*. at 15.  Since then, the parties have submitted briefing pursuant to that schedule (Dkts. 102-105, 108-110).  The Court therefore understands Plaintiffs to be pursuing a preliminary injunction and, consistent with its Order, intends to set a preliminary injunction hearing.

Within their recent reply briefing, Plaintiffs request that the temporary restraining order be extended to July 29, 2024 (it is currently set to expire on July 15, 2024) to allow them additional time to address the issues raised by Defendants in their own response briefing.  *See* Pls.' Reply at 4, 22 (Dkt. 108).  Defendants oppose both of these requests.  *See generally* Defs.' Opp. (Dkt. 109).

**ORDER - 1**

The Court will not permit additional briefing and intends to hold a preliminary injunction hearing on July 18, 2024 to decide whether the temporary restraining order should be converted to a preliminary injunction.  A separate notice of hearing will be issued by the Court.  In light of this procedural setting and the Court's calendar, the Court finds good cause under Rule 65 to extend the temporary restraining order until it has the opportunity to determine whether to issue a preliminary injunction.

DATED:  July 11, 2024

_____
Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge

**ORDER - 2**