RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation
and Constitutional Defense

GREGORY E. WOODARD, ISB #11329
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
greg.woodard@ag.idaho.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALEX J. ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>*Defendants.* | Case No. 1:22-cv-00409-REP<br><br>**MOTION TO SHORTEN TIME ON BRIEFING FOR DEFENDANTS' MOTION TO DEFER PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION [DKT.87] OR FOR ADDITIONAL TIME TO CONDUCT DISCOVERY [DKT. 113]** |

Defendants hereby move, pursuant to Local Rule 6.1, for an order expediting briefing on Defendants' Motion to Defer Plaintiffs' Motion for Partial Summary Judgment and for a Permanent Injunction or for Additional Time to Conduct Discovery (the "Motion"), filed concurrently herewith. Defendants' current deadline to respond to Plaintiffs' Motion for Partial Summary Judgment and for a Permanent Injunction ("MSJ") is July 22, 2024. Under Local Rule 7.1(c) Plaintiffs' response to the Motion is not due until August 1 and Defendants' reply is due August 15. If the Court does not order expedited briefing the Motion will not be fully briefed until well after Defendants have to respond to Plaintiffs' MSJ.

Accordingly, Defendants request the Court order expedited briefing on the Motion as follows:

July 16, 2024 – Plaintiffs' response to the Motion

July 17, 2024 – Defendants' reply

Alternatively, Defendants request the Court vacate Defendants' current response date to the MSJ and maintain the usual briefing schedule for the Motion.

DATED: July 11, 2024.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By: /s/ *Gregory E. Woodard*
GREGORY E. WOODARD
Deputy Attorney General

*Attorney for Defendants*

MOTION TO SHORTEN TIME ON BRIEFING FOR DEFENDANTS' MOTION TO DEFER PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION OR FOR ADDITIONAL TIME TO CONDUCT DISCOVERY [DKT. 113] — 1

**CERTIFICATE OF SERVICE**

     I Hereby Certify that on July 11, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Howard A. Belodoff
howardbelodoff@idaholegalaid.org

Jane Catherine Gordon
Jane@JaneGordonLaw.com

*Attorneys for Plaintiffs*

                                            By: /s/ *Gregory E. Woodard*
                                                      Gregory E. Woodard