Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2323 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org

Jane Gordon, ISB # 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 371-4747; Fax: (208) 807-2290
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALEX ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE, v<br><br>    Defendants. | CASE NO. 1:22-CV-409-REP<br><br>MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON PLAINTIFFS' MEMORANDUM IN SUPPORT OF A MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

COME NOW Plaintiffs, by and through their attorneys, Howard A. Belodoff of Idaho Legal Aid Services, Inc., and Jane Gordon of Jane Gordon Law, hereby move this Court, pursuant to Dist. Idaho Loc. Civ. R. 7.1, for leave to file a Memorandum in Support of Plaintiffs'

Motion for a Temporary Restraining Order and a Preliminary Injunction that exceeds the page limitation. The Plaintiffs' Memorandum is 26 pages. The Memorandum presents legal issues involving Defendants' Medicaid Exclusion Policy and HB 668 prohibition of using public funds and Medicaid reimbursement and coverage for medically necessary gender-affirming treatment. Plaintiffs are moving, pursuant to Fed. R. Civ. Proc. 65(a) & (b), for the Court to issue a Temporary Restraining Order to preserve the status quo by enjoining the implementation of HB 668, Idaho Code §§ 18-8901 and 56-270 and the Medicaid Exclusion Policy while the Court considers the Motion for a Preliminary Injunction. A Temporary Restraining Order is necessary to protect against the discontinuance and denial of medically necessary gender-affirming treatment of gender dysphoria provided to Plaintiffs in violation of Equal Protection and the Medicaid Act.

    The Memorandum includes a discussion of the grounds for the issuance of the grounds for Temporary Restraining Order and a Preliminary Injunction, the constitutional issues involving discrimination on the basis of transgender status and sex, and the exclusion of gender-affirming treatments for transgender Medicaid participants diagnosed with gender dysphoria.

DATED: September 27, 2024.

                                                IDAHO LEGAL AID SERVICES, INC.

                                                /s/ Howard A. Belodoff
                                                Howard A. Belodoff

                                                JANE GORDON LAW
                                                /s/ Jane Gordon
                                                Jane Gordon

                                                Attorneys for Plaintiffs