Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org

Jane Gordon, ISB # 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 371-4747; Fax: (208) 807-2290
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALEX ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>    Defendants. | CASE NO. 1:22-CV-409-REP<br><br>DECLARATION OF KB IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PERMANTENT INJUNCTION |

KB, declares, under penalty of perjury, and on my personal knowledge:

1. I am over the age of 18 and I am a Plaintiff in the above-captioned matter.

2. I am enrolled in Idaho Medicaid.

3. I have been diagnosed with gender dysphoria.

DECLARATION OF KB IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PERMANENT INJUNCTION - 1

4. My entire life, I never felt like a girl. I have always presented very masculine.

5. I started seeing a gender therapist in early 2020, I then began to socially transition and using they/them pronouns in the spring of 2020.

6. I have undergone hormone therapy by way of testosterone injections and had a mastectomy (also known as top surgery) to align my physical characteristics with my gender identity and to treat and alleviate the distress caused by my gender dysphoria

7. I started taking testosterone shots in June 2021, under the guidance of Dr. Mavin Alviso at Full Circle Health.

8. I underwent top surgery in April 26, 2023 with Linsey Etherington, MD at Saint Alphonsus in Boise. I first consulted with Dr. Etherington in January 2023.

9. To be eligible for top surgery, I required a referral from a mental health professional and a referral from a treating provider verifying that I had been on hormone therapy for at least a year and was a good candidate for the surgery.

10. I became aware that Medicaid would not continue to provide coverage or reimbursement for gender affirming surgery. The cost for top surgery was $20,151.60. I was able to hold a fundraiser and a drag show to raise the funds necessary to pay for the surgery.

11. I have to continue to receive gender affirming medical treatment and testosterone to maintain my masculine appearance. When I had a delay in my prescription being filled, it caused instability in my mental wellbeing. Without the medications my anxiety increases and I start feeling depressed. It particularly makes me feel lethargic, have a low appetite, and feel really "off."

12. I have not had a delay in my hormone treatment long enough to cause my body to start a reversion, but I do know that would happen if I am unable to access my testosterone

treatments. My understanding is that if I stopped taking testosterone, my menstrual cycle would come back within a month and my fat distribution would change to more feminine characteristics.

13. The thought of that causes me tremendous anxiety and fear, which manifests itself as stomach aches, adrenaline surges, headaches, loss of sleep, and panicky feelings. It would be very destabilizing to my mental health and my daily wellbeing if I could not continue to receive the hormone treatments prescribe by my physician.

DATED: September 26, 2024


/s/
Plaintiff KB

DECLARATION OF KB IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PERMANTENT INJUNCTION - 3

                                                                                   Audit trail

| | |
|---|---|
| **Title** | MH.Prem Inj.KB Dec.Final.9-25-24. |
| **File name** | MH.Prem Inj.KB Dec.Final.9-25-24..pdf |
| **Document ID** | 63364ac69edf29b680e42cd493af3d9bd70f5ee1 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | • Signed |

## Document History

**SENT**  
**09 / 26 / 2024**  
16:57:51 UTC-5  

Sent for signature to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  
from jane@janegordonlaw.com  
IP: 162.125.47.52


**VIEWED**  
**09 / 26 / 2024**  
17:17:06 UTC-5  

Viewed by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  
IP: 174.27.12.238


**SIGNED**  
**09 / 26 / 2024**  
17:19:54 UTC-5  

Signed by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  
IP: 174.27.12.238


**COMPLETED**  
**09 / 26 / 2024**  
17:19:54 UTC-5  

The document has been completed.

Powered by  Dropbox Sign