Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
Tel: (208) 807-2496 Fax: (208) 342-2561
howardbelodoff@idaholegalaid.org

Jane Gordon, ISB # 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 371-4747; Fax: (208) 807-2290
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>Defendants. | CASE NO. 1:22-CV-409-REP<br><br>DECLARATION OF PLAINTIFF BM IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PERMANTENT INJUNCTION |

BM, declares, under penalty of perjury, based upon personal knowledge states as follows:

1. I am over the age of 18 and a Plaintiff in the above-captioned matter.

2. I am enrolled in Idaho Medicaid.

DECLARATION OF PLAINTIFF BM IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PERMANENT INJUNCTION - 1

3. In 2021, I started consulting a doctor to receive gender-affirming treatment.

4. I have social transitioned and have lived as a woman for over 10 years.

5. Prior to 2021, I was self-medicating with hormones by ordering hormones by the internet for several years.

6. At one point, my primary care provider discontinued treatment when I disclosed that I wastransgender.

7. I began receiving medical care at Planned Parenthood in Twin Falls, Idaho on December 29, 2021. Anne Vance, PA, diagnosed that I had gender dysphoria and recommenced feminizing hormone treatments. Prior to prescribing feminizing hormones, Ms. Vance went over and evaluated my medical history, my family medical history, took vital signs, took blood work, and performed a physical exam. We discussed risks and benefits of taking feminizing hormones.

8. Since going on feminizing hormones, I have felt much more comfortable with my gender identity rather than the sex I was assigned at birth. I feel less distress from my gender dysphoria and more mentally stable. I am overall happier. I have a sense of body positivity and a more positive outlook on life.

9. On January 25, 2024, I had an evaluation with Ms. Vance regarding undergoing a breast augmentation to further align my body with my gender identity. Ms. Vance determined that surgery was medically necessary to treat my gender dysphoria and to lessen the distress I was continuing to experience regarding my body.

10. I cannot afford to pay for my medical treatment on my own. I cannot afford to enroll in private health insurance. If Medicaid does not cover and reimburse my provider for gender affirming treatment, I will not be able to continue my access to medically necessary medical treatment.

11. If Idaho Medicaid does not cover and reimburse my prescribed feminizing hormones to treat my gender dysphoria, I cannot afford the cost of the medications. If this occurs my body will begin to look more masculine and less feminine. My voice will deepen, my body fat will begin to redistribute, and my facial hair will increase in growth, and my hair will thin. The thought of not being able to access medical care is very distressing. Since the passage of HB 668, my anxiety has skyrocketed. I get tearful not knowing how I am going to continue with my gender affirming medical treatment. Feminizing hormones has been life saving for me.

12. It is my understanding from my medical providers that when a person starts feminizing hormones, they go through a second puberty, including an increased and erratic emotional state. I am afraid that if my feminizing hormone are discontinued, all the progress I have made over the past years will be lost and my quality of life will deteriorate because of the effects of untreated gender dysphoria.

DATED: September 26, 2024.

/s/ _____
Plaintiff BM



Audit trail

| | |
|---|---|
| Title | MH.Prem Inj. Dec BM FILING |
| File name | MH.Prem Inj. Dec BM FILING.pdf |
| Document ID | d38aedebd5848db9a299a5e8885b4d8e95a42633 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**SENT** — **09 / 26 / 2024** 16:33:51 UTC-5
Sent for signature to ▓▓▓▓▓▓▓ (▓▓▓▓▓▓▓▓▓▓▓▓▓) from jane@janegordonlaw.com
IP: 162.125.47.52

**VIEWED** — **09 / 26 / 2024** 16:50:47 UTC-5
Viewed by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
IP: 173.47.3.21

**SIGNED** — **09 / 26 / 2024** 16:51:55 UTC-5
Signed by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
IP: 173.47.3.21

**COMPLETED** — **09 / 26 / 2024** 16:51:55 UTC-5
The document has been completed.

Powered by Dropbox Sign