RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

GREGORY E. WOODARD, ISB #11329
AARON M. GREEN, ISB #12397
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
greg.woodard@ag.idaho.gov
aaron.green@ag.idaho.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALEX J. ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>*Defendants.* | Case No. 1:22-cv-00409-REP<br><br>**STIPULATION FOR DISCOVERY EXTENSION** |

Defendants hereby notify the Court that they have jointly stipulated with Plaintiffs concerning extensions to the following discovery deadlines and move that the Court enter these changes to the current Scheduling Order [Dkt. 69] on the record:

Dkt. 69 ¶ 6 – Completion of fact discovery extended to January 9, 2025.

Dkt. 69 ¶ 7b – Defendant's expert disclosure extended to December 26, 2024.

Dkt. 69 ¶ 7c – Plaintiff's rebuttal expert disclosure extended to January 22, 2025.

The parties have communicated and jointly agree to these extensions.

DATED: November 25, 2024.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        By: __/s/ *Gregory E. Woodard*__
            GREGORY E. WOODARD
            Deputy Attorney General

DATED: November 25, 2024.

        LAW OFFICES OF HOWARD BELODOFF, PLLC

        By: __/s/ *Howard A. Belodoff*__
            HOWARD A. BELODOFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 25, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

    Howard A. Belodoff
    howardbelodoff@idaholegalaid.org

    Jane Catherine Gordon
    Jane@JaneGordonLaw.com

    *Attorneys for Plaintiffs*

                                       By:   */s/ Gregory E. Woodard*
                                                 GREGORY E. WOODARD