# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 9, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Magni Hamso, Individually and in Her Official Capacity as the Medical Director of the Idaho Division of Medicaid
           v. M. H., et al.
           No. 24-631
           (Your No. 23-35485)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on December 5, 2024 and placed on the docket December 9, 2024 as No. 24-631.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Katie Heidrick
           Case Analyst