# Exhibit 2

# Greg Woodard

| | |
|---|---|
| **From:** | Howard Belodoff <howardbelodoff@idaholegalaid.org> |
| **Sent:** | Tuesday, November 12, 2024 3:14 PM |
| **To:** | Greg Woodard |
| **Cc:** | Jane Gordon; James Craig; Aaron Green; Laura Kauffmann |
| **Subject:** | Re: M.H., et al. v. Adams, et al. - deposition dates |
| **Categories:** | Filed to Clio |

That sounds good. I will let you know next week. Howard

On Tue, Nov 12, 2024 at 2:22 PM Greg Woodard <Greg.Woodard@ag.idaho.gov> wrote:

> Howard,
>
> We wish you a quick recovery and we are willing to work with you on dates and briefly extend deadlines to the extent that becomes necessary. We are available to take Plaintiffs' depositions any time between December 2 and 9 with the exception of the December 5, 11:00 a.m. hearing in this case. We are willing to take two Plaintiff depositions per day, one starting at 8:30 a.m. and one at 1:30 p.m., subject to our right to extend a deposition should we not complete our questioning during the 4-5 hours we anticipate each deposition should take. We are also available any time on December 2 or 3 to meet and confer.
>
>  Greg Woodard | Deputy Attorney General
> Civil Litigation and Constitutional Defense
> Office of the Attorney General | State of Idaho
> O: 208-334-4134 | W: ag.idaho.gov
>
> **From:** Howard Belodoff <howardbelodoff@idaholegalaid.org>
> **Sent:** Tuesday, November 12, 2024 1:43 PM
> **To:** Greg Woodard <Greg.Woodard@ag.idaho.gov>
> **Cc:** Jane Gordon <jane@janegordonlaw.com>
> **Subject:** Re: M.H., et al. v. Adams, et al. - deposition dates
>
> Greg: I was in a serious car accident on Friday so I have to rest to recover. I will know more next week as to when I will have the ability to participate in the depositions. I will want to schedule some depositions as well. Can you send me your dates starting on December 2nd so I can consult with my clients. Additionally, I want to schedule a meet and confer conference about the Defendants' failure to respond to discovery and the objections. I propose December 2nd or 3rd. I suspect it will not take too long. Thanks Howard

1

On Fri, Nov 8, 2024 at 12:36 PM Greg Woodard <Greg.Woodard@ag.idaho.gov> wrote:

Howard,

Please let me know dates that Plaintiffs and Plaintiff G Doe's parents are available for deposition before the December 9 discovery cutoff.



Greg Woodard | Deputy Attorney General
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
O: 208-334-4134 | W: ag.idaho.gov

**NOTICE:** This message, including any attachments, is intended only for the individual(s) or entity(ies) named above and may contain information that is confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, please reply to the sender that you have received this transmission in error, and then please delete this email.

--

Howard A. Belodoff

Associate Director

Idaho Legal Aid Services, Inc.

1447 S. Tyrell Lane

Boise, ID 83706

(208) 807-2323

--

Howard A. Belodoff

2

Associate Director
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
(208) 807-2323

3