# Exhibit 3

## Greg Woodard

| | |
|---|---|
| **From:** | Howard Belodoff <howardbelodoff@idaholegalaid.org> |
| **Sent:** | Monday, December 2, 2024 10:43 AM |
| **To:** | Greg Woodard |
| **Cc:** | Jane Gordon; James Craig; Aaron Green; David Myers; Laura Kauffmann |
| **Subject:** | Re: M.H. v. Adams - depositions |
| | |
| **Categories:** | Filed to Clio |

Greg: We can figure the schedule out at the meet and confer discovery conference. I hope to send you a letter today discussing the issues. Howard

On Wed, Nov 27, 2024 at 1:30 PM Greg Woodard <Greg.Woodard@ag.idaho.gov> wrote:

> Howard,
>
> We would like to schedule the Plaintiffs' depositions during the weeks of December 16 and 23, or December 30 since I will be out of the office from December 31 to January 7. Please let me know what dates work on your end. As we discussed, I plan on noticing the first couple of depositions for a single day. If it turns out that the depositions are lasting less than half a day, we are open to doing the remaining depositions at two a day if that is more efficient.
>
> Have a Happy Thanksgiving.
>
> 
>
> Greg Woodard | Deputy Attorney General
> Civil Litigation and Constitutional Defense
> Office of the Attorney General | State of Idaho
> O: 208-334-4134 | W: ag.idaho.gov

**NOTICE:** This message, including any attachments, is intended only for the individual(s) or entity(ies) named above and may contain information that is confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, please reply to the sender that you have received this transmission in error, and then please delete this email.

--

Howard A. Belodoff
Associate Director
Idaho Legal Aid Services, Inc.
1447 S. Tyrell Lane
Boise, ID 83706
(208) 807-2323

2