# Exhibit 4

## Greg Woodard

| | |
|---|---|
| **From:** | Jane Gordon <jane@janegordonlaw.com> |
| **Sent:** | Wednesday, December 4, 2024 4:48 PM |
| **To:** | James Craig; Aaron Green; Greg Woodard |
| **Cc:** | Laura Kauffmann; Olivia McDonald; Howard Belodoff; Taylor Jepson |
| **Subject:** | Meet and Confer regarding Defendants' Discovery Answers |
| **Attachments:** | MH.Discovery.Meet and Confer.Letter.Final.2024 12 04.pdf |
| **Categories:** | Filed to Clio |

Hello,

Are you available some time Monday afternoon for a telephone call regarding discovery? Please let me know an available time.

Thank you,
Jane Gordon

**Jane Gordon**
Attorney

208-391-4747

www.JaneGordonLaw.com

1004 W. Fort Street, Boise, Idaho 83702

  

1