# Exhibit 7

 Outlook

---

## Proposed Stipulation

---

**From** Aaron Green <Aaron.Green@ag.idaho.gov>
**Date** Fri 12/27/2024 2:56 PM
**To** Howard Belodoff <hbelodoff@hotmail.com>; Jane Gordon <jane@janegordonlaw.com>
**Cc** Greg Woodard <Greg.Woodard@ag.idaho.gov>; James Craig <James.Craig@ag.idaho.gov>; David Myers <David.Myers@ag.idaho.gov>

📎 1 attachment (32 KB)
Stipulated Discovery Extension.docx;

Counsel,

Per the parties' previous discussions that discovery was not going to be complete by the current January 9, 2025, deadline and an extension would be agreed to, we've drafted a proposed stipulation for the extension of discovery deadlines and - given the approaching limit on dispositive motions - that deadline as well. If you think this is too much or too little in the way of extension, we are open to alternatives. Please let us know if we have your consent to sign and file with the Court.

Sincerely,



Aaron M. Green | Deputy Attorney General
Civil Litigation & Constitutional Defense
Office of the Attorney General | State of Idaho
O: 208-332-3553

**CONFIDENTIAL—PRIVILEGED—DELIBERATIVE**
**Notice:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential, privileged, or deliberative and pre-decisional material, including attorney-client communications and attorney work product. Any unauthorized review, use, disclosure, or distribution is prohibited. This electronic transmission does not constitute a waiver of privilege. If you are not the intended recipient, and have received this message in error, please contact the sender immediately by email reply and destroy all copies of the original message, including any attachments.