# Exhibit 9

 Outlook

---

**MH et al v. Adams et al - Post Meet and Confer Letter**

---

**From** Aaron Green <Aaron.Green@ag.idaho.gov>

**Date** Mon 12/30/2024 9:57 AM

**To**    Jane Gordon <jane@janegordonlaw.com>; Howard Belodoff <hbelodoff@hotmail.com>

**Cc**    James Craig <James.Craig@ag.idaho.gov>; Greg Woodard <Greg.Woodard@ag.idaho.gov>; David Myers <David.Myers@ag.idaho.gov>

**Bcc**   Olivia McDonald <Olivia.McDonald@ag.idaho.gov>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>

📎 1 attachment (2 MB)

2024-12-30 M.H., et al., v. Adams, et al., Discovery Dispute Letter.pdf;


Counsel,

Please see attached for further correspondence related to our December 10, 2024 meet and confer.

Sincerely,


 Aaron M. Green | Deputy Attorney General
Civil Litigation & Constitutional Defense
Office of the Attorney General | State of Idaho
O: 208-332-3553


**CONFIDENTIAL—PRIVILEGED—DELIBERATIVE**
**Notice:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential, privileged, or deliberative and pre-decisional material, including attorney-client communications and attorney work product. Any unauthorized review, use, disclosure, or distribution is prohibited. This electronic transmission does not constitute a waiver of privilege. If you are not the intended recipient, and have received this message in error, please contact the sender immediately by email reply and destroy all copies of the original message, including any attachments.