# Exhibit 10

## Greg Woodard

| | |
|---|---|
| **From:** | Jane Gordon <jane@janegordonlaw.com> |
| **Sent:** | Monday, December 30, 2024 2:17 PM |
| **To:** | Aaron Green |
| **Cc:** | Howard Belodoff; James Craig; Greg Woodard; David Myers |
| **Subject:** | Re: MH et al v. Adams et al - Discovery |

Hello, our clients have rejected your clients' request for further delays. You have had over three months to respond to our requests, as set forth below. This matter is a priority to our clients and counsel has been cooperative. Further delays are unacceptable. We need all discovery responses and documents, with a privilege log by Friday, January 3.

Plaintiffs served their discovery requests on September 4, 2024.

On October 3, 2024, Plaintiffs received an email from Greg Woodard stating that Juliet Charron was out of the office and she needed to review the responses before they are served. He claimed his search terms found 30,0000 documents that needed to be reviewed. Defendants requested a one-week extension to produce "reviewed documents" and an open extension to the production of additional documents as they are reviewed.

Plaintiffs granted a one-week extension, noting that time is of the essence and requested all documents. .

Defendants produced their Discovery Answers on October 11, 2024. Defendants' Answers contained substantial boilerplate objections and objections to the number of Interrogatories. Defendants answered Interrogatory No. 1, and part of Interrogatory No. 2, then objecting that Plaintiffs exceeded the Interrogatory limit for the rest of the Interrogatories.

Defendants produced their first set of documents (1,234 pages) on October 11, 2024. They represented they would send additional documents on October 18, 2024, but did not.

In Defendants' production, there is no indication to which discovery requests the produced documents are responsive.

Plaintiffs sent a meet and confer letter outlining their concerns about Defendants discovery on December 4, 2024.

The parties scheduled a meet and confer meeting over zoom on December 10, 2024. Defendants also sent a responsive letter to Plaintiffs.

Defendants produced their document custodians on December 10, 2024.

Defendants produced a second set of documents (337 documents) on December 13, 2024, with a 67 page privilege log.

Defendants produced a third set of documents on December 17, 2024 and removed one page from the now 66-page privilege log. This third set has over 50,000 pages and appears to be Medicaid billing codes over several years and appear to be unresponsive.

Defendants produced a fourth set of documents on December 18, 2024. These documents appeared to be from MH's Appeal.

1

On December 27, 2024, Defendants sent an update to Plaintiffs saying they now have reviewed approximately half the documents they have found using their search terms.

On December 27 , 2024, Plaintiffs asked Defendants if they could tell them to which Request the Medicaid billing codes is responsive.

Defendants sent an additional meet and confer response to Plaintiffs on December 30, 2024.

Thanks,
Jane Gordon

**Jane Gordon**

Attorney

208-391-4747

www.JaneGordonLaw.com

1004 W. Fort Street, Boise, Idaho 83702

2