# Exhibit 11

 Outlook

---

**Re: MH v. Adams Production**

---

**From** Aaron Green <Aaron.Green@ag.idaho.gov>
**Date** Mon 1/13/2025 9:13 AM
**To** Howard Belodoff <hbelodoff@hotmail.com>; Jane Gordon <jane@janegordonlaw.com>
**Cc** Greg Woodard <Greg.Woodard@ag.idaho.gov>; Alexis Kovacs <Alexis.Kovacs@ag.idaho.gov>; James Craig <James.Craig@ag.idaho.gov>; David Myers <David.Myers@ag.idaho.gov>

📎 1 attachment (54 KB)
2025-01-09_MH v. Jeppesen_Defendants' Privilege Log.pdf;

Counsel,

As of this morning, we've reviewed 18,652 documents out of approximately 30,000. We did not identify any documents for production in last week's review, but have identified privileged documents identified on the attached amendment to our privilege log.

Sincerely,



Aaron M. Green | Deputy Attorney General
Civil Litigation & Constitutional Defense
Office of the Attorney General | State of Idaho
O: 208-332-3553

**CONFIDENTIAL—PRIVILEGED—DELIBERATIVE**
**Notice:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential, privileged, or deliberative and pre-decisional material, including attorney-client communications and attorney work product. Any unauthorized review, use, disclosure, or distribution is prohibited. This electronic transmission does not constitute a waiver of privilege. If you are not the intended recipient, and have received this message in error, please contact the sender immediately by email reply and destroy all copies of the original message, including any attachments.