# Exhibit 12

**Greg Woodard**

| | |
|---|---|
| **From:** | Greg Woodard |
| **Sent:** | Monday, January 13, 2025 1:21 PM |
| **To:** | HOWARD A BELODOFF; Jane Gordon |
| **Cc:** | Aaron Green; David Myers; Laura Kauffmann |
| **Subject:** | M.H., et al. v. Adams, et al. - depositions |

Counsel,

We have been requesting dates for the Plaintiffs' depositions for weeks now and have not noticed them given your representations that the discovery cut off would be extended.  Now that you have opposed the extension of the discovery deadline, we need dates for all Plaintiffs' depositions during the week of January 27.

We also need deposition dates for your experts for the week of February 3.  As we previously discussed, given that experts on both sides are located around the country, we propose that each side agree to virtual depositions in an effort to keep costs down and make scheduling easier for all parties.  We also propose to stipulate that subpoenas are not necessary for experts, but deposition notices to the parties' attorneys will suffice.

Please let me know your thoughts as soon as possible because we need to get depositions scheduled immediately.  If I do not hear back from you by COB Wednesday (January 15), we will send notices for dates that work for us.



Greg Woodard | Deputy Attorney General
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
O: 208-334-4134 | W: ag.idaho.gov