RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense
DAVID J. MYERS, ISB #6528
GREGORY E. WOODARD, ISB #11329
AARON M. GREEN, ISB #12397
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
david.myers@ag.idaho.gov
greg.woodard@ag.idaho.gov
aaron.green@ag.idaho.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEX J. ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>*Defendants*. | Case No. 1:22-cv-00409-REP<br><br>**DECLARATION OF GREGORY E. WOODARD** |

I, Gregory E. Woodard, declare and affirm the following to be true and correct under penalty of perjury.

1. I am 18 years of age or older and competent to testify. I am counsel of record on the above captioned matter.

2. On November 8, 2024, I emailed Plaintiffs' counsel, Howard Belodoff, and requested dates that Plaintiffs were available for deposition before the then-existing December 9, 2024 discovery cutoff. Mr. Belodoff responded on November 12, 2024 that he had been in a serious accident the week before and was recovering. He stated that he also wanted to conduct depositions and asked for dates starting December 2 so he could consult with his clients. He also stated he wanted to schedule a meet and confer on Defendants' discovery responses on December 2 or 3. I responded the same day and provided him with multiple dates that we were available for Plaintiffs' depositions and stated that we would be amenable to extending discovery deadlines if Mr. Belodoff needed additional time to recover from his accident. Mr. Belodoff responded later on November 12 that he would respond to me the following week. The November 8-12 email chain between me and Mr. Belodoff is attached to the Declaration of Aaron Green as Exhibit 2.

3. I attended and argued at the November 22, 2024 hearing on Plaintiffs' Motion for a Preliminary Injunction. Before the hearing in the courthouse hallway, I had a conversation with Mr. Belodoff where we discussed the pending December 9, 2024 discovery cutoff date. During that conversation that Mr. Belodoff indicated that an extension of the discovery cut off would be necessary to allow the parties to take depositions. I suggested an extension of the discovery cutoff to January 9, 2025. I also suggested an extension of the deadline for

DECLARATION OF GREGORY E. WOODARD — 1

Defendants to disclose their experts and for Plaintiffs to disclose their rebuttal experts. Mr. Belodoff agreed to all my suggested dates.

4. I had a pre-planned vacation where I was going to be unavailable from December 31, 2024 to January 7, 2025. Accordingly, on November 27, 2024, I emailed Mr. Belodoff and again requested dates that Plaintiffs were available for deposition before the January 9, 2024 discovery cutoff. Mr. Belodoff responded on December 2, 2024 that we would "figure out the schedule" at the upcoming meet and confer conference he and Ms. Gordon had requested to discuss Defendants' discovery responses. The November 27 and December 2 email chain between me and Mr. Belodoff is attached to the Declaration of Aaron Green as Exhibit 3.

5. On December 10, 2024, I attended and participated in a virtual meet and confer video call Plaintiffs' counsel requested regarding Defendants' discovery responses. Mr. Belodoff and Jane Gordon were on the video call on behalf of Plaintiffs and me, Aaron Green, and David Myers were on the video call on behalf of Defendants. Since Mr. Belodoff still had not given me any dates that Plaintiffs were available to that point, during the discussion I specifically asked Mr. Belodoff whether he intended to enforce the January 9, 2025 deadline, to which he responded that he would not.

6. On January 13, 2025, I sent Mr. Belodoff an email requesting, for the third time, dates for Plaintiffs' depositions. While I received an email on January 15, 2025 at 3:35 p.m. from Mr. Belodoff indicating that he would respond to my January 13 email, as of the time of this reply, I have not received any deposition dates. The January 13, 2025 email is attached to the Declaration of Aaron Green as Exhibit 12.

DECLARATION OF GREGORY E. WOODARD — 2

7. I do not recall Mr. Belodoff ever raising the need to prepare his clients for depositions with documents in Defendants' possession as a reason for delaying depositions.

DATED: January 15, 2025.

                STATE OF IDAHO
                OFFICE OF THE ATTORNEY GENERAL

        By:  /s/ Gregory E. Woodard
                GREGORY E. WOODARD
                Deputy Attorney General

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Howard A. Belodoff
hbelodoff@hotmail.com

Jane Catherine Gordon
Jane@JaneGordonLaw.com

*Attorneys for Plaintiffs*

                                                                /s/ *Aaron M. Green*
                                                                 AARON M. GREEN