RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense
DAVID J. MYERS, ISB #6528
GREGORY E. WOODARD, ISB #11329
AARON M. GREEN, ISB #12397
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
david.myers@ag.idaho.gov
greg.woodard@ag.idaho.gov
aaron.green@ag.idaho.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEX J. ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>*Defendants*. | Case No. 1:22-cv-00409-REP<br><br>**DECLARATION OF DAVID J. MYERS** |

I, David J. Myers, declare and affirm that the following is true and correct under penalty of perjury.

1. I am 18 years of age or older and competent to testify.

2. I am counsel of record in the above captioned matter.

3. I attended and participated in the Meet and Confer held between Plaintiffs' and Defendants' counsel on December 10, 2024.

4. Plaintiffs' counsel never cited the need to prepare their clients for deposition with Defendants' forthcoming production as a reason to push back deposition scheduling.

5. Early in the Meet and Confer, Plaintiffs' and Defendants' counsel collectively agreed that depositions would have to be in late January. Defendants' counsel stated that specific dates would need to be set at some point.

6. Toward the end of the Meet and Confer, I distinctly recall my colleague Greg Woodard circling back to the issue of the looming discovery deadline and asking Plaintiffs' counsel to confirm their agreement that the January 9, 2025, deadline would have to be moved.

7. In response, Plaintiffs' counsel Mr. Belodoff confirmed his agreement that the January 9, 2025, deadline had to be moved back.

DATED:

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By: /s/ *David J. Myers*
DAVID J. MYERS
Deputy Attorney General

DECLARATION OF DAVID J. MYERS — 1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Howard A. Belodoff
hbelodoff@hotmail.com

Jane Catherine Gordon
Jane@JaneGordonLaw.com

*Attorneys for Plaintiffs*

                                            /s/ *Aaron M. Green*
                                            AARON M. GREEN