Howard A. Belodoff, ISB # 2290
Law Office of Howard Belodoff, PLLC
1004 W. Fort St.
Boise, ID 83702
Tel: (208) 331-3378 Fax: (208) 947-0014
hbelodoff@hotmail.com

Jane Gordon, ISB # 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 371-4747; Fax: (208) 807-2290
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>Defendants. | CASE NO. 1:22-CV-409-REP<br><br>MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF T.B. BY THE COURT |

COME NOW Plaintiffs, by and through their counsel of record, Howard A. Belodoff, Law Office of Howard Belodoff, PLLC and Jane Gordon, Jane Gordon Law, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to hereby respectfully move this Court for an Order dismissing Plaintiff T.B. from this action on the terms it considers proper. Plaintiff T.B.

MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF T.B. BY THE COURT – Page 1

was an Idaho Medicaid participant who was diagnosis with gender dysphoria and requested authorization for medically surgery. Her request was never acted upon.

T.B. filed the initial Complaint alleging she had been subject to discrimination based upon their transgender status and sex because of an unwritten Medicaid Exclusion Policy and the subsequent letter from Idaho's Governor prohibited Medicaid coverage and reimbursement for medically necessary gender-affirming treatment of gender dysphoria. Due to the severity of her medical condition T.B. and her mother decided she could not wait to receive the medically necessary treatment her physicians recommended. T.B.'s mental and physical condition deteriorated to the point where her mother feared she would harm herself. T.B. was forced to withdraw from this action due to the delays in receiving her surgery. T.B. was not able to continue as a named Plaintiff or participate in depositions. Counsel has reviewed the options with T.B. and she requests to be dismissed from this action at this time.

DATED: February 13, 2025.

LAW OFFICE OF HOWARD BELODOFF

/s/ Howard A. Belodoff
Howard A. Belodoff

JANE GORDON LAW

/s/ Jane Gordon
Jane Gordon

Attorneys for Plaintiffs