Howard A. Belodoff, ISB # 2290
Law Office of Howard Belodoff, PLLC
1004 W. Fort St.
Boise, ID 83702
Tel: (208) 331-3378 Fax: (208) 947-0014
hbelodoff@hotmail.com

Jane Gordon, ISB # 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 371-4747; Fax: (208) 807-2290
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| MH, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ALEX ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>    Defendants. | CASE NO. 1:22-CV-409-REP<br><br>STATUS REPORTS TO THE COURT (Dkt. 196) |

Plaintiffs, by and through their attorneys, Howard A. Belodoff and Jane Gordon, hereby submit Plaintiffs' and Defendants' Status Report to the Court as required by the Order Vacating Dispositive Motion Deadline. Dkt. 196. On July 16, 2025, Plaintiffs contacted Defendants to

STATUS REPORTS TO THE COURT (Dkt. 196) – Page 1

determine their views on submitting a Joint Status Report. The parties were unable to reach a mutual agreement on the entire impact of *Skrmetii* on the status of the pending motions. The parties agreed to submit separate Status Reports for the Court to consider. Plaintiffs have included each parties Status Report below.

**Plaintiffs' Status Report:** The only pending motion that may be impacted by the Supreme Court's decision in *Skrmetti* is if the Court grants Plaintiffs' Motion for Reconsideration of the denial of Plaintiffs' Motion for Preliminary Injunction.  While the Motion is fully briefed, if the Court were to grant reconsideration, *Skrmetti* may impact the Court's analysis of the likelihood of success on the merits prong of the qualified immunity defense for the Equal Protection claim depending on the Ninth Circuit's consideration on remand. *Skrmetti* does not impact the Court's analysis of the likelihood of success on Plaintiffs' other claims.

**Defendants' Status Report:** The only pending motion Defendants believe could be impacted by the *Skrmetti* decision is Plaintiffs' motion for reconsideration of the denial of Plaintiffs' motion for preliminary injunction.  While we have opposed and the motion is fully briefed, if the Court were to grant the motion, *Skrmetti* would have an impact on the Court's analysis of the likelihood of success on the merits prong. In the event the Court grants the motion for reconsideration, Defendants request supplemental briefing.

DATED: July 18, 2025

/s/ Jane Gordon                                    /s/ Howard A. Belodoff
Attorney for Plaintiffs                          Attorney for Plaintiffs