Howard A. Belodoff, ISB # 2290
Law Office of Howard Belodoff, PLLC
1004 W. Fort St.
Boise, ID 83702
Tel: (208) 331-3378 Fax: (208) 947-0014
Hbelodoff@hotmail.com

Jane Gordon, ISB # 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 391-4747; Fax: (208) 807-2290
Jane@JaneGordonLaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MH, TB, KB, SG, AC, BM, individually, and G Doe, by and through her parents and next friends, JANE Doe and JOHN Doe,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALEX ADAMS, in his official capacity as the Director of the Idaho Department of Health and Welfare; Dr. MAGNI HAMSO, in her official capacity as the Medical Director of the Idaho Division of Medicaid and individually; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>        Defendants. | CASE NO. 1:22-CV-409-REP<br><br>STATUS REPORT ON MOTION TO COMPEL DISCOVERY [Dkt. 207] |

The parties have preliminarily met and conferred regarding the Court's Order on the status of discovery. Plaintiffs invited Defendants to make any additions to this Report and Defendants did not have any additions or objections. On March 12, 2026, Plaintiffs served a narrowed and specific Second Set of Interrogatories on Defendants. On Friday March 27, 2026 at

8:11 PM, Defendants served Supplemental Responses to the First Set of Interrogatories, Responses to the Second Set of Interrogatories and Supplemental Disclosures. Defendants also revised their privilege log and produced the Process Manager documents. Plaintiffs will be reviewing Defendants' Supplemental responses in a timely manner and will meet and confer with Defendants as necessary.

Plaintiffs' counsel, Howard Belodoff, will be out of the office and unable to participate in any sort of meaningful review of Defendants' supplemental discovery responses for at least the next four weeks. Mr. Belodoff is preparing for a state district court jury trial in Pocatello, Idaho that is not scheduled to end until April 22 or 23, 2026.

The parties are working on establishing a mutually convenient deposition date for Dr. Hamso. Defendants have indicated Dr. Hamso needs at least 45 days of advance notice for her schedule while working at the VA. The parties will update the Court on whether additional involvement is necessary after meeting and conferring.

DATED March 10, 2026.

LAW OFFICE OF HOWARD BELODOFF

/s/ Howard A. Belodoff
Howard A. Belodoff


JANE GORDON LAW
/s/ Jane Gordon
Jane Gordon
Attorneys for Plaintiffs