## Notes & Comments

Show 10 entries

Search:

| Notes / Comments | Notes / Comments Type | Date | Added By | Request ID | Review Type | Timing |
|---|---|---|---|---|---|---|
| REVIEW IS CURRENTLY PENDING PER THE REQUEST OF DHW THE DEPARTMENT IS CURRENTLY DETERMINING IF THIS IS A COVERED BENEFIT ALL CALLS PERTAINING TO THIS CASE CAN BE REFERRED TO DR HAMSO, MEDICAL DIRECTOR AT DHW. 208 364 1807 ***BL*** | General Note | 11/02/2021 03 16 pm | Mavarello | 2567445 | Acute Medical Surgical (inpatient) | Prospective |

Showing 1 to 1 of 1 entries

Previous 1 Next

EXHIBIT 3.1

EXHIBIT 53
NAME: Hamso
DATE: 04.28.25
QnA Court Reporting, LLC