Case 1:22-cv-00409-REP Document 33-1 Filed 05/01/23 Page 1 of 1

**Governor Brad Little**
*State Capitol :: Boise, Idaho 83720*
*(208) 334-2100 :: gov.idaho.gov*

May 1, 2023

Director Dave Jeppesen
Department of Health and Welfare
P.O. Box 83720
Boise, Idaho 83720

Dear Director Jeppesen,

On April 4, 2023, I signed into law House Bill 71, The Vulnerable Child Protective Act, prohibiting children from being provided irreversible sex reassignment surgeries, puberty blockers, or hormones for the purpose of changing the appearance of a child's sex. Additionally, I have previously stated publicly my position that hardworking taxpayers should not be forced to pay for an adult's sex reassignment surgery, especially when evidence exists that such procedures are neither medically necessary nor in the best interest of the patient's mental health.

It has come to my attention that you and the Department of Health and Welfare are currently being sued for having not pre-authorized Medicaid coverage for the sex reassignment surgeries of two young adults. I further understand it has been alleged that it is unclear whether Idaho Medicaid provides coverage for such procedures.

To be clear, I oppose Idaho Medicaid using public funds to pay for irreversible sex reassignment surgeries, puberty blockers, or hormones for the purpose of changing the appearance of any child's or adult's sex. Consistent with House Bill 71, and my stated policy preference as to adults, I hereby direct you and the Department of Health and Welfare to take all appropriate steps to implement a policy consistent with state and federal law excluding the same from Medicaid coverage.

Sincerely,

Brad Little
Governor of Idaho

EXHIBIT
A

EXHIBIT
8