# IDAHO

# 2025 LEGISLATIVE BUDGET BOOK

## FISCAL YEAR 2026

JOINT SENATE FINANCE
HOUSE APPROPRIATIONS COMMITTEE

GREAT SEAL OF THE STATE OF IDAHO
ESTO PERPETUA

A PUBLICATION
OF THE LEGISLATIVE SERVICES OFFICE
BUDGET AND POLICY ANALYSIS

FIRST REGULAR SESSION • SIXTY-EIGHTH LEGISLATURE

EXHIBIT
10
tabbies

# First Regular Session, Sixty-Eighth Legislature

# Idaho Legislative Budget Book
# For Fiscal Year 2026

This ***Legislative Budget Book*** is the primary reference document used by the Joint Senate Finance and House Appropriations Committee, in setting the Idaho State Budget. The publication is also available online at:

https://legislature.idaho.gov/lso/bpa/pubs/

**Section I** of this document contains statewide summary reports, charts, graphs, and historical tables.

**Section II** provides a detailed description of agency budget requests for the Executive Branch, which includes twenty executive departments and the seven constitutional officers, the Judicial Branch, and the Legislative Branch. Also included is the Governor's recommendation that provides the Legislature with a side-by-side comparison of each agency's budget request and the Governor's budget recommendation in a single, inclusive document. Policy oversight is emphasized in this document by grouping and displaying minor programs at the agency or divisional level, and clearly displaying and comparing the key policy budget decisions that need to be made. Detailed accounts of expenditures (personnel costs, operating expenditures, capital outlay, and trustee and benefit payments) are de-emphasized to allow the use of larger fonts with fewer pages.

**Supporting *Agency Profile* Documents** include other analyses intended to lend context to the discussion of each agency's budget.

A comprehensive database, and numerous working files, also support the information contained in this document. These enable the Legislature's Budget and Policy Analysis staff to provide an extensive amount of fiscal information to legislative leadership, members of JFAC, germane committees and the Legislature as a whole.

A Publication of the Legislative Services Office

Budget and Policy Analysis
Capitol Building
700 West Jefferson Street
Boise, Idaho 83720-0054

Phone: (208) 334-3531
Fax: (208) 334-2668
https://legislature.idaho.gov/lso/bpa/

**Serving Idaho's Citizen Legislature**

# Division of Medicaid

## Historical Summary

| OPERATING BUDGET | FY 2024 Total App | FY 2024 Actual | FY 2025 Approp | FY 2026 Request | *FY 2026 Gov Rec* |
|---|---|---|---|---|---|
| **BY PROGRAM** | | | | | |
| Medicaid Admin & Medical Mgmt | 239,822,200 | 87,099,300 | 234,357,600 | 230,913,300 | *231,971,800* |
| Coordinated Medicaid Plan | 821,854,500 | 979,315,500 | 795,900,900 | 1,292,203,100 | *1,292,203,100* |
| Enhanced Medicaid Plan | 1,478,674,500 | 1,425,553,100 | 1,514,776,900 | 1,439,582,100 | *1,439,582,100* |
| Basic Medicaid Plan | 1,041,501,300 | 771,396,300 | 1,041,828,500 | 937,453,000 | *937,453,000* |
| Expansion Medicaid Plan | 976,251,500 | 1,010,045,600 | 1,123,526,800 | 1,361,100,400 | *1,361,100,400* |
| **Total:** | **4,558,104,000** | **4,273,409,800** | **4,710,390,700** | **5,261,251,900** | ***5,262,310,400*** |
| **BY FUND CATEGORY** | | | | | |
| General | 763,489,700 | 751,299,200 | 920,383,700 | 995,447,000 | *995,871,200* |
| Dedicated | 735,818,500 | 632,168,400 | 751,228,200 | 815,477,900 | *815,495,500* |
| Federal | 3,058,795,800 | 2,889,942,200 | 3,038,778,800 | 3,450,327,000 | *3,450,943,700* |
| **Total:** | **4,558,104,000** | **4,273,409,800** | **4,710,390,700** | **5,261,251,900** | ***5,262,310,400*** |
| Percent Change: | 0.0% | (6.2%) | 10.2% | 11.7% | *11.7%* |
| **BY OBJECT OF EXPENDITURE** | | | | | |
| Personnel Costs | 20,276,100 | 20,351,800 | 23,760,000 | 31,011,400 | *32,069,900* |
| Operating Expenditures | 194,578,400 | 47,156,800 | 185,629,900 | 174,604,200 | *174,604,200* |
| Trustee/Benefit | 4,343,249,500 | 4,205,901,200 | 4,501,000,800 | 5,055,636,300 | *5,055,636,300* |
| **Total:** | **4,558,104,000** | **4,273,409,800** | **4,710,390,700** | **5,261,251,900** | ***5,262,310,400*** |
| Full-Time Positions (FTP) | 213.00 | 213.00 | 237.50 | 302.50 | *302.50* |

## Division Description

The Division of Medicaid is responsible for administering plans to finance and deliver health services for people at risk due to low income and other factors, such as youth, old age, pregnancy, or disability. Services are provided pursuant to state and federal Medicaid requirements. The division is organized into five budgeted programs.

MEDICAID ADMINISTRATION and MEDICAL MANAGEMENT: Includes expenditures for administration of a comprehensive program of medical coverage to eligible recipients in Idaho. Coverage is provided through traditional Medicaid (Title XIX), and the Children's Health Insurance Program (CHIP) (Title XXI). Administrative functions include managing provider payments, contracting with state agencies and universities for medical management, and conducting drug utilization reviews and individual assessments.

COORDINATED MEDICAID PLAN: Beneficiaries covered in this plan primarily consist of those who are age 65 and older. All individuals dually eligible for Medicaid and Medicare, regardless of age, may elect to receive coverage under this plan.

ENHANCED MEDICAID PLAN: Medicaid-eligible group primarily made up of children and adults (non-elderly) with disabilities, or other individuals with special health needs, such as foster children. Individuals included in this plan, may elect to remain in this plan after they turn 65 years old.

BASIC MEDICAID PLAN: Medicaid-eligible group primarily consisting of Pregnant Women and Children (PWC), Family Medicaid and Idaho's Children Health Insurance Program (CHIP). These populations are assumed to be in average health, with average levels of disease.

EXPANSION MEDICAID PLAN: Beneficiaries covered in this plan have an income level of 138% of the federal poverty limit (FPL) or less. These populations are assumed to be in average health, with average levels of disease. Coverage for this population group started on January 1, 2020.

# Division of Medicaid

Analyst: Williamson

## Analysis of Funds

| | FY 2024 Total App | FY 2024 Actual | FY 2024 Variance | FY 2025 Approp | FY 2026 Request | FY 2026 Gov Rec |
|---|---|---|---|---|---|---|
| Cooperative Welfare (General) 22003 | 763,489,700 | 751,299,200 | (12,190,500) (1.6%) | 920,383,700 | 995,447,000 | 995,871,200 |
| Medicaid Management Information Systems Dedicated 21700 | 14,374,400 | 328,200 | (14,046,200) (97.7%) | 13,237,800 | 11,799,700 | 11,802,300 |
| Hospital Assessment 21900 | 209,632,700 | 209,053,400 | (579,300) (0.3%) | 170,841,900 | 248,085,600 | 248,085,600 |
| Cooperative Welfare (Dedicated) 22005 | 495,724,000 | 407,199,400 | (88,524,600) (17.9%) | 554,897,800 | 555,341,900 | 555,356,900 |
| Idaho Millennium Income 49900 | 16,087,400 | 15,587,400 | (500,000) (3.1%) | 12,250,700 | 250,700 | 250,700 |
| Cooperative Welfare (Federal) 22002 | 3,058,795,800 | 2,889,942,200 | (168,853,600) (5.5%) | 3,038,778,800 | 3,450,327,000 | 3,450,943,700 |
| **Total:** | **4,558,104,000** | **4,273,409,800** | **(284,694,200) (6.2%)** | **4,710,390,700** | **5,261,251,900** | **5,262,310,400** |

Analyst: Williamson

# Division of Medicaid
## Division Profile

### Medicaid Plans: Caseloads and Trustee and Benefit Payments (All Funds)

| | FY 2024 Expenditures | | FY 2025 Orig Approp | | FY 2026 Request | |
|---|---|---|---|---|---|---|
| | Amount | % of Total | Amount | % of Total | Amount | % of Total |
| **Basic Plan** | | | | | | |
| Caseload | 176,035 | 50.8% | 178,795 | 50.7% | 182,875 | 50.3% |
| Budget | $771,396,300 | 18.4% | $1,099,500,200 | 24.8% | $1,041,828,500 | 23.3% |
| *PMPM (calc)* | *$405.63* | | *$418.03* | | *$434.68* | |
| **Enhanced Plan** | | | | | | |
| Caseload | 42,690 | 12.3% | 42,756 | 12.1% | 42,783 | 11.8% |
| Budget | $1,425,553,100 | 34.1% | $1,478,674,500 | 33.4% | $1,516,692,000 | 33.9% |
| *PMPM (calc)* | *$2,373.54* | | *$2,218.53* | | *$2,349.64* | |
| **Coordinated Plan** | | | | | | |
| Caseload | 27,640 | 8.0% | 27,941 | 7.9% | 28,649 | 7.9% |
| Budget | $979,315,500 | 23.4% | $761,950,000 | 17.2% | $797,049,300 | 17.8% |
| *PMPM (calc)* | *$3,260.88* | | *$3,215.17* | | *$3,352.73* | |
| **Expansion Plan** | | | | | | |
| Caseload | 100,094 | 28.9% | 103,179 | 29.3% | 109,233 | 30.0% |
| Budget | $1,010,045,600 | 24.1% | $1,086,611,800 | 24.5% | $1,123,526,800 | 25.1% |
| *PMPM (calc)* | *$839.75* | | *$771.82* | | *$800.84* | |
| **Total** | | | | | | |
| Caseload | 346,459 | 100% | 352,671 | 100% | 363,540 | 100% |
| Budget | $4,186,310,500 | 100% | $4,426,736,500 | 100% | $4,479,096,600 | 100% |
| *PMPM (calc)* | *$1,001.32* | | *$961.43* | | *$1,000.24* | |

The table above contains the payments for Disproportionate Share Hospital (DSH), and Upper Payment Limits (UPL), and other non-claims specific contracts. PMPM (calc) means "Per Member Per Month" a metric that calculates the average healthcare cost per member over a specific period of time. It's calculated by dividing the total healthcare costs by the total number of members covered during that time. PMPM is a standardized way to compare costs across different populations.

### Medicaid Populations vs Expenditures FY 2024

