# Numerical Fee Schedule

## January to March 2026

Version: 2.1

Inclusion or exclusion of a procedure code, supply, product or service does not imply Medicaid coverage, reimbursement, or lack thereof. Fee schedules are prepared as tools to assist Medicaid providers and are not intended to grant rights or impose obligations. Every effort is made to assure the accuracy of the information within the fee schedules as of the date they are posted. Medicaid makes no guarantee that this compilation of fee schedule information is error-free and will bear no responsibility or liability for the results or consequences of the use of these schedules.

Providers must verify member coverage on the date of service by calling (866) 686-4272 or using their trading partner account at IDMedicaid.com.
Coverage and criteria information is communicated in the Provider Handbook, MedicAide Newsletters and Information Releases at IDMedicaid.com.
Questions about claims should be directed to Gainwell Technology at (866) 686-4272.
Questions about pricing should be directed to the Office of Reimbursement, Idaho Division of Medicaid, at (208) 287-1180 or email MedicaidReimTeam@dhw.idaho.gov.

Procedure codes which appear on the Medicaid Numerical Fee Schedule with a reimbursement amount of $0.00 are manually priced per the Manually Priced Goods and Services section of the General Billing Instructions Provider Handbook.

The reimbursement amount for Durable Medical Equipment codes with an RR modifier on the fee schedule is the purchase price.
These rates should be divided by ten for the actual monthly reimbursement rate.

Most certified nurse midwife, clinical nurse specialist, lactation consultant, nurse practitioner, pharmacist, physician assistant and registered nurse certified lactation consultant services are reimbursed up to 85% of the allowed maximum.

The Current Procedural Terminology (CPT) codes descriptors, and other data are registered trademarks of the American Medical Association. All rights reserved.

02/20/2026: Added A4295, A4296 and A4297 as covered. A9274-A9278 require an NU modifier. G0121-53 reimbursement for ASC updated. 96113-TL and 81232 rates updated. PA required on 62331, 81420, 81507, L5991. Many rates were updated. ASC rates were updated with 4% reduction.
03/02/2026: A4295, A4296 and A4297 removed PA.

tabbies
EXHIBIT
11

| Procedure Code | Procedure Code Description | Required Modifier | Price Effective Date | Allowed Amount | Site of Service Reduction | ASC Price Effective Date | ASC Allowed Amount | APC Effective Date for Hospitals Using Fee Schedule | PA Always Required | PA Reviewer (Who the PA is submitted to) |
|---|---|---|---|---|---|---|---|---|---|---|
| 53220 | Removal or destruction of cancer urethra | | 9/1/2025 | $354.89 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 53230 | Removal of pouch of urethra in female | | 9/1/2025 | $476.03 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 53235 | Removal of pouch of urethra in male | | 9/1/2025 | $497.21 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 53240 | Repair of pouch of urethra | | 9/1/2025 | $333.93 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 53250 | Removal of seminal fluid gland | | 9/1/2025 | $312.04 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 53260 | Removal or destruction of polyps of urethra | | 9/1/2025 | $162.16 | Yes | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 53265 | Removal or destruction of growth of urethra | | 9/1/2025 | $178.27 | Yes | 9/1/2025 | $783.14 | N/A | No | N/A |
| 53270 | Removal or destruction of mucous glands of urethra | | 9/1/2025 | $166.63 | Yes | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 53275 | Removal or destruction of prolapse of urethra | | 9/1/2025 | $204.73 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 53400 | Repair of abnormal drainage tract, pouch, or stricture of urethra, first stage | | 9/1/2025 | $626.28 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 53405 | second stage repair of urethra with creation of new urethra | | 9/1/2025 | $682.15 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 53410 | Reconstruction of urethra in male | | 9/1/2025 | $763.52 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 53415 | Reconstruction or repair of urethra | | 9/1/2025 | $879.58 | No | Bundled | Bundled | N/A | No | N/A |
| 53420 | Reconstruction or repair of urethra, stage 1 of 2 | | 9/1/2025 | $656.38 | No | 9/1/2025 | $2,057.32 | N/A | Yes | Telligen |
| 53425 | Reconstruction or repair of urethra, stage 2 of 2 | | 9/1/2025 | $730.09 | No | 9/1/2025 | $2,057.32 | N/A | Yes | Telligen |
| 53430 | Reconstruction of urethra in female | | 9/1/2025 | $756.45 | No | 9/1/2025 | $2,057.32 | N/A | Yes | Telligen |
| 53431 | Repair of urethra and/or lower bladder for incontinence | | 9/1/2025 | $897.71 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 53440 | Creation of sling around urethra in male to control leakage | | 9/1/2025 | $588.76 | No | 9/1/2025 | $8,710.43 | N/A | No | N/A |
| 53442 | Removal or revision of sling in male for urinary incontinence | | 9/1/2025 | $615.87 | No | 9/1/2025 | $2,632.06 | N/A | No | N/A |
| 53444 | Insertion of artificial urinary sphincter | | 9/1/2025 | $620.48 | No | 9/1/2025 | $13,761.44 | N/A | No | N/A |
| 53445 | Insertion of inflatable urethra or bladder neck sphincter | | 9/1/2025 | $592.65 | No | 9/1/2025 | $14,106.10 | N/A | No | N/A |
| 53446 | Removal of inflatable urethra or bladder neck sphincter | | 9/1/2025 | $503.64 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 53447 | Removal and replacement of inflatable urethra or bladder neck sphincter | | 9/1/2025 | $630.10 | No | 9/1/2025 | $13,850.44 | N/A | No | N/A |
| 53448 | Removal and replacement of inflatable urethra or bladder neck sphincter through an infected field | | 9/1/2025 | $993.65 | No | Bundled | Bundled | N/A | No | N/A |
| 53449 | Repair of inflatable urethra or bladder neck sphincter | | 9/1/2025 | $480.61 | No | 9/1/2025 | $3,899.64 | N/A | No | N/A |
| 53450 | Repair of urethra and urinary opening | | 9/1/2025 | $322.08 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 53460 | Repair and partial removal of urethra and urinary opening | | 9/1/2025 | $359.39 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 53500 | Release of scar tissue of urethra using an endoscope | | 9/1/2025 | $580.78 | No | 9/1/2025 | $1,116.01 | N/A | No | N/A |
| 53502 | Suture of wound or injury of urethra in female | | 9/1/2025 | $381.91 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 53505 | Suture of wound or injury of urethra in penis | | 9/1/2025 | $381.66 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 53510 | Suture of urethra wound or injury | | 9/1/2025 | $496.13 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 53515 | Suture of wound or injury of urethra near prostate gland | | 9/1/2025 | $621.82 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 53520 | Closure of abnormal drainage tract from urethra to skin in male | | 9/1/2025 | $438.61 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 53600 | Initial dilation of urethra in male using dilator | | 9/1/2025 | $68.87 | Yes | 9/1/2025 | $34.31 | N/A | No | N/A |
| 53601 | Subsequent dilation of stricture of urethra in male by passage of dilator | | 9/1/2025 | $66.62 | Yes | Bundled | Bundled | N/A | No | N/A |
| 53605 | Dilation of narrowing of urethra in male under general or spinal anesthesia | | 9/1/2025 | $49.51 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 53620 | Initial dilation of urethra in male using filiform dilator | | 9/1/2025 | $128.80 | Yes | 9/1/2025 | $84.19 | N/A | No | N/A |
| 53621 | Subsequent dilation of urethral stricture in male by passage of filiform urethral dilator | | 9/1/2025 | $123.27 | Yes | 9/1/2025 | $86.82 | N/A | No | N/A |
| 53660 | Initial dilation of urethra in female | | 9/1/2025 | $58.44 | Yes | 9/1/2025 | $39.05 | N/A | No | N/A |
| 53661 | Subsequent dilation of urethra in female | | 9/1/2025 | $57.70 | Yes | Bundled | Bundled | N/A | No | N/A |
| 53665 | Dilation of urethra in female under general or spinal anesthesia | | 9/1/2025 | $29.13 | No | 9/1/2025 | $783.14 | N/A | No | N/A |
| 53850 | Destruction of prostate tissue using microwave induced heat | | 9/1/2025 | $1,040.40 | Yes | 9/1/2025 | $915.75 | N/A | No | N/A |
| 53852 | Destruction of prostate tissue using radiofrequency induced heat | | 9/1/2025 | $1,017.62 | Yes | 9/1/2025 | $876.44 | N/A | No | N/A |
| 53855 | Insertion of a temporary urethra stent using an endoscope | | 9/1/2025 | $473.71 | Yes | 9/1/2025 | $1,188.48 | N/A | No | N/A |
| 53860 | Reconstruction of female bladder neck for stress urinary incontinence using radiofrequency | | 9/1/2025 | $1,727.77 | Yes | 9/1/2025 | $783.14 | N/A | No | N/A |
| 53899 | Other procedure on urinary system | | 7/1/2023 | $0.00 | No | Bundled | Bundled | N/A | No | N/A |
| 54000 | Incision of newborn foreskin | | 9/1/2025 | $126.70 | Yes | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54001 | Incision of foreskin | | 9/1/2025 | $154.52 | Yes | 9/1/2025 | $783.14 | N/A | No | N/A |
| 54015 | Incision and drainage of penis | | 9/1/2025 | $238.23 | No | 9/1/2025 | $577.87 | N/A | No | N/A |
| 54050 | Simple destruction of growths of penis using chemical | | 9/1/2025 | $112.71 | Yes | Bundled | Bundled | N/A | No | N/A |
| 54055 | Simple destruction of growth of penis using electric current | | 9/1/2025 | $108.17 | Yes | 9/1/2025 | $74.16 | N/A | No | N/A |
| 54056 | Simple destruction of growth of penis using freezing | | 9/1/2025 | $113.61 | Yes | Bundled | Bundled | N/A | No | N/A |
| 54057 | Simple destruction of growth of penis using laser | | 9/1/2025 | $107.89 | Yes | 9/1/2025 | $800.45 | N/A | No | N/A |
| 54060 | Removal of growth of penis | | 9/1/2025 | $152.06 | Yes | 9/1/2025 | $800.45 | N/A | No | N/A |
| 54065 | Destruction of multiple growths of penis | | 9/1/2025 | $175.03 | Yes | 9/1/2025 | $800.45 | N/A | No | N/A |
| 54100 | Biopsy of penis | | 9/1/2025 | $156.30 | Yes | 9/1/2025 | $577.87 | N/A | No | N/A |
| 54105 | Biopsy of deep structure of penis | | 9/1/2025 | $214.48 | Yes | 9/1/2025 | $980.60 | N/A | No | N/A |
| 54110 | Removal of thickened tissue of penis | | 9/1/2025 | $489.29 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54111 | Removal of abnormally thickened tissue in penis with graft, 5.0 cm or less | | 9/1/2025 | $624.62 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 54112 | Removal of abnormally thickened tissue in penis with graft, more than 5.0 cm | | 9/1/2025 | $732.01 | No | 9/1/2025 | $3,899.64 | N/A | No | N/A |
| 54115 | Removal of foreign body in penis | | 9/1/2025 | $359.98 | Yes | 9/1/2025 | $980.60 | N/A | No | N/A |
| 54120 | Partial amputation of penis | | 9/1/2025 | $495.88 | No | 9/1/2025 | $1,350.53 | N/A | Yes | Telligen |
| 54125 | Amputation of penis | | 9/1/2025 | $645.57 | No | Bundled | Bundled | N/A | Yes | Telligen |
| 54130 | Amputation of penis and removal of lymph nodes on both sides of groin | | 9/1/2025 | $930.12 | No | Bundled | Bundled | N/A | No | N/A |
| 54135 | Amputation of penis and removal of lymph nodes on both sides of pelvis | | 9/1/2025 | $1,174.81 | No | Bundled | Bundled | N/A | No | N/A |

| Procedure Code | Procedure Code Description | Required Modifier | Price Effective Date | Allowed Amount | Site of Service Reduction | ASC Price Effective Date | ASC Allowed Amount | APC Effective Date for Hospitals Using Fee Schedule | PA Always Required | PA Reviewer (Who the PA is submitted to) |
|---|---|---|---|---|---|---|---|---|---|---|
| 54150 | Removal of foreskin using clamp or device | | 9/1/2025 | $114.81 | Yes | 9/1/2025 | $783.14 | N/A | No | N/A |
| 54160 | Removal of foreskin (28 days or younger) | | 9/1/2025 | $171.12 | Yes | 9/1/2025 | $257.76 | N/A | No | N/A |
| 54161 | Removal of foreskin (older than 28 days) | | 9/1/2025 | $155.04 | No | 9/1/2025 | $783.14 | N/A | No | N/A |
| 54162 | Removal of scar tissue after foreskin removal | | 9/1/2025 | $199.45 | Yes | 9/1/2025 | $783.14 | N/A | No | N/A |
| 54163 | Repair of incomplete removal of foreskin | | 9/1/2025 | $172.54 | No | 9/1/2025 | $783.14 | N/A | No | N/A |
| 54164 | Incision of membrane attaching foreskin and penis | | 9/1/2025 | $153.36 | No | 9/1/2025 | $783.14 | N/A | No | N/A |
| 54200 | Injection procedure to correct thickened penile tissue | | 9/1/2025 | $91.07 | Yes | 9/1/2025 | $60.43 | N/A | No | N/A |
| 54205 | Injection procedure and surgery of thickened penile tissue | | 9/1/2025 | $417.62 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 54220 | Injection of drug into erectile tissue at sides and back of penis | | 9/1/2025 | $171.12 | Yes | 9/1/2025 | $106.64 | N/A | No | N/A |
| 54300 | Repair of curved penis | | 9/1/2025 | $505.25 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54304 | Repair of curved penis and urinary outlet | | 9/1/2025 | $584.62 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54308 | Repair of urinary outlet at underside of penis, less than 3.0 cm | | 9/1/2025 | $560.44 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 54312 | Repair of urinary outlet at underside of penis, more than 3.0 cm | | 9/1/2025 | $639.96 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54316 | Repair of urinary outlet of penis with skin graft, stage 2 of 2 | | 9/1/2025 | $775.51 | No | 9/1/2025 | $3,899.64 | N/A | No | N/A |
| 54318 | Repair of urinary outlet with release of penis from scrotum | | 9/1/2025 | $557.67 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54322 | Simple repair and relocation of urinary outlet at underside of penis | | 9/1/2025 | $610.54 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54324 | Repair of urinary outlet of penis with skin flap | | 9/1/2025 | $755.70 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54326 | Repair of urinary outlet at underside of penis with skin flap | | 9/1/2025 | $735.67 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54328 | Repair of urinary outlet at underside of head of penis with local skin flaps, skin graft patch, and/or island flap | | 9/1/2025 | $730.90 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54332 | Repair of urinary outlet at underside of base of penis with skin graft tube and/or island flap | | 9/1/2025 | $788.28 | No | 9/1/2025 | $1,116.01 | N/A | No | N/A |
| 54336 | Repair of urinary outlet between thighs in male with skin graft tube and/or island flap | | 9/1/2025 | $926.00 | No | 9/1/2025 | $1,116.01 | N/A | No | N/A |
| 54340 | Simple repair of urinary outlet complications at underside of penis | | 9/1/2025 | $446.44 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54344 | Repair of complication of urinary outlet of penis at underside of penis with mobilization of skin graft or flap | | 9/1/2025 | $737.16 | No | 9/1/2025 | $3,899.64 | N/A | No | N/A |
| 54348 | Extensive repair of urinary outlet at underside of penis with flap, patch or graft | | 9/1/2025 | $788.28 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 54352 | Extensive revision of previous repair of urinary outlet at underside of penis with skin grafts and flaps | | 9/1/2025 | $1,099.84 | No | 9/1/2025 | $2,057.32 | N/A | No | N/A |
| 54360 | Surgery to correct abnormal penis angle | | 9/1/2025 | $564.15 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54380 | Repair of urinary outlet of penis | | 9/1/2025 | $625.27 | No | 9/1/2025 | $783.14 | N/A | No | N/A |
| 54385 | Repair of urinary outlet of penis with incontinence | | 9/1/2025 | $726.99 | No | 9/1/2025 | $783.14 | N/A | No | N/A |
| 54390 | Repair of urinary outlet of penis with creation of bladder opening | | 9/1/2025 | $967.30 | No | Bundled | Bundled | N/A | No | N/A |
| 54420 | Creation of blood flow tract from penis to groin | | 9/1/2025 | $549.82 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54430 | Creation of blood flow tract from penis to other penile anatomy | | 9/1/2025 | $500.82 | No | Bundled | Bundled | N/A | No | N/A |
| 54435 | Redirection of blood flow from penis with partial removal of tissue at head of penis | | 9/1/2025 | $325.99 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54437 | Repair of penis | | 9/1/2025 | $532.68 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54440 | Repair of injury of penis | | 9/1/2025 | $589.90 | No | 9/1/2025 | $1,350.53 | 7/1/2022 | No | N/A |
| 54450 | Repositioning of foreskin including scar tissue removal | | 9/1/2025 | $54.30 | Yes | 9/1/2025 | $106.64 | N/A | No | N/A |
| 54500 | Needle biopsy of testicle | | 9/1/2025 | $58.21 | No | 9/1/2025 | $980.60 | N/A | No | N/A |
| 54505 | Incision of testicle for biopsy | | 9/1/2025 | $164.52 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54512 | Removal of growth of testicle | | 9/1/2025 | $422.50 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54520 | Simple removal of testicle | | 9/1/2025 | $257.25 | No | 9/1/2025 | $1,350.53 | N/A | Yes | Telligen |
| 54522 | Partial removal of testicle | | 9/1/2025 | $460.41 | No | 9/1/2025 | $1,350.53 | N/A | Yes | Telligen |
| 54530 | Removal of growth of testicle through groin | | 9/1/2025 | $399.44 | No | 9/1/2025 | $1,374.89 | N/A | No | N/A |
| 54535 | Removal of growth of testicle through abdomen | | 9/1/2025 | $582.22 | No | 9/1/2025 | $1,116.01 | N/A | No | N/A |
| 54550 | Exploration of spermatic veins and scrotum using an endoscope | | 9/1/2025 | $385.98 | No | 9/1/2025 | $1,374.89 | N/A | No | N/A |
| 54560 | Exploration for location of testicle in abdomen | | 9/1/2025 | $538.04 | No | 9/1/2025 | $783.14 | N/A | No | N/A |
| 54600 | Repair of twisted testicle | | 9/1/2025 | $355.93 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54620 | Suture of testicle to other testicle | | 9/1/2025 | $233.66 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54640 | Repositioning and suture of misplaced testicle | | 9/1/2025 | $338.79 | No | 9/1/2025 | $1,374.89 | N/A | No | N/A |
| 54650 | Repair of congenital malpositioned testicle | | 9/1/2025 | $557.94 | No | 9/1/2025 | $1,374.89 | N/A | No | N/A |
| 54660 | Insertion of testicular implant | EP | 7/1/2017 | $315.46 | No | N/A | N/A | N/A | No | N/A |
| 54670 | Suture or repair of injury to testicle | | 9/1/2025 | $321.64 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54680 | Transplantation of testicles to thigh | | 9/1/2025 | $615.65 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54690 | Removal of testicles using an endoscope | | 9/1/2025 | $513.01 | No | 9/1/2025 | $2,333.66 | N/A | Yes | Telligen |
| 54692 | Removal of congenital malpositioned testicle using an endoscope | | 9/1/2025 | $590.51 | No | 9/1/2025 | $2,333.66 | N/A | No | N/A |
| 54699 | Other procedure on testicle using an endoscope | | 7/1/2023 | $0.00 | No | Bundled | Bundled | 7/1/2022 | No | N/A |
| 54700 | Incision and drainage of sperm reservoir, testis, and/or scrotal area | | 9/1/2025 | $167.23 | No | 9/1/2025 | $783.14 | N/A | No | N/A |
| 54800 | Needle biopsy of sperm reservoir | | 9/1/2025 | $97.66 | No | 9/1/2025 | $577.87 | N/A | No | N/A |
| 54830 | Removal of growth of sperm duct | | 9/1/2025 | $293.09 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54840 | Removal of fluid accumulation in sperm reservoir | | 9/1/2025 | $253.35 | No | 9/1/2025 | $783.14 | N/A | No | N/A |
| 54860 | Removal of sperm reservoir | | 9/1/2025 | $329.52 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54861 | Removal of both sperm reservoirs | | 9/1/2025 | $445.65 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 54865 | Search of sperm reservoir | | 9/1/2025 | $283.83 | No | 9/1/2025 | $1,350.53 | N/A | No | N/A |
| 55000 | Aspiration of fluid collection in testicle and sperm reservoir | | 9/1/2025 | $92.91 | Yes | 9/1/2025 | $52.78 | N/A | No | N/A |
| 55040 | Removal of fluid collection in testicle and sperm reservoir | | 9/1/2025 | $266.01 | No | 9/1/2025 | $1,374.89 | N/A | No | N/A |

| Procedure Code | Procedure Code Description | Required Modifier | Price Effective Date | Allowed Amount | Site of Service Reduction | ASC Price Effective Date | ASC Allowed Amount | APC Effective Date for Hospitals Using Fee Schedule | PA Always Required | PA Reviewer (Who the PA is submitted to) |
|---|---|---|---|---|---|---|---|---|---|---|
| 56440 | Creation of drainage tract for gland cyst of female genitals | | 9/1/2025 | $140.76 | No | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 56441 | Removal of scar tissue of female genitals | | 9/1/2025 | $140.26 | Yes | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 56442 | Simple incision of hymen | | 9/1/2025 | $36.92 | No | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 56501 | Simple destruction of growth of external female genitals | | 9/1/2025 | $146.48 | Yes | 9/1/2025 | $103.19 | N/A | No | N/A |
| 56515 | Extensive destruction of growth of external female genitals | | 9/1/2025 | $212.29 | Yes | 9/1/2025 | $800.45 | N/A | No | N/A |
| 56605 | Biopsy of growth of external female genitals, first growth | | 9/1/2025 | $73.54 | Yes | 9/1/2025 | $42.22 | N/A | No | N/A |
| 56606 | Biopsy of growth of external female genitals, each additional growth | | 9/1/2025 | $29.09 | Yes | Bundled | Bundled | N/A | No | N/A |
| 56620 | Simple partial removal of external female genitals | | 9/1/2025 | $453.67 | No | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 56625 | Removal of external female genitals | | 9/1/2025 | $517.00 | No | 9/1/2025 | $1,365.98 | N/A | Yes | Telligen |
| 56630 | Extensive partial removal of external female genitals | | 9/1/2025 | $743.11 | No | 9/1/2025 | $448.68 | N/A | No | N/A |
| 56631 | Partial removal of external female genitals and lymph nodes on side of groin | | 9/1/2025 | $920.11 | No | Bundled | Bundled | N/A | No | N/A |
| 56632 | Partial removal of external female genitals and lymph nodes on both sides of groin | | 9/1/2025 | $1,110.29 | No | Bundled | Bundled | N/A | No | N/A |
| 56633 | Complete removal of female genitals | | 9/1/2025 | $895.60 | No | Bundled | Bundled | N/A | No | N/A |
| 56634 | Complete removal of external female genitals and lymph nodes on side of groin | | 9/1/2025 | $1,005.15 | No | Bundled | Bundled | N/A | No | N/A |
| 56637 | Complete removal of external female genitals and lymph nodes on both sides of groin | | 9/1/2025 | $1,177.57 | No | Bundled | Bundled | N/A | No | N/A |
| 56640 | Complete removal of female genitals and lymph nodes | | 9/1/2025 | $1,182.47 | No | Bundled | Bundled | N/A | No | N/A |
| 56700 | Partial removal of hymen | | 9/1/2025 | $156.99 | No | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 56740 | Removal of cyst of female genital gland | | 9/1/2025 | $242.62 | No | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 56800 | Plastic repair of vaginal opening | | 9/1/2025 | $196.49 | No | 9/1/2025 | $1,365.98 | N/A | Yes | Telligen |
| 56805 | Reconstruction or creation of the external female sexual organ for intersex state | | 9/1/2025 | $897.81 | No | 9/1/2025 | $1,365.98 | N/A | Yes | Telligen |
| 56810 | Repair of skin in area between anus and genitals | | 9/1/2025 | $210.25 | No | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 56820 | Exam of external female genitals using an endoscope | | 9/1/2025 | $96.53 | Yes | 9/1/2025 | $53.57 | N/A | No | N/A |
| 56821 | Exam and biopsy of external female genitals using an endoscope | | 9/1/2025 | $128.79 | Yes | 9/1/2025 | $69.67 | N/A | No | N/A |
| 57000 | Incision and exploration of vagina | | 9/1/2025 | $156.06 | No | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 57010 | Incision and drainage of abscess of pelvis | | 9/1/2025 | $353.67 | No | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 57020 | Removal of abdominal fluid | | 9/1/2025 | $94.88 | Yes | 9/1/2025 | $1,815.80 | N/A | No | N/A |
| 57022 | Incision and drainage of vaginal blood accumulation following delivery | | 9/1/2025 | $140.08 | No | 9/1/2025 | $980.60 | N/A | No | N/A |
| 57023 | Incision and drainage of vaginal blood accumulation | | 9/1/2025 | $247.20 | No | 9/1/2025 | $980.60 | N/A | No | N/A |
| 57061 | Simple destruction of growth of vagina | | 9/1/2025 | $127.34 | Yes | 9/1/2025 | $91.84 | N/A | No | N/A |
| 57065 | Extensive destruction of growth of vagina | | 9/1/2025 | $188.37 | Yes | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 57100 | Simple biopsy of vaginal mucous membrane | | 9/1/2025 | $79.26 | Yes | 9/1/2025 | $44.87 | N/A | No | N/A |
| 57105 | Biopsy of extensive area of vaginal mucous membrane | | 9/1/2025 | $135.22 | Yes | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 57106 | Partial removal of vaginal wall | | 9/1/2025 | $415.78 | No | 9/1/2025 | $1,038.43 | N/A | Yes | Telligen |
| 57107 | Partial removal of vaginal wall and tissue | | 9/1/2025 | $1,126.70 | No | 9/1/2025 | $1,038.43 | N/A | Yes | Telligen |
| 57109 | Partial removal of vaginal wall and tissue with removal of pelvic lymph nodes and biopsy of aortic lymph node | | 9/1/2025 | $1,340.86 | No | 9/1/2025 | $1,038.43 | N/A | Yes | Telligen |
| 57110 | Removal of vaginal wall | | 9/1/2025 | $698.04 | No | Bundled | Bundled | N/A | Yes | Telligen |
| 57111 | Complete removal of vaginal wall and tissue | | 9/1/2025 | $1,340.86 | No | Bundled | Bundled | N/A | Yes | Telligen |
| 57120 | Suture closure of vagina and vaginal opening | | 9/1/2025 | $411.20 | No | 9/1/2025 | $1,815.80 | N/A | Yes | Telligen |
| 57130 | Removal of abnormal tissue dividing vagina | | 9/1/2025 | $175.67 | Yes | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 57135 | Removal of cyst or growth of vaginal | | 9/1/2025 | $189.36 | Yes | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 57150 | Irrigation of vagina and/or application of drug to treat infection | | 9/1/2025 | $43.30 | Yes | Bundled | Bundled | N/A | No | N/A |
| 57155 | Insertion of device into uterus for radiation therapy | | 9/1/2025 | $315.57 | Yes | 9/1/2025 | $1,815.80 | N/A | No | N/A |
| 57156 | Insertion of device into vagina for radiation therapy | | 9/1/2025 | $180.65 | Yes | 9/1/2025 | $133.06 | N/A | No | N/A |
| 57160 | Fitting and insertion of vaginal support device | | 9/1/2025 | $57.00 | Yes | 9/1/2025 | $31.41 | N/A | No | N/A |
| 57170 | Fitting and insertion of pregnancy prevention device | | 9/1/2025 | $59.21 | Yes | 9/1/2025 | $32.99 | N/A | No | N/A |
| 57180 | Insertion of drug agent or packing to control vaginal bleeding | | 9/1/2025 | $149.90 | Yes | 9/1/2025 | $88.74 | N/A | No | N/A |
| 57200 | Suture of nonobstetrical injury of vagina | | 9/1/2025 | $257.02 | No | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 57210 | Suture of injury of vagina and/or skin | | 9/1/2025 | $304.16 | No | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 57220 | Plastic repair of muscles at urinary opening through vagina | | 9/1/2025 | $268.42 | No | 9/1/2025 | $1,815.80 | N/A | No | N/A |
| 57230 | Plastic repair of urethra prolapse | | 9/1/2025 | $323.19 | No | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 57240 | Repair of bladder hernia into vaginal wall | | 9/1/2025 | $475.89 | No | 9/1/2025 | $1,815.80 | N/A | No | N/A |
| 57250 | Repair of herniated rectum into vaginal wall | | 9/1/2025 | $476.79 | No | 9/1/2025 | $1,815.80 | N/A | No | N/A |
| 57260 | Plastic repair of vagina and tissue separating vagina, rectum, and bladder | | 9/1/2025 | $602.28 | No | 9/1/2025 | $1,815.80 | N/A | No | N/A |
| 57265 | Repair of bulging of rectum and bladder into vaginal wall | | 9/1/2025 | $673.45 | No | 9/1/2025 | $1,815.80 | N/A | No | N/A |
| 57267 | Insertion of artificial material for pelvic floor defect | | 9/1/2025 | $192.86 | No | Bundled | Bundled | N/A | No | N/A |
| 57268 | Repair of protrusion of intestine into rectum or vagina through vagina | | 9/1/2025 | $392.60 | No | 9/1/2025 | $1,815.80 | N/A | No | N/A |
| 57270 | Repair of protrusion of intestine into rectum or vagina through abdomen | | 9/1/2025 | $628.11 | No | Bundled | Bundled | N/A | No | N/A |
| 57280 | Attachment of vagina to rear pelvic bone | | 9/1/2025 | $747.56 | No | Bundled | Bundled | N/A | No | N/A |
| 57282 | Repair of pelvic ligaments through vagina | | 9/1/2025 | $537.53 | No | 9/1/2025 | $2,546.65 | N/A | No | N/A |
| 57283 | Repair of prolapsing vaginal vault through vagina | | 9/1/2025 | $540.66 | No | 9/1/2025 | $2,546.65 | N/A | No | N/A |
| 57284 | Repair of vaginal wall defect through abdomen | | 9/1/2025 | $646.72 | No | 9/1/2025 | $1,490.76 | N/A | No | N/A |
| 57285 | Repair of vaginal wall defect through vagina | | 9/1/2025 | $536.56 | No | 9/1/2025 | $2,229.25 | N/A | No | N/A |
| 57287 | Removal or revision of incontinence sling | | 9/1/2025 | $574.70 | No | 9/1/2025 | $1,365.98 | N/A | No | N/A |
| 57288 | Creation of sling around urethra in female to control leakage | | 9/1/2025 | $577.28 | No | 9/1/2025 | $2,355.20 | N/A | No | N/A |