LEGISLATURE OF THE STATE OF IDAHO

Sixty-eighth Legislature Second Regular Session - 2026

IN THE HOUSE OF REPRESENTATIVES

HOUSE JOINT MEMORIAL NO. 17

BY STATE AFFAIRS COMMITTEE

A JOINT MEMORIAL

TO THE SUPREME COURT OF THE UNITED STATES.

We, your Memorialists, the House of Representatives and the Senate of the State of Idaho assembled in the Second Regular Session of the Sixty-eighth Idaho Legislature, do hereby respectfully represent that:

WHEREAS, the decision by the Supreme Court of the United States in *Obergefell v. Hodges*, 576 U.S. 644 (2015), is at odds with the Constitution of the United States and the principles upon which the United States is established; and

WHEREAS, liberty has long been understood as individual freedom from governmental action, not as a right to a particular governmental entitlement; and

WHEREAS, *Obergefell* invokes a definition of "liberty" that the framers would not have recognized, rejecting the idea captured in the Declaration of Independence that human dignity is innate, and instead suggesting that it comes from the government; and

WHEREAS, when the framers proclaimed in the Declaration of Independence that "all men are created equal" and "endowed by their Creator with certain unalienable Rights," they referred to a vision of mankind in which all humans are created in the image of God and therefore of inherent worth; and

WHEREAS, *Obergefell* undermines this vision by declaring that citizens must seek dignity from the state; and

WHEREAS, *Obergefell* relies on the dangerous fiction of treating the Due Process Clause of the Fourteenth Amendment to the Constitution as a font of substantive rights, a doctrine that strays from the full meaning of the Constitution and exalts judges at the expense of the people from whom they derive their authority; and

WHEREAS, *Obergefell's* inversion of the original meaning of liberty causes collateral damage to other aspects of our constitutional order that protect liberty, including religious liberty; and

WHEREAS, the Supreme Court recognized in *United States v. Windsor*, 570 U.S. 744 (2013), that the definition of marriage is "an area that has long been regarded as a virtually exclusive province of the States," meaning that Idaho, and not the Supreme Court, has the right to regulate marriage for its citizens; and

WHEREAS, *Obergefell* requires states to issue marriage licenses to same-sex couples and to recognize same-sex marriages in complete contravention of their own state constitutions and the will of their voters, thus undermining the civil liberties of those states' residents and voters; and

WHEREAS, marriage as an institution has been recognized as the union of one man and one woman for more than 2,000 years; and

WHEREAS, *Obergefell* arbitrarily and unjustly rejected this definition of marriage, and in effect Section 28, Article III of our Idaho state con-

EXHIBIT 13

stitution's definition, in favor of a novel, flawed interpretation of key clauses within the Constitution and our nation's legal and cultural precedents; and

WHEREAS, 63% of the people of the State of Idaho and 75% of their legislators voted to define marriage between one man and one woman in the Constitution of the State of Idaho through the referendum of Amendment 2 in 2006; and

WHEREAS, the *Obergefell* decision may have been illegitimately adjudicated because two justices in the majority ruling, Justices Ruth Bader Ginsburg and Elena Kagan, had previously officiated same-sex weddings, and thus were not impartial triers of act and should have recused themselves according to 28 U.S.C. 455; and

WHEREAS, since court rulings are not laws and only legislatures elected by the people may pass laws, *Obergefell* is an illegitimate overreach; and

WHEREAS, residents of the State of Idaho, including our brave servicemen in the Idaho National Guard, have been unjustly persecuted for their belief in the natural definition of marriage, a lifelong union of one man and one woman; and

WHEREAS, Kentucky county clerk Kim Davis was persecuted for her faith in refusing to issue marriage licenses, and the Supreme Court declined to uphold and defend her First Amendment rights on account of the passage of *Obergefell v. Hodges*.

NOW, THEREFORE, BE IT RESOLVED by the members of the Second Regular Session of the Sixty-eighth Idaho Legislature, the House of Representatives and the Senate concurring therein, that the Idaho Legislature rejects the *Obergefell* decision.

BE IT FURTHER RESOLVED that the Idaho Legislature calls upon the Supreme Court of the United States to reverse *Obergefell* and restore the natural definition of marriage, a union of one man and one woman.

BE IT FURTHER RESOLVED that the Idaho Legislature insists on restoring the issue of marriage and enforcement of all laws pertaining to marriage back to the several states and the people.

BE IT FURTHER RESOLVED that the Chief Clerk of the House of Representatives is hereby authorized and directed to forward a copy of this Memorial to the Supreme Court of the United States.